FILED
SEP 30 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1 Your Name: JOSETTE A. KHAYAT
2 Address: 2516 ABUELA PL. HAC. HTS - CA 91745
3 Phone Number: 626-820-9566 — Cell 626 228-9919
4 Fax Number: _____
5 E-mail Address: josettekhayat66@gmail.com
6 Pro Se Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 22-5654

JOSETTE KHAYAT

Plaintiff,

vs.

FBI / JOELEE K. PEELE

Defendant.

Case Number [leave blank]

**COMPLAINT**

NC

DEMAND FOR JURY TRIAL

Yes ☐   No ☐

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: JOSETTE A. KHAYAT
Address: 2516 AB
Telephone: _____

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

COMPLAINT
PAGE _1_ OF _6_ [JDC TEMPLATE – Rev. 05/2017]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: JOSETTE A KHAYAT

Address: 2516 ABUELA PL. HAC. HTS CA 91745

Telephone: 626-29

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

Defendant 2:

Name: JOELLE IS PEELE

Address: FBI / Wilshire / LA

Telephone: FBI

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☐ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 6 [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]

5. Because this lawsuit arose in _____ County, it should be assigned to the _____ Division of this Court.

## STATEMENT OF FACTS

[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]

Enclosed

COMPLAINT
PAGE _2_ OF _11_  [JDC TEMPLATE – Rev. 05/2017]

## DEMAND FOR RELIEF

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

STOP HARASSMENT
LIFT HAND OF FBI FROM ME

## DEMAND FOR JURY TRIAL

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 09/30/22     Sign Name: Josette Khayat
                   Print Name: JOSETTE KHAYAT

COMPLAINT
PAGE 7 OF 6  [JDC TEMPLATE – 05/17]

## A DIABOLIC CONSPIRACY

I ask you kindly to stop this hassle of harassment that started since 2013, at a low scale. After having sent a chapter from my book:

## Improve your English Vocabulary with the Dictionary English/French in stories and the pronunciation with the related CD. (exhibit two)

to the French Embassy in Washington DC. Today I discovered that the harassment started right after in a way that I couldn't have detected it. Then, on a high scale from June 2017. After FBI/MS Joelle Peele h

I remained ignorant for five years, about the reason for the horrible harassment that I am and have been going through. The only information given to me was by a professor, from USJ University of Beirut/Lebanon. Stating: <u>FRANCE doesn't like English/French books</u>.

Finally, only by October 2021. When I first discovered, on-line, **I am unfairly and illegally harassed by** (from the Internet) **FBI extreme harassment program essentially Allow. Those few holding position of power in our military Intelligence and Federal Law Enforcement Communities to target literally ANYONE for whom they hold a grudge.**

I AM UNFAIRLY ACCUSED FOR:

1. **PLAGIARISM**. I disclosed in the book page 11/1 and 11/2 all details for writing this book (exhibit 1/item 1 enclosed)
2. **FAKE BY THE FIRST PUBLISHER DAR-AN-NAHAR/LEBANON.**
   - Complaning they haven't been paid. **When I was not owing them any money according to the law. That is why, they couldn't sue me**. (Exhibit 5 /letter in Arabic from the Notary Public sent to them through the court. (With its translation)
   - Complaining that i published my book. By USING THE FIRST PUBLISHER'S CD. A horrible lie. When I have re-in-printed the book myself with the help of the Second Publisher. For the French Translation their book has one slash divider between two French words And my book has two slash divider between two French words.

The reason for writing this book. Due to the war in Lebanon. In 1979, We had to move to the USA. I picked the English colloquial words that I needed to learn before residing in the USA. I did a story by letter. That means a story with the words starting by A. Then B……. On the top of each word its meaning in French. Then, recorded by a British Teacher. She had helped me in the writing. As explained in my book (Exhibit two). As my commercial writing was good. I started writing English correspondence at my work since 1965.
Then, after my husband's death and after completing all my responsibilities I had a lot of leisure time. To fill it. In 2012, I decided to re-write my book.

Here started the DIABOLIC CONSPIRACY ENGINNERED BY MS PEELE.
1. Now, I discovered that the whole family with the five corporate attorneys were aware and kept the information top secret for me. That this kind of books is accused of Plagiarism.
2. The French Embassy answered my question to where to register this book in France. This book doesn't need to be registered the author is protected by law. (I have great doubt that this was a suggestion by MS Peele. As the Center of Art at the Embassy would for sure gave a different answer.

3 of 6

3- FBI's instructions around the world. Nobody should inform Josette Khayat that her book is subject to PLAGIARISM.
4- FBI's instructions to the Publisher. Make the book but MICKEY-MOUSE
5- My relation with this publisher had a sinister ending. <u>I haven't paid the final as I was acting within the law. I didn't have any idea of a conspiracy</u> (exhibit five).
6- I retyped the book myself with the help of the second Publisher. This publisher was required to direct me to have a book typical to the one of the First Publisher. He went through several diabolic conspiracies. Now, I discovered they were required by the FBI, the first publisher and may be the Interpol.
7- Right after started a harassment limited to my health only. Then, after having made my legacy to the church that has been fought by FBI/MS Peele started the following INDEFINITE HARASSMENT:

➢ Damaging my health. My home from inside and destroying it from outside. **<u>Without missing my car.</u>**
➢ Furthermore, after being absent, I have to throw any food left at home. As during my absence FBI's Secret Agent gets in my home and contaminates the food. Therefore, my three fridges + the freezer are empty since 2019 after discovering the water three feet underground closed to the house.
➢ **<u>From inside the house</u>**. Whatever having connection with plumbing has been damaged. Even the heater, the Air Conditioning and the water heater. That forced me to manage without with a horrible suffering. My mattress has been sprayed with gas. I sleep on the couch since 2020. Carpets and furniture.

➢ **<u>From outside the house.</u>** Slope around the house. Iron and wood fence. Retaining wall. The bottom of the wall to the house. They pull the metal from the bottom and fill it with water to damage the wood.
➢ **<u>THE MOST CATASTROPHIC IS THE ROOF.</u>** Secret Agent come at night break the concrete tiles. Remove the nails to cause the roof to be slippery. Also, lately they are using wires that I found on the roof to burn with the black paper that is under the concrete tiles.
**<u>For three times</u>** I had a roofer friend to fix it. Now he is no more allowed either him or any other licensed roofer o fix it. **<u>THE STATE OF THE ROOF IS IN DRAMATIC STATE AND NO ROOFER IS ALLOWED TO FIX IT.</u>**
Beside the camera in front the house. FBI added a camera at the back of the house to watch and stop anybody from fixing the roof.
(MS Peele is furious that the legacy of the house went to the church. Details in ITEM three).
➢ My laptops more than three people are following my writing. To erase paragraphs, words, change the meaning of my writing.
➢ This harassment paragraph has been erased from a letter that I had typed.
➢ My cell phone. Most of the features are stopped.
➢ I couldn't apply on line. They don't let me open it.
➢ **My picture is published as a person of BAD FAITH. When THE REAL BAD FAITH IS FROM MS PEELE.**
<u>I WILL NEVER CHANGE MY PRINCIPLES IN LIFE.</u> As I have and always be crystal clear in my life.

<u>I AM 100% INNOCENT AND WHAT IS GOING ON IS A CRIME FOR WHICH THEY MUST BE PUNISHED. I AM NOT GOING TO SAY MORE THAN THAT. PLEASE, READ THE FILE AND MAKE YOUR JUDGMENT WHO IS THE ONE WHO SHOULD BE HARASSED.</u>



3

Furthermore, I mailed a file o FBI Sacramento. It remained undelivered for 10 days. Up to the time MS J. Peele had been able to change the contents. I mailed another file. It has been returned to sender.

Now they are stopping my both phones the regular and the cell. So that Legal responsible could contact me.

Please note. I have sent a copy of this file to FBI Sacramento. MS Joelle Peele delayed its delivery for 10 days. That means she had the time to change even in my writing as she is on my computer as well as my sister. They would have changed in the writing or removing the enclosures. I send a second mail but it has been accepted.

### I BEG YOU TO SAVE ME AT THE END OF MY LIFE.

ENCLOSURES:
1- Letter that I had prepared to Chief Justice Tani Cantil Sakauwi. ……………………… . 7 pages
2- THE DOCUMENTS FROM 1 TO 11. BETWEEN ARE THE THREE PAGES OF THIS REPORT.
3- The letter that I wanted to address to the attorney who would take care of the file 11 page
4- Addendum. …………………………………………………………………………………………………. 2 pages
5- Investigation……………………………………………………………………………………………… 2 pages
6- MY CV …………………………………………………………………………………………………………. 6 pages
7- Exhibit One: ITEM ONE: Subject "PLAGIARISM" …………………………………………….. 5 Pages.
8- Exhibit One: ITEM TWO: Subject Since starting the book up to the publishing …… 18 Pages.
9- Exhibit One: ITEM THREE: Details of the harassment ………………………………….. 22 Pages
10- Exhibit Two: My book. Page 11/1 my biography + some chapters of my book +   *29 pages*
       Some common expression and one page of the irregular verbs.
10 - Exhibit Three: The words that I picked from a dictionary for the letter R
11 - Exhibit Four -  The French Embassy report emailed to me by MS Ann-Sophie.
12- Exhibit five:    The letter that has been delivered through the Court to the first Publisher
       After they have rejected to issue a contract. 3 pages in Arabic and 4 pages   *4 pages English*
       translated
13- Exhibit six:    Bank Statement from BOA proving the payment of $ 200.- to Soad Melki.
14- Exhibit seven: Affidavit from MR Tanios Malak confirming his help to me to print the book.
       And the original copy had only one slash divider and mine two slash divider
       between two French words.
15- Exhibit Eight:   Affidavit from Rev. Nazih Hayek confirming his having removed from my   *2 pages*
       biography the expression Lebanese/American. That I paid the cost of 200
       exemplars only.
16- Exhibit Nine:   My relationship with my family proving how good I have been to them and
       how they made me suffer.
17- Exhibit Ten:    Roto Roter statement stating that the water was three feet underground
       close to the house.
18- Exhibit Eleven: Deputy Jordan Report. He said to me "This is your family"
19 - Exhibit twelve:  Suburban water billing list proving water was in the range of $ 200.00 During
       my absence.
20- Exhibit Thirteen: Deputy report for the FBI removing from my laptop and CD all my book
       printing from May 2015 to January 2016.
21- Exhibit Fourteen – Edison electricity billing from July 2017 to July 2018, was in the range of
       $ 200.00 during my absence

*+ 11 pictures of the roof*


*5 of 6*

FILED

SEP 30 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSETTE A. KHAYAT,

    Plaintiff,

v.

FBI/JOELLE K. PEELE,

    Defendant.

Case No. 22-cv-05654-NC

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

    IT IS HEREBY ORDERED that this action is assigned to the Honorable Nathanael M. Cousins. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Plaintiffs or removing parties must file a consent or declination to proceed before a magistrate judge within 14 days of the filing of the complaint or the removal. All other parties must file a consent or declination within 14 days of appearing in the case. All parties who have made an appearance must file a consent or declination within 7 days of the filing of a dispositive motion or the case will be reassigned to a district court judge. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

    IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at http://www.cand.uscourts.gov/adr. A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

    IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties

the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California", additional copies of which can be downloaded from the court's Internet website: http://www.cand.uscourts.gov.

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| Date | Event | Governing Rule |
| 9/30/2022 | Complaint Filed | |
| 12/14/2022 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| 12/28/2022 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement<br><br>(also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil L.R. 16-9 |
| 1/4/2023 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:00 AM in:<br><br>4th Floor, Courtroom 5<br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113 | Civil L.R. 16-10 |

* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

** If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.

2

# STANDING ORDER FOR ALL JUDGES
## OF THE NORTHERN DISTRICT OF CALIFORNIA
## CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

All judges of the Northern District of California require identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1. <u>Jurisdiction and Service</u>: The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2. <u>Facts</u>: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3. <u>Legal Issues</u>: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4. <u>Motions</u>: All prior and pending motions, their current status, and any anticipated motions.

5. <u>Amendment of Pleadings</u>: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6. <u>Evidence Preservation</u>: A brief report certifying that the parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"), and confirming that the parties have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. *See ESI Guidelines 2.01 and 2.02, and Checklist for ESI Meet and Confer.*

7. <u>Disclosures</u>: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26, and a description of the disclosures made.

8. <u>Discovery</u>: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, a brief report on whether the parties have considered entering into a stipulated e-discovery order, a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), and any identified discovery disputes.

9. <u>Class Actions</u>: If a class action, a proposal for how and when the class will be certified, and whether all attorneys of record for the parties have reviewed the Procedural Guidance for Class Action Settlements.

10. <u>Related Cases</u>: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11. <u>Relief</u>: All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

*Effective November 1, 2018*

12. Settlement and ADR: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13. Consent to Magistrate Judge For All Purposes: Whether **all** parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment. ___ Yes ___ No

14. Other References: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. Narrowing of Issues: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16. Expedited Trial Procedure: Whether this is the type of case that can be handled under the Expedited Trial Procedure of General Order No. 64 Attachment A. If all parties agree, they shall instead of this Statement, file an executed Agreement for Expedited Trial and a Joint Expedited Case Management Statement, in accordance with General Order No. 64 Attachments B and D.

17. Scheduling: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18. Trial: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19. Disclosure of Non-party Interested Entities or Persons: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding. In any proposed class, collective, or representative action, the required disclosure includes any person or entity that is funding the prosecution of any claim or counterclaim.

20. Professional Conduct: Whether all attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Case No. _____

**STANDING ORDER REGARDING**

**CASE MANAGEMENT IN CIVIL CASES**

This order sets forth requirements for initial case management in all civil matters assigned to District Judges Lucy H. Koh, Edward J. Davila, and Beth Labson Freeman, and Magistrate Judges Nathanael Cousins, Susan van Keulen, and Virginia K. DeMarchi. All papers filed must include the case number of the action followed by the initials of the assigned district judge or magistrate judge and, if applicable, the initials of the magistrate judge to whom the action is referred for discovery or other pretrial activity.

Plaintiff shall serve a copy of this Standing Order on all parties to this action and on all parties subsequently joined, in accordance with Fed.R.Civ.P. 4 and 5. Following service, plaintiff shall file a certificate of service in accordance with Civil L.R. 5-5(a).

All disclosure or discovery disputes in cases assigned to district judges are referred to the assigned magistrate judge for determination pursuant to Fed.R.Civ.P. 72(a). Magistrate judges themselves handle disclosure and discovery disputes in the cases assigned to them.

Before selecting a hearing date for a motion before any of the judges of the San Jose Division, counsel must confer with opposing counsel to determine that the proposed hearing date will not cause undue prejudice.

Civil motions under Civil L.R. 7-2 in cases assigned to Judge Koh may be noticed for hearing only after contacting Judge Koh's Courtroom Deputy, Irene Mason at 408-535-5346, and obtaining an available date. Parties must file their notice of motion, motion, memorandum of points and authorities, and proposed order the same day that the parties obtain a hearing date from Ms. Mason or the next business day. Otherwise, parties must obtain a new hearing date from Ms. Mason.

Civil motions under Civil L.R. 7-2 in cases assigned to Judge Davila may be noticed for hearing only after contacting Judge Davila's Courtroom Deputy, Adriana Kratzmann, at 408-535-5356.

Civil motions under Civil L.R. 7-2 in cases assigned to Judge Freeman may be noticed for hearing only after contacting Judge Freeman's Courtroom Deputy, Tiffany Salinas-Harwell at 408-535-5381.

Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge Cousins may be noticed for hearing on any Wednesday at 1:00 p.m.

Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge van Keulen may be noticed for hearing on any Tuesday at 10:00 a.m.

Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge DeMarchi may be noticed for hearing on any Tuesday at 10:00 a.m.

Pursuant to Fed.R.Civ.P. 16 and 26 and Civil L.R. 16-10(a), a Case Management Conference will be held on _____ at _____, at the United States Courthouse, 280 South First Street, San Jose, California. This conference may be continued only by court order pursuant to Civil L.R. 16-2(e). Parties may not stipulate to continue a Case Management Conference without court approval.

Pursuant to Civil L.R. 16-3, in advance of the Case Management Conference, counsel shall confer with their respective clients and opposing counsel for the purposes specified in Fed.R.Civ.P. 26(f), Civil L.R. 16-8 and 16-9, and in patent cases, Patent L.R. 3-1 through 3-6. A meaningful meet and confer process prior to the Case Management Conference and good faith compliance with the requirements of this Order are essential elements of effective case management. Failure to meet and confer, to be prepared for the Case Management Conference or to file a Joint Case Management Conference Statement may result in sanctions. Parties may, but are not required, to attend the Case Management Conference.

In all "E-filing" cases when filing papers in connection with any motion for determination by a judge, the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed

electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with the Judge's name, case number and "E-filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

IT IS SO ORDERED.

Dated: June 20, 2018

_____
Lucy H. Koh
United States District Judge

_____
Edward J. Davila
United States District Judge

_____
Beth Labson Freeman
United States District Judge

_____
Nathanael Cousins
United States Magistrate Judge

_____
Susan van Keulen
United States Magistrate Judge

_____
Virginia K. DeMarchi
United States Magistrate Judge

3

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
JOSETTE B. KHAYAT

**(b) County of Residence of First Listed Plaintiff** *(EXCEPT IN U.S. PLAINTIFF CASES)*
LA / USA

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS**
JOELLE K PEELE

**County of Residence of First Listed Defendant** LA *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**Attorneys** *(If Known)*

NEW CASE

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | 4 | [X] 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | [X] 3 | 3 | Foreign Nation | [X] 6 | 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 710 Fair Labor Standards Act | [X] 820 Copyrights [X] | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 790 Other Labor Litigation | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced & Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | **SOCIAL SECURITY** | 480 Consumer Credit |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | | 861 HIA (1395ff) | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury -Medical Malpractice | | **IMMIGRATION** | 862 Black Lung (923) | 490 Cable/Sat TV |
| 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 462 Naturalization Application | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | 440 Other Civil Rights | **HABEAS CORPUS** | 465 Other Immigration Actions | 864 SSID Title XVI | 890 Other Statutory Actions |
| 210 Land Condemnation | 441 Voting | 463 Alien Detainee | | 865 RSI (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 442 Employment | 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 240 Torts to Land | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | 871 IRS–Third Party 26 USC § 7609 | 896 Arbitration |
| 245 Tort Product Liability | 446 Amer. w/Disabilities–Other | **OTHER** | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 448 Education | 540 Mandamus & Other | | | 950 Constitutionality of State Statutes |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation–Transfer
- [ ] 8 Multidistrict Litigation–Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
FBI

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, Fed. R. Civ. P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

**VIII. RELATED CASE(S), IF ANY** *(See instructions)*
JUDGE
DOCKET NUMBER

**IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)**
*(Place an "X" in One Box Only)*
[ ] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE    [ ] EUREKA-MCKINLEYVILLE

DATE 09/30/22    SIGNATURE OF ATTORNEY OF RECORD 

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611161469
Cashier ID: buensum
Transaction Date: 09/30/2022
Payer Name: JOSETTE ALBERT KHAYAT
------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: JOSETTE ALBERT KHAYAT
 Case/Party: D-CAN-5-22-CV-005654-001
 Amount:        $402.00
------------------------------------
CREDIT CARD
 Amt Tendered: $402.00
------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

NC

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```