1

CASE 5:22-CV-05654-NC

FILED 09/30/22

AMENDMENT 1

*page 1 of 96 pages*

**Josette Khayat**
2516 Abuela Place/Hacienda Heights/CA 91745
Tel.626-820-9566/Cell:626-228-9919/josettekhayat61@gmail.com

I am not able to find the administration specialized in my subject. Which is a Law-Suit against the FBI.
The Superior Court of California, County of Los Angeles. Family Law Department, doesn't cover my case.
I couldn't find whether on-line or by the Sheriff Department where to address my case.

FILED

NOV 14 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONTENTS OF THIS REPORT:**

| | |
|---|---|
| **FIRST PHASE:** | A clear picture of the situation |
| **SECOND PHASE:** | How started the premediated harassment |
| **THIRD PHASE:** | The First Publisher was DAR-ANNAHAR |
| **FOURTH PHASE:** | Fake diabolic accusation by the first publisher. |
| **FIFTH PHASE:** | THE ERASING to my re-in-printing to the book from my laptops, USBs and CDs |

············

## FIRST PHASE

Before presenting my case. For the reader to get a clear picture of the situation. I have to start by describing the following:

1) The limit of my general knowledge?

   ➢ I am 86 years old. I am of a peaceful temper. I have never had any relation with Police.

   ➢ I worked overseas. In the Middle East, Teaching up to 1958. Then, in trading, Manager of Marine Insurance and Banking.

   ➢ In the USA, I built three buildings. Two with a General Contractor and the third one My Husband and me were Owner Builder. We have not used any attorney for any contract. We used to write our own contracts.

   ➢ It is clear. That I have never had any co-operation with attorneys in the USA. Furthermore, I did not have any idea of the role of Corporate Attorneys with the FBI.

2) **MY RELATIONSHIP WITH MY FAMILY :**
   The relationship was sinister., On and off since I got married in 1968. Then, totally disrupted from 1991 to 2003 up to the time my husband was at his final illness. They made me suffer for over fifty years. (Please read (Exhibit Nine. I Have sisters model). My family has been and still is criminal with.

   My family is a kind of mafia. MS Joelle Khoury Peele is the grand-daughter of my sister Therese and her Husband who were considering themselves the god-parents of the mafia. That my husband and I have never tolerated and joined.

3) **MY RELATIONSHIP WITH MY GREAT-NIECE:**
   MS Joelle K. Peele, today, Head of Attorneys at the FBI, Wilshire Blvd /Los Angeles. She is handling my file.

./...

After my husband's death. MS J. Peele was extremely cool from her side toward me. Despite my being extremely sweet to her. I used to spoil her at any presented occasion. The same way, as I was treating all nephews and nieces. However, she has never said to me except HI & BYE. She has never tried to exchange one sentence with me. Even how are you doing? When she used to come at my Christmas Party. Nothing more than HI & BYE. Her Husband, sister and brother had different attitude toward me.

In 2006, MS J. Peele has been graduated in International Corporate Law;  she worked in a Corporate Law-Firm. My understanding about International Corporate Law-Firm is: These firms deal with International commercial business.

4)  This discovery to the role of International Corporate Law-Firm. And its effect on me.
     <u>You will be surprised</u>. Only, two weeks ago, I searched on-line THE RELATION BETWEEN CORPORATE LAW-FIRM AND THE FBI. I discovered, that
                    A closed relation is between these two institutions PLUS Edison.
     MS. J. Peele was dealing with the FBI since 2006.
     Therefore, since 2006, My sisters have been informed by MS J. Peele, the role of the International Corporate Law Firm with the FBI.  Unfortunately, on purpose, they left me ignorant about the subject.

     ➢ <u>This discovery clarified to me.</u> The harassment that I was going through since 2006. By having documents taken from my home. Sometimes, returned at the top of a drawer and sometimes Not returned. At this time, I presumed that my family got a copy of the remote of my garage and were invading my home while being absent.

     ➢ My sisters' undisputable jealousy for my having succeeded in many fields. Therefore. to be able to harass me without that I could understand the source of this harassment. They kept me ignorant about the subject.

     <u>Now, I understand why</u>? Only one of them used to repeat to me "YOU DON'T KNOW ANYTHING."

            In fact, I could not guess. That, since 2006, the FBI was after me at each of my steps.

<u>Furthermore, what was surprising me</u>. The City of Industry's Police Department was never giving importance to my, around ten times, complaints. (Reference should be in their archives).
So by discovering the relation between  these Law-Firms  and the FBI, I realized. There was a cover-up by MS J Peele/FBI. Being at a Corporate Law-Firm. And her relation with the FBI. In addition to her hatred feeling toward me.

<u>It is important to note</u> that MS J. Peele hasn't wasted her time.
                    In 2004. MS J. Peele's started her first criminal attitude toward me.
                    While being student at the Law School. She engineered her first
                    harassment with her grand-ma, my sister Therese, and the DMV
                    Judge with whom she had her training.

       She has sent me to a DMV hearing. After, I had congratulation for the renewal of my ID.
                    (Details/ Exhibit one/ITEM THREE/P. 6/1).          ./...

- Also, MS J. Peele is holding a grudge against me. For having made my legacy in favor of the churches. As, without my knowledge, she did her best, through one of her attorneys, to force me to sign a will in order to change MY LEGACY. Nevertheless, she has not and she will not succeed. As my decision is made on solid basis. (pse read **ITEM THREE/PAGE 12/section 17).**

- <u>Over all</u> the harassment, that I am going through as described in **ITEM THREE. Three** months ago, MS J. Peele added a spray to my home with a kind of gray powder that blocks my breath and puts me to sleep most of the day.

- I AM SORRY FOR HER, if she is not aware that she is getting a real criminal. <u>**BECAUSE, NOT ONLY, I AM NOT AT FAULT IN ANYTHING**</u>.

  You will discover it while reading this file.

- **ALSO, BECAUSE,**
  A) SHE AND THE FAMILY, SINCE 2012, THE TIME I WAS WRITING THE BOOK. THEY HAVE WORKED FOR IT. <u>BY HIDING THE WORD PLAGIARISM</u>.

  B) <u>BY SENDING AN INTERNATIONAL INSTRUCTION</u>
  "<u>NOBODY SHOULD INFORM JOSETTE KHAYAT THAT HER BOOK IS SUBJECT TO PLAGIARISM</u>"
  ...................

## SECOND  PHASE

**HEREAFTER, HOW STARTED THE PREMEDITATED  HARASSMENT:**
Right after having sent a chapter from my book:

> Improve your English Vocabulary with the Dictionary English/French in stories and the pronunciation with the related CD. (Exhibit Two).

to the French Embassy in Washington DC., requesting them to inform me. Where could I register this book in France. Immediately, their employee Ms. Anne-Sophie Hermil confirmed to me by three phone calls. This book does not need to be registered. The first of its kind. The author is protected by law. Having argued that this is not the correct answer. MS A.S. Hermil emailed me the enclosed document. (Exhibit 4). Stating in French: :

> « The Legal protection to the author is granted by the only fact of creating an original form. The copyrights protects the intellectual work. Without that the author be required to accomplish any administrative formality or prior procedure to the registration. Therefore, the related Legal Regulations don't exert any effect on the copyrights birth»

Still, I am not able to assimilate the idea. That right after having received the chapter of the above mentioned book. The French Embassy started a harassment in co-operation with the FBI. Now, my belief. MS J. Peele was behind.

./...

**I DON'T UNDERSTAND WHY? IF** the Embassy had not accepted the idea of the book.  They could have given any of these three following different answers.

1) If not being a French citizen. The book must be approved by the French Ministry of culture.

OR

2) English/French books are not acceptable by the French Ministry of Culture.

OR

3) The Embassy should have given me the address of the Registration Office in France. Who, for sure would have given me a different answer.

…

Now, I consider, the answer reported to me by MS Anne-Sophie Hermil, was made:

After a decision, made between the French Embassy and the FBI/MS J. Peele.


As right after, started the following harassments.


A) At City of Hope, Duarte started the first harassment. As I was being checked, after a bladder cancer. The Doctor requested, every two months, a general scan, by making me suffer with the intra-venous shot.  Giving for four times a diagnosis:

Cancer at the Head of the Pancreas.

Then, it has been proven "fake diagnosis" after an endoscopy in Lebanon.

What is strange. MS J. Peele grand-ma Therese and my sister Christine were aware of the harassment.

As they were laughing and commenting, "It is not true. WE DON'T BELIEVE YOU HAVE A CANCER". These comments prove that MS J. Peele was behind. That means: my sisters were aware. It is a fake result.

B) <u>Car accident premeditated</u> by the hitter to just destroy my car. That is why, Rowland Height Police refused to give me the Lady's insurance and a report for the accident.


<u>I couldn't guess of anything wrong</u>. Having got the green light from: (1) The French Embassy. And (2) the Ministry of Culture in Lebanon. Whose comment was: The book can be sold in the Libraries. Therefore, <u>I went ahead with my project to publish the book in Lebanon.</u>


Here started the second <u>DIABOLIC INSTIGATION</u>. As you, know. Any instruction from the FBI is highly respected and implemented. Whether by the Government or the Police. As <u>people in Lebanon are good-hearted. If, they knew that my book is against the Law. They would have warned me: I presume:</u>

International Instruction from FBI/MS J. Peele:

1- <u>NOBODY SHOULD INFORM JOSETTE KHAYAT THAT HER BOOK IS SUBJECT TO PLAGIARISM</u>.

2- Then, <u>TO THE PUBLISHER. PUBLISH THE BOOK. BUT HAVE IT DONE" MICKEY-MOUSE".</u>

It goes without saying: This situation triggers an argument between the two parties:

➢ From the one hand, The author ignoring what is going-on. It goes without saying:" he/she wants to have a perfect production".                                          ./…

➢ On the other hand, the Publisher has to comply with the FBI's request.

➢ **FROM HERE. Started MS Peele's target to destroy me. And to put me into her hen-cage.**

........................

## THIRD  PHASE

The First Publisher was DAR-ANNAHAR. So, from here started the effect of the Diabolic Instigation. And from here started the DISPUTE.

Despite, all what I went through? I knew how to protect myself. I have not done anything against the law. I have been Crystal-Clear in all my deals as I have always been.

The FBI hasn't succeeded with the First Publisher. As I stopped them from issuing a Mickey-Mouse book. Furthermore, I was forced to stop any further payment for them.   As after eight months, confirming they will comply with the terms of my required contract. When we reached the final. They rejected the terms of this contract.

Please note: When, the book started to improve. However not done. Before stopping the payment.  I started by sending to the first publisher DAR-ANNAHAR. Two warnings.

1) **FIRST**, in **OCTOBER 2014**. By email, warning them no payment before a contract with the following conditions:
    **A)** "There is a charge of $ 100.00. For each mistake made on purpose. By the IN-printing of the signed book on the plaque.
    **B)** Furthermore, no payment. If any word is changed on purpose. When in-printing the book, from the plaque to the final printing. That is going to be published.

2) **SECOND**, **NOVEMBER 11, 2014**, a first letter, in Arabic, sent by a Notary Public, through the Court, to DAR ANNAHAR. Warning them. no payment without a contract with the above mentioned conditions.

3) **THIRD,  APRIL 22<sup>ND</sup> 2015** A The second letter, in Arabic, sent by a Notary Public, through the Court, to DAR  ANNAHAR Reading as follows:

    ➢ Due to the fact of DAR ANNAHAR rejection through their attorney MR David Salloum, to issue a contract comprising the following term:
        **(A)** "There is a charge of $ 100.00. For each mistake made on purpose. By the IN-printing of the signed book on the plaque.

        **(B)** Furthermore, no payment. If any word is changed on purpose. When in-printing the book, from the plaque to the final printing. That is going  to be published.

./...

Case 5:22-cv-05654-NC
FILED 09/30/22
AMENDMENT 1        6

(C) <u>AS , THE AMOUNT OF THREE THOUSAND DOLLARS, WAS CONDITIONAL.</u> Upon signing a contract with the above mentioned terms. Therefore, if no contract, NO MONEY.

(D) <u>ALSO, I ADDED</u>:  If yourselves or any of your employees or acquaintances come to issue a book similar to my book. <u>There will be a Penalty of two Millions Dollars.</u>

<u>THIS LAST ITEM (D). PROVES THAT I AM NOT AWARE and IGNORING COMPLETELY:</u>
<u>THE WORD "PLAGIARISM</u>

<u>Enclosed (Exhibit Five). This second letter, in Arabic, dated April 22<sup>nd</sup> 2015 confirming what is  mentioned above. Also, sent THROUGH THE COURT, by a NOTARY PUBLIC to DAR ANNAHAR. TRANSLATED to English by a sworn translator.</u>

 If I was derogating from the Law. DAR ANNAHAR would have sued me and penalized me. With higher compensation.
Nevertheless, DAR ANNAHAR was realizing. That I am acting within the Law. Having started to receive their first warning, by email,  in October 2014.When the book was not completed yet.
.............................


## FOURTH  PHASE

### FAKE DIABOLIC ACCUSATION BY THE FIRST PUBLISHER.

Having stopped the First Publisher, DAR ANNAHAR, from issuing a Mickey-Mouse book. Also, having, stopped the payment according to the Law.


Now, To find a way to accuse me.  (1) THE FBI .  (2) The French Embassy. (3) The Lebanese Interpol associated with(4) The First Publisher . Also, I don't know. if (5)  the British Interpol is included.
They have engineered  " <u>five diabolic conspiracies</u>" to be implemented by The Second Publisher: St. Paul Library and St. Paul Print-House.
...

<u>FOUR POWERS ARE LIABLE</u> FOR HAVING ME FACE THIS CRIMINAL HARASSMENT.

These Powers were able to stop me from re-writing  this book. That was originally written in 1979. (Details ITEM TWO)

### THE  FIRST LIABLE

<u>THE FRENCH EMBASSY,</u> Washington DC: Having given me. The incorrect answer to my request.

..............

./...

## THE SECOND LIABLE

### MY TWO SISTERS CHRISTINE AND THERESE, GRAND-MA TO:

MS JOELLE PEELE. Head of Attorneys at the FBI, Wilshire Office. She is handling my file.

My sisters could have saved me from all what I am going through. By disclosing to me, IN 2012 or 2013. That my book is subject to PLAGIARISM. (Definition that they learned from MS Joelle Peele + their four other attorneys) As I had explained to them since 2012. The way and the reason for having written this book. (Details ITEM TWO, Sections 2/1 & 2/2. The reason for writing and re-writing the book Pages 1 to 4)

(This is proven by the consequences that will be applied toward me and toward them)

> As far as toward me. The FBI will: (1) deprive me from all my possession. (2) make me suffer with a non-stop harassment. (3) Destroy me and my home. (4) To end me in the street.

However, toward them: They will be rewarded with all my possessions.

Therefore, my sisters were pleased with the result. They kept mute about PLAGIARISM. Actually, they were mute since 2006. Also, about MS J. Peele co-operation with the FBI. After starting her job at a corporate Law-Firm. And inform me that these Law-Firms deal with the FBI.

MY SISTERS HAVE ALREADY BEEN REWARDED BY MS J. PEELE/ FBI.

> (The FBI has, confiscated from me the amount of $ 58,000.00) being Bank of America, Litigation's refund. (Details ITEM THREE/PAGE 16/29).

> Now, there is a CD of Dollars 90,000.00. With Pacific Western Bank. The bank is denying having opened this CD. Still the case is pending.

If my sisters had sister's feeling to protect me as I protected them. They would have acted differently since 2006. Their jealousy from me had no limit.

IS-IT ACCEPTABLE BY HAVING FIVE CORPORATE ATTORNEYS? Not only, one tried to know or to understand my case or listen to discover my innocence. On the contrary, they are all participating to the crime. Helping MS J. Peele to realize her target to destroy me.

All what is required is to destroy me. They are all enjoying to participate to the harassment.
It goes without saying. They are and will be paid for it.

FURTHERMORE, my sisters have the gut to try to talk to me. As if they are not involved in the subject. When they are the major participant.

I am sure MS J. Peele knows that I am innocent. But, she wants to reach her target: To get my possessions or destroy me.
She is scaring my friends, the churches by giving orders under the title of the FBI.
That nothing should be disclosed to Josette Khayat.

ON THE OTHER HAND,
everybody must report to the FBI That means to MS J. Peele. Every word said by Josete Khayat.

MS J. Peele has put me in her hen-cage.                                    ./...

**PLEASE NOTE MS J. Peele STARTED:**

<u>JUNE 2017</u>. <u>THE DESTRUCTION TO MY HOME</u>. In the USA. RIGHT AFTER HAVING LEGATED MY HOME TO THE CHARITY. MS J, Peele worked very hard to stop me from accomplishing MY WILL. However, unfortunately, she failed. This made her madder. As she had promised the family. She won't let me accomplish the Legacy.

<u>APRIL 2018</u>. <u>THE DESTRUCTION OF MY HOME IN LEBANON</u>. APRIL 2018. RIGHT AFTER HAVING INFORMED HER GRAND-MA. THERESE that I legated my home in Lebanon to the nuns. who take care of the elderly. And who would take care of me in case, I need assistance.

........................

## THE THIRD LIABLE:

<u>THE FIRST PUBLISHER</u>. DAR ANNAHAR Publishing. <u>From August 2013 to April 2015</u>. The book has been in-printed by three employees with Arabic knowledge only. It claimed from me, around one whole year of attendance in their offices with their personnel to have the book done correctly.

The details in <u>(EXHIBIT ONE/ITEM TWO/THE IN-PRINTING OF THE BOOK / P.7 & 8)</u>

➢ I reiterate, <u>In April 2015</u>, MS Shadia Tueini's Attorney, MR David Salloum said:
   "DAR ANNAHAR refuses to have a contract in compliance with your required terms".

➢ At this moment. I didn't have any other alternative. Either to withdraw Or to take the risk of having a book mickey-mouse. Therefore, I found-out that I had to withdraw.

Now, after having gone through all the stages. <u>From the starting until today</u>. I consider that:

➢ The First Publisher was required to in-print the book. However, to have it mickey-mouse at the publishing.

➢ MAY BE THEY GOT MAD. As beside of their being powerful and member of the Government. <u>THEY FAILED TO PUT ME IN</u>.

➢ Consequently, <u>DAR-ANNAHAR</u> (with their family's member "MR. ELIAS EL-MURR, who, at this time, <u>was Head of the Lebanese Interpol) in co-operation with the FBI, ordered the Second Publisher:</u>
   To realize <u>THE FIVE DIABOLIC CONPIRACIES</u> detailed in section: <u>THE FOURTH LIABLE</u>.

Therefore, with the implementation of: **(1)** The French Embassy. **(2)** DAR ANNAHAR. **(3)** with the Lebanese Interpol. **(4)** The FBI **(5)** and The five diabolic conspiracies by The Second Publisher. would create a reasonable cause. <u>To accuse me, falsely, of having published my book. By using DAR-ANNAHAR's CD.</u>
<u>AN INTERNATIONAL CONSPIRACY</u>.

<u>It has never crossed my mind. That I could be accused of having used the Dar-Annahar publisher's CD.</u>

........................                    ./...

CASE 5:22-CV-05654-NC

FILED 09/30/22

AMENDMENT 1    9

# THE FOURTH LIABLE:

➢ **THE SECOND PUBLISHER** is ST. PAUL LIBRARY AND ST. PAUL PRINT-HOUSE. Managed by Rev. Nazih Hayek . He doesn't look to be a canning or astute person.

This  time. I, myself, re-in-printed the book. **From May 2015 to January 2016.**

**THIS IS HOW, IT STARTED:**

After having withdrawn from the First, Publisher. I hired the <u>professional programer,</u> Mr. Ahmad El-Zein, <u>with little English knowledge.</u> Mr. Ahmad El-Zein prepared the layout to the page. Typed the whole book from a copy of DAR ANNAHAR printing. With thousands of mistakes. <u>Also, **THE PROGRAM IN-DESIGN CS6 WAS PUT AT "LINK".**</u>

<u>**Now**,</u> to correct the mistakes, I was in need of help. Being not professional with the Program "INDESIGN CS 6".

➢ I contacted the Second Publisher St. Paul Library. Managed by Rev. Nazih Hayek .

➢ When I started to work. <u>**THE PROGRAM IN-DESIGN CS6 WAS AT "LINK".**</u>

➢ The Rev. N. Hayek agreed to publish the book. However, refused to have the book in-printed by ST. Paul Print-House. As the number of their personnel was limited.

➢ On the other hand, he agreed <u>that I work the book, on my laptop in their offices.</u> As I was in need of help for the IN-DESIGN CS6 Program.

➢ Afterward. Rev. N. Hayek escorted me to the offices of ST. Paul Print-House. Made me the acquaintance of the personnel .

➢ <u>Rev. N. Hayek asked Mr. Tanios Malak,</u> who is professional with the "INDESIGN CS 6  program", <u>to help me with the problems that I was facing with the "INDESIGN CS 6  program"</u> Being  a complicated and unusual program.

➢ Also, Rev. N Hayek <u>required  me. Every two weeks:</u> <u>For regular revision, to give the draft that I would have  prepared to MR Tanios Malak on a CD. Who in turn, will have to return it to me on a different CD.</u>

➢ At the beginning.  During the first twenty days. Mr. Tanios Malak was helping me, many times a day.

After twenty days. The Rev. N. Hayek asked me:
- To work from home. And
- To come to their offices. In case, I face any difficulty in the Program INDESIGN CS6.

➢ In fact, afterward, I used to visit their offices twice a week for questions about the program.

○ **ENCLOSED:** (Exhibit Seven). <u>An affidavit emailed to me.</u>  From Mr. Tanios Malak . Confirming that he was helping me, from May 2015 to January 2016. By clarifying to me the use of the program

○ I followed Rev. Nazih Hayek's  instructions with confidence. As dealing with a priest. ./...

CASE 5:22-CV-05654-N
FILED 09/30/22

**HERE AFTER ARE THE FIVE CONSPIRACIES.**

AMENDMENT 1        *10*

## 1) FIRST DIABOLIC CONSPIRACY:

When I started to work. The program <u>IN-DESIGN CS6 PROGRAM WAS AT "LINK"</u>.
AFTER A LITTLE WHILE, I noticed the <u>"LINK" has been changed to "NO LINK"</u>.
When the program is at "NO LINK". The printing gets in-printed but remain hidden in the program.

I asked MR Tanios Malek to have it changed. Unfortunately, It has been rejected. This situation forced me to print page per page as the draft of DAR ANNAHAR.

## 2)    SECOND DIABOLIC CONSPIRACY:

<u>NOVEMBER 2015. I changed the one slash divider between two French words of the</u>
<u>translation. To two slashes divider</u> between two French Words of the Translation.

- **It has been rejected by Rev. Walid  Scandafi. Supervisor of St Paul-Print-House.**

  <u>Upon my challenge to: Either accept the changes or I withdraw. Rev. Walid  Scandafi agreed</u>
  <u>to the two slashes divider</u>. between two French Words of the translation.

- **The reason for Rev. Walid Scandafi's rejection:**

     To achieve the FBI malicious target: in final, the book had
        to look copy conform to the one of DAR-ANNAHAR.

  <u>Now, with the changes to TWO SLASHES DIVIDER</u>. That I made to the book.
  <u>THE FBI DIABOLIC CONPIRACIES built on malicious lies</u>, won't and cannot be believed as
  DAR ANNAHAR  PRINTING WAS, only, ONE SLASH DIVIDER between two French words

- o <u>AGAIN IN THE SAME ENCLOSED:</u> (Exhibit Seven). <u>MR Tanios Malak</u> . Confirms my change to the double slashes divider between two French words. It is clear to read in (exhibit Two/ p. 6 to 27).

## 3)    THIRD DIABOLIC CONSPIRACY:

<u>My bibliography</u>: To add it to the book. I couldn't add it by myself. Having the Program IN-DESIGNCS6
at  "NO LINK".

- o Rev. N. Hayek refused to add it. However, upon my challenge whether to agree or I withdraw. He agreed.

- o Nevertheless, without including the two pages with the serial number of the book. <u>To just</u> <u>add them "P.11/1 and 11/2"</u>. Pretending "It will claim a lot of work".

  Now I conclude. It was not a matter of lot of work. It was to, just, achieve the FBI malicious target. To keep the book identical to the one of DAR- ANNAHAR. (Enclosed Exhibit 2/P.4 & 5).

- ➤ If, at the time, I had the minus doubt. That I could be accused of having used the CD of DAR ANNAHAR. I would have never agreed. That the two pages, of my bibliography, not be included with the serial number of the book.                                                    ./...

## 4) FOURTH DIABOLIC CONSPIRACY:

**FROM MY BIOGRAPHY**. Rev. N. Hayek has erased <u>the expression LEBANESE/AMERICAN</u>.
This action was taken, to deprive me from my right, to write in English. Being an American Citizen.
I have the right to write in English. And apply on me the USA defense.
Enclosed (Exhibit EIGHT). An Affidavit from Rev. N. Hayek <u>confirming that he has erased the
expression LEBANESE/AMERICAN from my bibliography</u>.

## 5) FIFTH DIABOLIC CONSPIRACY:

March 2016. An employee, from ST. Paul Print-House, gave me a CD. On the top of it: is written:
Le livre de Mme Josette Khayat.

At the time, I haven't given any importance to the subject. However, first, I considered the reason
was: to let me read my bibliography on the CD. Unfortunately, bibliography was not added to the
CD. and my biography was not having the term 'LEBANESE/AMERICAN.

However, now. I give to it a totally different meaning. They wanted to say:
Rev. N. Hayek got the CD of DAR ANNAHAR Publishing. And, he is giving me a copy for my reference.

<u>I AM SURE NOBODY CAN SAY ANYTHING. EXCEPT DIABOLIC CONSPIRACIES.</u>
.................

# FIFTH  PHASE

<u>2015 MAY TO JANUARY 2016</u>. <u>THE ERASING to my re-in-printing of the book</u>. From my laptops, my
USBs and my CDs   WAS:
<u>To just find a way. To accuse me of not having re-in-printed the book</u>. Therefore, be able to apply on me the
following penalty.
FROM THE INTERNET:
   "The type of extreme harassment program essentially Allow.Those few holding position of power
   in our military Intelligence and Federal Law Enforcement Communities to target literally
   ANYONE for whom they hold a grudge. There are no criminal charges filed, no due process,
   instead behind closed doors a decision is made that a particular person deserves TO  be
   psychologically and physically  tortured, removed from society by ANY means necessary" .

<u>THE FBI WAS AND IS FORGING TO CREATE FAKE EVIDENCE.</u>

(1)By disposing of all my laptops, my USBs and CDs. The FBI Secret agents are erasing and adding the
     way they feel like. I can say, mostly everyday. According to the instructions given to them by the
     FBI's Management. This means by:
                              MY GREAT NIECE MS JOELLE PEELE.

They believe this tricky way, would led them  to confuse me. And enable them to unlawfully
        justify their fake accusations of: PLAGIARISM. THE FIRST PUBLISHER HASN'T BEEN PAID.
        I PUBLISHED MY BOOK WITH THE CD OF the first publisher DAR-AN-NAHAR/Lebanon.
                                                                        ./...



**(1)** <u>IT IS CLEAR, THE FBI ARE USING THEIR FULL TECHNIC</u>. By keep using their malicious tactic, to justify falsely. That I am at fault. And to make me believe that I am confused.

Shame on the FBI to harass and make suffer an innocent old lady. Who came to the USA. Instead of relying on welfare. As many people do. She and her husband worked very hard by going into fruitful projects. <u>Enhancing the economy</u>. And have not relied on welfare.

Does the FBI know that for EIGHTEEN MONTHS MY HUSBAND AND MYSELF WERE LIVING OUR HOME IN HACIENDA HEIGHTS AT 07.00AM TO BE AT THE SIGHT IN GLENDALE BY 08.00AM. THEN LEAVING GLENDALE AT O5.00PM EVERYDAY.

FOR THE FBI, IF THIS PERSON HAS NO CHILDREN.
The FBI work to make them suffer to confiscate their possessions. As they cannot hide their money with their children
Instead of being rewarded at the end of their life. <u>The FBI is using their full technical power</u>.
By keep using their malicious tactic. To accuse them for something that has never occurred.
<u>WHAT A CRIME</u>.

My understanding, the FBI encourage people to live idle to rely on welfare. There, they will not face any problem. They will be a burden on the economy.

The persons who should be penalized are: The French Embassy, my sisters, the First and the Second publishers
BUT NOT ME. WHY WAS IT A MYSTERY TO DISCLOSE THE TRUTH?
<u>IS THE EXPLANATION OF THE WORD PLAGIARISM IS EQUAL TO A NUCLEAR BOMB?</u>

An information hidden since 2013. Even since 2012. That I discover in October 2021. After eight Nine years. Instead of going into conspiracies and work to enjoy harassing innocent people. SAY:

<u>IN GOD WE TRUST. JUSTICE SHOULD BE THERE.</u>

The truth was supposed to be disclosed to me from day one. And stop me. From publishing the book. Despite that, I am not supposed to be penalized for PLAGIARISM. According to the defense of the accused. (Enclosed  Exhibit one/ITEM ONE ).

<u>I don't need to say to the FBI. As they should know more than I do: When a person of old age. Takes the initiative, to realize a project by himself/herself. This person will never forget the details.</u>
As, this person would have used his/her full attention to make a decision.
The age factor won't let this person forget what he/she went through.
THE FBI CANNOT CONFUSE HIM/HER

<u>THEREFORE,</u> by all these tactics. To mess-up with all my laptops, my USBs and my CDs won't confuse me. <u>Furthermore, all the harassment won't put me down.</u> Because,
My honesty in life was and will remain WHATEVER I FACE.

I beg your Honor, to give me justice. <u>THE GROUND IS A HATRED FEELING FROM MY FAMILY.</u> Who made me suffer for over fifty years?                                                                                      ./...

I am putting all my hopes, within your honorable justice. All what I am going through, is just stratagem. As you will have noticed.

From all the above mentioned conspiracies. And from reading: The enclosed (EXHIBIT ONE/ITEM ONE, ITEM TWO AND ITEM THREE)

I had never heard the word "PLAGIARISM". There should have been instructions from the FBI. That I be kept ignorant about PLAGIARISM.

As the Lebanese people are good hearted. They would have asked me: To stop from publishing this book.

One more information. **I DON'T KNOW IF IT IS GOD-CASTIGATION**. Both companies went out of business. After my book.

THEREFORE, by all these tactics. To mess-up, with all my laptops, my USBs and my CDs, won't be confusing me. **FURTHERMORE**, all the harassment won't put me down. Because,
        I am, I have been and I will always be transparent. Without causing harm to anybody.

        **I AM SURE, NOBODY CAN SAY ANYTHING. EXCEPT DIABOLIC CONSPIRACY.**

I put, in Your Excellency, all my Hopes FOR A FAIR JUSTICE.

With all my respects.


Josette Khayat


NB. Now, I am enclosing herewith.
   1) EXHIBIT ONE. Comprising ITEMS ONE, TWO AND THREE.
   2) The Addendum
   3) The most important: THE INVESTIGATION.


------------------------------------

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1                   14

**ITEM ONE**              **PLAGIARISM**.

## The contents of the book: Proving fake Accusation.

The book has a large amount of English words picked from the dictionary.with their translation. <u>ONLY, BY OCTOBER 2021. AFTER HAVING DISCOVERED</u>. That I am accused of 'PLAGIARISM". I checked on-line  and found-out:

"IF THE WRITER DECLARES THE SOURCE OF HIS WRITING.
He CANNOT BE CONSIDERED AT FAULT. ALSO, HE IS NOT SUPPOSED TO BE PENALIZED".

················

### <u>HEREAFTER, DETAILS OF</u>:

**1/1**  My knowledge regarding "PLAGIARISM".

**1/2**  <u>The reason for being late. To discover the word "PLAGIARISM'</u>.

**1/3**  <u>THE PROOF OF FAKE ACCUSATION</u>

**1/4**  A large amount of English words picked from the dictionary.

**1/5**  The translation to French.

**1/6**  The pronunciation.

**1/7**  The common expressions.

**1/8**  The irregular verbs.

·········································

## 1/1 MY KNOWLEDGE REGARDING PLAGIARISM.

- Regarding my knowledge. I didn't have any idea. That there is a Federal Regulation, under the title of PLAGIARISM. Either in French PLAGIAT. I HAVE NEVER MET THESE WORDS. My only knowledge for being harassed was that:
  FRANCE DOESN'T LIKE ENGLISH/FRENCH books.
  As disclosed to me by a USJ University's Professor.

- Since 1958. My last year of teaching. I was far from school. At this time, we used the word CHEATING IN FRENCH.

- My experience in life was in the following fields: Trading. Marine Insurance. Banking. Construction and building management.

- Therefore, my knowledge was limited to the above points.

- Also. In case we use someone work. We must either publish it or get his permission

·······························              ./...

2

75

## 1/2 THE REASON FOR BEING LATE TO DISCOVER THE WORD "PLAGIARISM".

Only December 1st, 2019. When I discovered the serious harassment. Water was three feet underground closed to the house. According to Roto-Rooter report dated 12/01/2019. It was my first chock. Especially, when 12/02/2019 Deputy Jordan of City of Industry said to me: THIS IS YOUR FAMILY. I haven't believed him.

My understanding for the harassment is that France doesn't like English/French books.

- **THE YEAR 2020.**
  - ➢ I have spent the whole year working very hard to fix all the damages, to around the house, CAUSED BY THE FBI's Secret Agents. I couldn't (1) open an Internet. (2) check my paper-work. (3) Talk to anybody (4) have any social activity.
    **I WAS DEAD AT THE END OF EACH DAY.**
  - ➢ First, I wrote a complaint to her Excellency Chief Justice Tani Cantil Sakauye, at Supreme Court of California. enclosing to her my two books. The reaction of Her Excellency:
    Deputy TOA, from City of Industry came and listened to me. I was not aware of the The real reason for the harassment. Also, Deputy Toa hasn't disclosed to me the reason.

- **THE YEAR 2021:**
  - ➢ When I started to doubt. That MY great-niece, MS JOELLE. PEELE, IS INVOLVED. As I was noticing that my sisters were involved in my harassment. I wrote to them the report "I HAVE SISTERS MODEL" (Exhibit NINE).
  - ➢ Then, by May 1st. Started the destruction to my roof. Also, no licensed roofer is allowed to fix it.
  - ➢ After having made sure that my great niece, MS Joelle K. Peele is the one handling my file. I emailed to her Husband MR Curtis Peele a letter for both of them. Also, I enclosed Exhibit nine. To explain to MS J. Peele the reason for my legacy that made her furious.
  - ➢ Then, I have sent two complaints: One to the FBI Wilshire Blvd. LA. Complaining about MS J. Peele's attitude.
  - ➢ Then, to The Chief Police. City of Industry.
  - ➢ Also, a letter to Building and Safety. To help me to get the roof fixed by Licensed Contractor. (NO RESULT).

    Up to this time, I still didn't know the real reason for:
    **THIS HORRIBLE INCREASING HARASSMENT.**

./...

CASE 5:22-CV-05654-NC
FILED 09/30/22

*16*

- **October 2021**. finding no response to all my mail.
  I said let me check on-line "<u>BY WHAT A WRITER COULD BE PENALIZED</u>"?
  There, I got the answer: "**PLAGIARISM**".
  - ➢ Right after, I checked on line: WHAT IS THE PENALTY?
    One year jail and $ 100.000.00 penalty.
  - ➢ Also, I checked <u>WHAT IS THE DEFENSE</u>. And <u>got the answers described
    hereafter</u>.

- I remained under the impression that I am harassed for PLAGIARISM only.

- Then, <u>04/08/22</u>. I sent a letter to Honorable MS Hilda Solis, LA County Supervisor for
  Hacienda Heights. Also ANSWER: explaining this is not part of her responsibility.
  ...........................................

# 1/3 <u>THE PROOF OF FAKE ACCUSATION</u>

In the book.  At the  end of my biography, I declared in details:

1) <u>MY BIOGRAPHY</u>: Page 4,
   hereafter Page 11
   (Exhibit 2, page 3)

2) <u>THE SOURCE OF THE TRANSLATION</u>:  At the end of Pages 10 and the back cover.
   Hereafter pages 5 and 6.
   (Exhibit 2 page 2 and the Back-Cover).

3) <u>THE WAY I WROTE THE BOOK:</u> Page 11/1

   I DECLARED IT IN DETAILS. AT THE END OF MY BIOGRAPHY.
   (Hereafter pages 7).
   (Exhibit 2. Page 4)

4) <u>OBTAINING THE REGISTRATION FROM</u>: Page 11/2.
   A) The Library of Congress and the Lebanese  Ministry of Arts..
   B) Also, THE FRENCH EMBASSY'S RECOMMENDATION. The registration of this book is
      not required by Law.
   Hereafter page 8.
   (Exhibit 2. Page 5).
   ...........................................

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1

# EXHIBIT *2*

11

# BIOGRAPHY

*Josette Khayat was born in 1941, in Egypt, where she is known under her maiden name Gisèle Chaker Hage. At the age of 18 she was trilingual in Arabic, French and English. She continued to improve her proficiency in English as the years went by.*

*She moved to Lebanon in 1957 where she resided for a year, and studied Montessori Early Education. Then returning to Egypt, she learned the French and English shorthand (duployé method) that she adopted during her long years of work. In 1962 she moved back to Lebanon having taught herself Insurance and Banking. Two decades later, in 1984, Josette found herself in the construction business ending as general contractor of a large construction project. Over the course of her life, she also taught French, managed the Marine Department and other sections in an insurance company. She headed the Documentary Credit Department at a Bank. Her ambition and zest for learning didn't stop there.*

*As fate would have it, Josette moved again, to the Gulf this time. She worked at the Swedish Consulate at first and went on to translate government tender specifications for the French Company Scetcop. She spent seven years at the Central Bank of Kuwait, serving as personal assistant to the head of the Banking supervision Department - and two economist of the highest caliber according to Bank of England and Bundesbank (Germany Central bank). After that, Josette joined a leading bank for seven years ending to be head of a department.*

*Then, she moved to the United States and took on the challenging task of construction. She managed the construction of three projects and continued learning. Josette did not intend to lead such an eclectic professional life. It was simply a result of her many travels; travel which she always regarded as opportunities to experience different business fields and gain new knowledge.*

*Throughout her years of learning, Josette developed her own personal method of retaining information. She applied her method to the learning of a new language.*

*This book is the product of her systematic approach to learning and hereafter is* **The idea of this book**

**Josette Khayat**
**2516 Abuela Place**
**Hacienda Heights, CA 91745**

*P. 3*

*18*

10

# EXHIBIT *2*

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT **1**

**the sign (+) next to the French meaning**: The sign (+) is placed where the same word has more than one meaning. It has a meaning as used in the story and another or more meanings not used here.

**Letters A - B- C - D**: These letters are placed in the margin of the chapters to point out the different sub-topics of the text and to help the student assimilate the story in an easy manner.

**Numbers 1 - 2 - 3**: These numbers are placed in long paragraphs of different text to help the student better assimilate the meaning of each sentence.

**Procedure to study this book:** Each story should first be comprehended, read with the recording at least 30 times to become familiar with the pronunciation. Then copied at least 10 times. Next, it needs to be studied and memorized. Finally, the student is encouraged to keep listening to the recording at leisure, this will help him to get more familiar with the vocabulary, the meaning and the pronunciation. Students will also gain the correct sentence structure which will help in their daily conversation.

The concept of new words placed in alphabetical order and in story form helps students remember their meaning in context, by recalling the stories that relate to each letter.

**Translation of the word from English to French:**

The verbs translated into French are not conjugated. They are translated to the infinitive. All nouns and adjectives are translated in the masculine singular.

**The translation sources are from the following dictionaries:**

Le Robert & collin, Meriam's Webster collegiate and Larousse.

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

*P. 2.*

# EXHIBIT *2*

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1

### Sans effort, perfectionner le vocabulaire anglais en moins de six mois, en étudiant ce livre et en écoutant le CD.

C'est un cours de 42 chapitres dont les textes contiennent des expressions courantes ainsi qu'une liste de mots anglo-français pour prononciation, plus un chapitre sur les proverbes et les expressions et un chapitre sur les verbes irréguliers. L'ensemble est traduit en français, et l'anglais se trouve sur le CD.

Un livre facile pour la maîtrise et l'amélioration du vocabulaire, ainsi que pour la prononciation de l'anglais.



-- **Le livre est lu** par une dame anglo-américaine

-- **Les mots soulignés:**
  leur traduction se trouve au-dessus.

-- **Les mots doublement soulignés :**
  sont d'usage moins fréquent et sont suivis de leur synonyme.

-- **Les mots en italique et mis entre parenthèses :**
  pour déterminer leur utilisation et leur sens.

-- **Les verbes** sont traduits à l'infinitif.

-- **Les noms** et les adjectifs sont traduits au masculin singulier.

-- **Répartition des chapitres:**

  - **Les lettres (A, B, C ...)** dans la marge,
    indiquent les différents thèmes.

  - **Les chiffres (1, 2, 3 ...)** pour la répartition
    des phrases.

  - **A la fin de chaque chapitre** vous
    trouverez la définition de certains mots.

-- **Conseils d'apprentissage et de prononciation :**
  copier chaque chapitre plusieurs fois, lire à haute voix et écouter
  le CD autant que possible.

Josette Khayet
2516 Abuela Place
Hacienda Heights, CA 91745

-- Source de traduction :

  - **LE ROBERT & COLLINS** (la référence en anglais).
  - **LAROUSSE** (Le dictionnaire de la langue française).
  - **MERRIAM WEBSTER'S COLLEGIATE DICTIONARY.**

*St Paul's Library Edition - Jounieh - Lebanon*

ISBN: 978-9953-0-3458-4

9 789953 034584

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1                    20

11/1

# EXHIBIT 2

In 1979, the author had developed a good command of the English language, she was able to read, write and translate with ease. However, when it came to holding everyday conversations she realized that her colloquial expressions were quite limited and stiff. So she decided to find a solution to the problem. As you may know:

"When there is a will, there is a way"

To begin with, she started preparing a glossary, by picking all the colloquial words which she was not familiar with, from an English/French pocket dictionary. Then she wrote the French meaning next to the English word. Afterwards she started writing the stories. Each story contains approximately one hundred words of the same letter. After finishing the first two stories, she asked a British lady to help her by reading and making the necessary corrections to these stories. Then, to record them on a tape recorder. This was a great help, as it is by hearing that someone could remember a word.

She kept on writing. Later the Lady had no problem helping her by writing some of the stories. Therefore, she was giving the Lady the words that she needed to learn, and the lady was writing the stories using these words. Up to the time together they finished all the stories. It was in this wise that the book was done. But, at that time, the book was not made in an academic and professional way.

After years of being busy with work and life the author decided to revisit the stories. She realized the benefit that this book could bring to people of French education.

So two years ago, she took the idea seriously. She re-edited the stories, both hers and the British lady with some adjustments to suit her purpose and added synonyms throughout the book. Also, she added the different parts of the body, the bushes, the flowers, the colors, the music instruments and the vegetables and fruit, and developed the list of animals at the zoo. Plus, the Anglos-French words for pronunciation, the common expressions and the irregular verbs.

She did her best to give the student all what is needed for everyday conversation. As this is, what she would have loved to have learnt when she had started studying English.

After completing the rewriting of the whole book, she asked a British-American Lady along with a male English professor to record this book, to ensure students heard both female and male voices.

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

Pg 4

11/2

THE AUTHOR FEELS PROUD TO SHARE THIS BOOK OF STORIES
WITH PROSPECTIVE STUDENTS. SHE WISHES EVERYONE
WHO TAKES THIS BOOK SERIOUSLY, THE BEST OF LUCK AND
PLENTY OF MEANING OF CONVERSATION.

-----------------------------

IT GOES WITHOUT SAYING THAT MILLIONS OF
PEOPLE ~~COULD~~ WRITE BOOKS. NEVERTHELESS,
UNTIL TODAY, NO ONE GOT THE IDEA OF
WRITING A BOOK COMPRISING SUCH A RICH
VOCABULARY PLUS ALL THE ITEMS THAT A NEW
STUDENT NEEDS TO LEARN AND TO ENABLE HIM/HER
TO EXPRESS HIMSELF/HERSELF IN THE ENGLISH LANGUAGE

WITH A CORRECT PRONUNCIATION.

-----------------------

In 2003, the author obtained the Copyright Certificate from
the Library of Congress in US.

In 2013 she obtained the Copyright Certificate for the 2nd
edition by the Library of Congress in US and also by the
Ministry of Economy in Lebanon.

In 2013, the French Embassy in Washington DC/US,
stated that the copyright for this book is not required as by
law no one has the right to write similar book, considering it a
new way of teaching. THE AUTHOR IS PROTECTED BY LAW.
In addition for confirmation, The Embassy e-mailed her the
related clause of the law.

# 1/4 A LARGE AMOUNT OF ENGLISH WORDS PICKED FROM THE DICTIONARY

A large amount of English words picked from the dictionary:

> Part of the words, of each alphabetical letter, was put in a <u>story</u>.
> Also at the top of each of these words. Its  meaning in French,

> The other part was used <u>for pronunciation</u> only.

The source is detailed in Page 11/1 shown above.

According to the following: <u>FROM THE INTERNET</u>:

"As clarified on-line by many Universities.
    "If the writer declares the source of his writing. He CANNOT BE CONSIDERED AT
    FAULT. Also, he is not supposed to be penalized".

............

FROM THE INTERNET:

<u>DEFENSE OF THE ACCUSED</u>:  "Kevin Mc Carty"

 "Plagiarized' means appropriating another writer's work and passing it
off as your  own. Taking a single word which is in widespread use could not possibly
be considered to be an act of plagiarism. Shakespeare is credited with coining an
 impressive 1700 words, including 'addiction', 'assassination', 'fashionable',
'discontent' and 'excitement', but using them today does not mean we are
plagiarizing  Shakespeare".

        <u>What plagiarism is – and is not</u> – by Alan M. Perlman, Ph.D.

When a charge of plagiarism is leveled, the data may fail to meet the "gold standard" stated

above, usually for the following reasons. **(a) The material can be shown to be in the**
**public domain, thus accessible from sources other than the ones from which**
**material was allegedly plagiarized.**

....................

## 1/5  THE TRANSLATION TO FRENCH.

At the top of the English words, its meaning in French.

<u>For the purpose of the translation:  That was elucidated</u>:

        a. <u>in English. In the Introduction / page 10. (Exhibit two/p.2)</u>
        b. <u>In French. On the back-cover of the book . Stating:</u>
            <u>The translation source is from the following dictionaries.</u>
            Le Robert and Collins, Larousse & Merriam Webster.

**FROM THE INTERNET:**

"As clarified on-line by many Universities.
**"If the writer declares the source of his writing. He CANNOT BE CONSIDERED AT FAULT. Also, he is not supposed to be penalized". .**

<u>What plagiarism is – and is not</u> – by Alan M. Perlman, Ph.D.

When a charge of plagiarism is leveled, the data may fail to meet the "gold standard" stated above, usually for the following reasons: **(a) The material can be shown to be in the public domain, thus accessible from sources other than the ones from which material was allegedly plagiarized.**

<u>FURTHERMORE, FOR THE TRANSLATION</u>. I would like to elucidate:

**A)** First, not all the underlined words are picked from the dictionary. <u>All the words, that don't belong to the alphabetical letter of the related chapter, are my personal writing</u>. Furthermore, I had studied the book in 1979, and kept reviewing  it up to 1983. Therefore, for a large amount of words, I was not in need of a dictionary.

**B)** For the rest of the words, I checked with LE ROBERT & COLLINS.

**C)** <u>For some words, I was not satisfied</u> with LE ROBERT & COLLINS translation. Therefore, for accuracy, I rechecked the meaning in Merriam Webster dictionary and was finding-out that my understanding was the right one.  Therefore, I have added these meanings, but in French.

**D)** The meaning of some French words, in French.
<u>For some French words</u>, the French meaning was not common. For these words.: At the end, of the related chapter. I added their explanation in French. As it is in the Larousse dictionary. To just help the reader to assimilate the meaning.  (It is included with the translation).

**FROM THE INTERNET:**

"As clarified on-line by many Universities.
**"If the writer declares the source of his writing. He CANNOT BE CONSIDERED AT FAULT. Also, he is not supposed to be penalized". .**

<u>What plagiarism is – and is not</u> – by Alan M. Perlman, Ph.D.
**What is accidental or unintentional plagiarism?"** As clarified on-line by many Universities.

./...

"If the writer declares the source of his writing. He CANNOT BE CONSIDERED AT FAULT. Also, he is not supposed to be penalized".

 Resolving unintentional or accidental plagiarism. There are various reasons, why people can Accidentally commit plagiarism. <u>For the most part, it's not because they want to steal someone else's idea and take credit for it themselves</u>. Instead, accidental plagiarism is an after-effect of carelessness and lack of attention to detail.

When does a plagiarism charge fail to meet the "gold standard?
When a charge of plagiarism is leveled, the data may fail to meet the "gold standard" stated above, usually for the following reasons: (a) The material can be shown to be in the public domain, thus accessible from sources other than the ones from which material was allegedly plagiarized.

·············································

## 1/6 FOR THE PRONUNCIATION,

➢ I picked from a dictionary the words closed to the French language. <u>My understanding, as far as the pronunciation is concerned. By mentioning, I picked-up the words from a pocket dictionary. These words are included.</u>

➢ Furthermore, as you will notice:
 For the letter R. Part of my glossary. Specimen hereafter pages 12 to 15.
 The rest, with the enclosure (Exhibit three).

 You will notice the words for pronunciation are at the top of the pages.

➢ Also, on the back-cover of the book. Page 6 above:  It is stipulated In French:
 The book was read by an Anglo American Lady.

·············································

./...

rage - rampe - rauch - range.

rubble - débris

---

RABBLE - [illegible] - canaille
RABID - furieux - féroce
RACK - [illegible] / [illegible]
RACKET - [illegible] / raquette
RACKETEER - [illegible]
RADIANCE - rayonnement
RADIUS - rayon
RAFFLE - loterie
RAFT - tas - amas
RAFTER - chevron (under the rafters - sous les combles)

RAGAMUFFIN - vagabond
RAGGED - déchiqueté - en haillons - rocailleux
RAID - coup de main - incursion
RAIL - barre - rampe - barrière
RAKE - rateau - ratisser. (RAKE-OFF - gratte)
RALLY - rallier
RAM - bélier - cours [illegible] - heurter
RAMBLE - randonnée
RANCOUR - rancune - ressentiment
RANDOM - fortuit - à tort et à travers
RANK - rang - ordre / complet - absolu
RANSOM - rançon
RANT - rechauffer - divaguer

rarity - [illegible] - national - [illegible] - ravage
ranne - rappeur - rebate - rebours - [illegible] - [illegible]
reign - reinforce - rejoin - relegate -

RAP - tape - frapper / fausse prise / de monnaie

RAPACIOUS - rapace

RAPE - violer - enlever

RAPT - ravi - extasié

RARE - à demi cru - [illegible] - rarifiant / rare - précieux

RASH - éruption - téméraire - irréfléchi

RASP - râper

RASPY - rugueux

RAT - (aussi lâcheur - [illegible])

RATTLE - cliquetis - bruit de ferraille

RAUCOUS - rauque

RAVE - délirer - [illegible]

RAVEN - corbeau

RAVENOUS - vorace - [illegible]

RAVISH - ravir

RA[illegible] - [illegible]

REALM - royaume

REAP - moissonner

REAR - arrière / lever - soulever

REBIRTH - réincarnation

REBUFF - rebuffade - échec - refus

REBUKE - reproche - blâme - réprimande

RECE[illegible]
RECE[illegible]
RECE[illegible]
RECK[illegible]
RECK[illegible]
RECLI[illegible]
RECE[illegible]
RECO[illegible]
RECO[illegible]
RECO[illegible]
RE[illegible]
RECU[illegible]
RED[illegible]
RE[illegible]
RE[illegible]
RE[illegible]
RE[illegible]
REFI[illegible]
REFL[illegible]
REFR[illegible]
REG[illegible]
RE[illegible]
RE[illegible]
REHE[illegible]

recepleut - ? eluce - recompose - ? accroissance -
reconstruct - recruit - resurrection - recteur - reducth
re / secht - recheck - re- the - re-création - refill - re Red -
a fraction - refresh - repute - regain - repete - refuel. reprise

RECEDE      - se retirer - s'éloigner.
RECEPTACLE  - récipient
RECESS      - replie - en détresse
RECKLESS    - téméraire
RECKON      - compter - calculer
RECLINE     - incliner
RECOIL      - reculer
RECOLLECT   - se souvenir - se rappeler
RECOUP      - dédommager
RECOURSE    - recours
RECTOR      - recteur
RECUR       - revenir - se reproduire
REDEEM      - racheter - sauver
REDNESS     - rougeur - inflammation
REDRESS     - redressement - redresser - remède -
REED        - roseau - chalumeau
REEK        - fumée - vapeur - mauvaise odeur
REEL        - bobine
REPLENISH   - remplir
REFRACTORY  - réfractaire
REGAL       - royal
REGALE      - se régaler
REGARD      - égard - déroulées - se reporter
REHEARSAL   - répétition

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1   28

## 1/7   THE COMMON EXPRESSIONS AND THE FRONT-COVER OF THE BOOK.

### Those were offered to me by my husband's cousin.

➢ **As far as, THE COMMON EXPRESSIONS.**

I didn't know, that I had to mention the source of these items. They have been emailed to me by my husband's cousin. Inviting me to add them to my book.

> An English educated lady who loved me and who wanted
> to see the success of the book. I am sure, she was not planning
> to cause me any harm. In any way until today. She is willing to
> send me an Affidavit releasing me from any
> "PLAGIARISM ACCUSATION" in this concern.

➢ Also, more details in regard to THE COMMON EXPRESSIONS:

   ○ As mentioned above, a large amount of them, from my husband's cousin's.
   ○ My editor gave me one; also, she insisted that I add it.
   ○ Forty that I used to know. Some before having made my husband's acquaintance and others that I learnt from my husband. He had often used them.
   My husband had finished his High School. In the best English School in Lebanon. Also, he lived in a British environment up to the age of 28.
   ○ May be, ten more from LE ROBERT & Collins while checking the translation.
   The fact, of not having mentioned this point, was not intentionally. As most of the expressions was not from a dictionary.

**FROM THE INTERNET:**

Can you plagiarism common knowledge?
The only source material that you can use in an essay without attribution is material that is considered common knowledge and is therefore not attributable to one source.
Common Knowledge is information generally known to an educated reader, such as widely known facts and dates, and, rarely ideas or language.

> Common knowledge does not need to be cited. Common knowledge includes facts that are known by a lot of people and can be found in many sources. Aug 2, 2021.

**FROM THE INTERNET: What plagiarism is – and is not** – by Alan M. Perlman, Ph.D.

./...

When a charge of plagiarism is leveled, the data may fail to meet the "gold standard" stated above, usually for the following reasons: (a) The material can be shown to be in the public domain, thus accessible from sources other than the ones from which material was allegedly plagiarized

.........

## THE FRONT-COVER OF THE BOOK.

That my Husband's cousin prepared and emailed it to me.

IF the FBI let me open my Yahoo email. All the proofs proving my innocence regarding all accusations are in my yahoo mail.

.....................................

## 1/8  THE IRREGULAR VERBS

It is not a discovery for anybody. This is a chapter that we have studied many times. It exists in our brains, on the Internet, in all grammar and non-grammar books.

It is true, I added it to the book. For the only reason of the translation and the pronunciation.

FROM THE INTERNET:  What plagiarism is – and is not – by Alan M. Perlman, Ph.D. When a charge of plagiarism is leveled, the data may fail to meet the "gold standard" stated above, usually for the following reasons: (a) The material can be shown to be in the public domain, thus accessible from sources other than the ones from which material was allegedly plagiarized

.....................................

## PROOF OF MY IGNORANCE

THE PROOF OF MY IGNORANCE ABOUT PLAGIARISM.  After facing problems with the first Publisher DAR AN-NAHAR . I addressed them, through the Court, In APRIL 2015, a letter in Arabic, delivered to them, through the Court. With the enclosures/Exhibit Warning them to not write a book similar to my book. Otherwise, they will be penalized  with two million dollars. Detail in (Enclosed Exhibit FIVE).  Hereafter. Pages  18.

THIS PROVES THAT I DIDN'T HAVE ANY IDEA ABOUT "PLAGIARISM".

.............................................

./...

30

### The Assigned Notary Public in Beirut

### Mr. Mohy Eddin Al Maoush

Al Hamra St., Rasmany Building –         Duplicate Copy
Tel.: 01/349434 – Cell phone: 03/639515
//stamp 1: Lebanon Republic - Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public
in Beirut// //signature//
//stamp2: Lebanon Republic – Ministry of Justice - The Notary Public in Beirut // //signature//

### Letter number 1869/2015

### Sent by the Notary Public in Beirut

### Mr. Mohy Eddin Al Maoush

**From:** Josette Albert Shaker Hage – resident of Jal El Dib - Bqnaya Street – University
building – 10th floor – Tel.: 04/710236.
**To:** M/s Dar An-Nahar Publishing House... - Beirut – Al Hamra - Al-Nahar Building
//stamp3: Lebanon Republic – Ministry of Justice – Marwan Essam Abd El Khaleq - The Notary
Public in Beirut // //signature//
//stamp 4: Lebanon Republic - Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public
in Beirut// //signature//         Duplicate copy
With reference to the letter sent to you by this department under No. 2924/2014 on November 11,
2014, whose subject of printing and publishing by you was discussed by us and which was sent to
you by the Notary Public, and you promised to enter a contract between both of us in this regard
under the conditions mentioned in the abovementioned letter. After you received the
abovementioned letter, you did not take any countermeasure in relation to its contents. On the other
hand, in just two phone calls, Mrs. Shadia Tueni agreed on all texts of the abovementioned letter.
Moreover, she agreed that I was not liable to pay any amount before entering the abovementioned
contract.

My main clause was, that the contract includes a penalty clause to be applied in case an intentional
mistake occurred in relation to printing the book on the Plaquette (information booklet). Such
penalty clause as amounted USD 100 (One Hundred US dollars) per each mistake exactly as stated
in my letter dated November 11, 2014, which you approved. However, I was recently surprised
that you refused to include the abovementioned penalty clause in this contract by your attorney,
Mr. David Salloum when I met with him on 4/20/2015, at 5:40 pm in Emarat Restaurant, opposite
to the Jedeide Court.

//Stamp: Duplicate copy//, March 6, 2018

//stamp 1: Lebanon Republic - Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public in
Beirut// //signature//
//stamp2: Lebanon Republic – Ministry of Justice - The Notary Public in Beirut // //signature//



CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1

31

'stamp 1: Lebanon Republic - Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public in Beirut// April 22, 2015//signature//

### Thus

I sent this letter to you to inform you that I do not want to print and publish my abovementioned book by you or to conclude any contract with you in this regard as you insist on refusing the abovementioned penalty clause.

Accordingly, and based on your refusal to sign the contract which shall include the penalty clause on which I am insisting, I consider myself not liable for anything to you and do not owe you anything either. That is because I accepted the additional amount which is USD 3,000 (Three Thousand US dollars) on the ground that you accepted the penalty clause which is amounted USD 100 (One Hundred US dollars) per each intentional mistake on the Plaquette.

I warn you to publish the book entirely or partly, or any similar copy under any other name by you, your employees, your relatives or any third party. As what is included in this book in your possession is very important and its contents are non-replicated in the world. Thus, this makes you responsible to pay two million US dollars in compensation for the damages I encounter and to suspend the publication of this book copied by you or any of your relatives, or any other similar book since my book is registered in the Literary and Intellectual Protection Office at the Ministry of Economy.

Finally, I inform you that my computer is no longer usable because unknown persons got access to and disabled it.

In case this harmful action is intentional, I will file a lawsuit before the Criminal Court claiming a compensation for that malfunction and damage with an amount of two million US dollars.

I just give you three days to reply to this letter. In case you did not reply, this means that you agree to my quittance and all clauses included in such letter.

Duplicate copy, March 6, 2018

//stamp2: Lebanon Republic – Ministry of Justice – Marwan Essam Abd El Khaleq - The Notary Public in Beirut // /Stamp: Duplicate copy/, March 6, 2018, //signature/

'stamp 3: Lebanon Republic - Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public
in Beirut/- signature//

With all due respect and regards
/signature/
Josette Albert Shaker Hage
/stamp 1: Lebanon Republic – Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public in Beirut April
22, 2015 //signature//



FAKE ACCUSATION BY THE FIRST PUBLISHER DAR-AN-NAHAR/LEBANON.

➤ Complaining they haven't been paid. . when I was not owing them any money.

➤ Complaining that I published my book. By USING THE FIRST PUBLISHER'S CD.,
When I have re-in-printed the whole book myself with the help of the Second
Publisher.

## ITEM TWO.

2/1    THE REASON FOR WRITING THE BOOK. ........................... P. 1 to 3
2/2    THE RE-WRITING OF THE BOOK. .................................... P. 3 & 4
2/3    THE REGISTRATION OF THE BOOK. ............................... P. 5 & 6
2/4    THE IN-PRNTING OF HE BOOK. ...................................... P. 7 & 8
2/5    THE FAKE ACCUSATION FROM THE FIRST PUBLISHER    P.8 to 10
2/6    DAR ANNAHAR SETTLEMENT. ......................................... P10 & 11
2/7    THE RE-IN-PRINTING OF THE BOOK and HOW THE BOOK
       HAS BEEN RE-INPRINTED  WITH DIABOLIC CONSPRACIESP.11 to 14
2/8    THE FINAL PUBLISHED BOOKS ........................................ p.14 & 15
2/9    FINANCIAL LOSS ................................................................. P.15 & 16
2/10   THE WRITING OF OTHER BOOKS ....................................... P 16 & 17
2/11   THE ERASING OF MY  RE-IN-PRINTING TO THE BOOK
       FROM MY LAPTOPS  MY CDs. MY USBs + CONCLUSION P. 17 to 21

## 2/1    THE REASON FOR WRITING THE BOOK:

In 1976, my husband and I were living in Kuwait. At that time, my husband was of a
Palestinian Nationality and I was of a Lebanese Nationality. Our plans were:  After
Kuwait, to  settle in Lebanon.

In fact, we had started to invest in Lebanon. We had already bought an apartment
and a parcel of land. When in 1976, the war erupted in Lebanon, between: The
Palestinian who wanted to occupy Lebanon and The Lebanese who would have never
agreed.

Due to the war, my husband found out. That it would be very hard for him to tolerate
a life in Lebanon. Therefore, he decided to visit the USA to find out, if is there a
possibility to get the green card. In fact, we worked on it, and have been able to make
it.

Despite being of French Education, I had started since 1965, to write the English
commercial correspondence at my work. I was fluent in conversation especially in
business; but I had a gap with the colloquial vocabulary. I bought many books, to help

Furthermore. In 1979, we didn't know whether after a short lapse of time, we were going to have to leave Kuwait. I was worried, when in the USA, by having no children; we were not going to have any help from anybody. I will have to work with American citizen. Therefore, to have a good English command in conversation, I was in need to be familiar with the colloquial vocabulary.

Despite that my Husband was of highly English education, with perfect English command. Having completed his high school education. In the most famous school in Lebanon. Plus, he lived in a British environment, up to the age of 28 years.

Therefore, I found out. That the best solution to solve my colloquial vocabulary is: <u>To alphabetical glossary.</u> By picking up from a pocket dictionary all the colloquial words with their French meaning. That I was in need to learn.

After completing the glossary. Again I found out, <u>that it won't be possible to memorize all these words. Therefore, I concluded, the only way to memorize these words is to have them in stories.</u>

___

### <u>THE HELP MADE TO ME. BY THE BRITISH TEACHER, MRS. AILEEN.</u>

- I started to write the stories with the letters A and B. It goes without saying that these stories were in need to be edited and sound recorded.

- <u>MIRACLE!. As if God was listening to me</u>. Next day, after having completed the stories of the letters A and one story of the letter B.
- By stroke of luck, a British teacher, called AILEEN. (Unfortunately, I don' have her family name) came to my office, offering her credential in response to my Bank's advertisement: Looking for an English teacher to the Bank's staff.

- While Ms. Aileen was waiting for my boss to be back from a meeting. I made her part of my project and asked her. <u>If she would agree to help me realize my target, by editing and sound recording the stories.</u> After her thinking twice, <u>she agreed and said to me:</u>
    <u>"you know, my mother had followed the same procedure to learn French"</u>.

- (OH MY GOD WHAT A COINCIDENCE). Effectively, I gave her the two stories. Two days later, she returned these two stories edited and sound recorded. Being worried, that I might not have the time to complete and to study the book, before my departure for the USA. After having given Ms. Aileen the fourth story. I proposed to her, to help me in writing.
- First, she praised me for being gifted to take words and be able to put them in an interesting story. Therefore, after some discussions, she agreed to help me. So we were writing together. She was faster. As she didn't have another regular job. <u>I have paid her, for her work.</u>                    ./...

- Then, Ms. Aileen was in need of a small place to live. I arranged for her a place close to my home. Also, I was always there when she needed me.
- We completed this book. Also, I had bought some other books that she sound recorded to me. She has been of a great help to me. Despite that her stay was not long in Kuwait.
- <u>Despite that she should be knowledgeable about PLAGIARISM. She has never mentioned the word PLAGIARISM.</u>

Whether while writing in 1979 OR  In 1986. At my last phone calls from the USA. When I invited MS AILEEN to come to the USA to revive the book. She rejected the offer. <u>Also, she hasn't mentioned anything about 'PLAGIARISM"</u>

---

## 2/2  <u>THE RE-WRITING OF THE BOOK</u>.

---

What led me to re-write the book in 2012.
The family harassment re-started right after  my husband's death. Managed by
MS Joelle K Peele, <u>Head of Attorney  at the FBI  today</u> and Grand-daughter to my sister Therese.

<u>In 2004</u>, Two months, after my husband's death and after having sold my building. I have received from the DMV congratulation for the renewal of my ID.
As I was not receiving my ID.  I checked with the DMV and found out that I am having a hearing. It was a conspiracy engineered by: <u>MS. Joelle Peele</u>,  my sister Therese and <u>The DMV Judge</u> with whom MS. J. Peele was having her Law Training. While being at her second year in Law-School.

Then followed  a serial of harassment described in ITEM THREE.

AFTERWARD, I had some problems to solve in Lebanon. Therefore, I have been busy for almost four years. By staying long time in Lebanon. Then, I used to spend, every year, three months IN Lebanon.

<u>FROM 2008 to 2011</u> To start with. I was spending my time, on the Internet with Merrill Lynch. <u>Buying and selling stocks.</u>  As you know, at this time the stock market started to be somehow unstable.
My confidence with Bank of America had no limit. Therefore, I bought 6000 of Bank of America's shares. But these shares were going down. I ended-up, by selling them  in 2011 with a loss of $ 58,000.00.

Afterwards. (1) by <u>having no children and</u> (2) by having been in total breakup relationship with my family. From 1991 to 2003 up to the time of my husband's final illness. (3) Also, afterward, by having a cool and distant relationship with my family. Therefore, I had a lot of leisure time.
    THE ONLY WORK, THAT I COULD FILL MY TIME WITH, WAS TO RE-WRITE THE BOOK../...

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1    36

## A- <u>The re-writing of the book</u>:

➤ Starting 2012 , I stopped the game of Merrill Lynch and found out. I couldn't hazard anymore. Therefore, being at an age that wouldn't help me to work; So, my best bet was to re-write the book.

While re- writing the book, I was noticing that chapters were missed. I understood, that while being absent, my family invaded my home and picked them. As I was facing this situation. Since my husband death. I considered it. A matter of curiosity.

<u>But the situation was much graver</u>. My sisters were cooking a conspiracy to destroy me. Details in Item 3/3 who is behind this harassment.

➤ My sisters were aware of the contents of the book. As I had explained to them. The way I had written the book in 1979. And, I am re-writing it the same way.

➤ My sisters who like gabbing and gossiping. They informed their five attorneys about my book. In turn their attorneys informed them that this would be considered Plagiarism. This will put me subject to the following consequences:
FROM THE INTERNET:
"The type of extreme harassment program essentially Allow. Those few holding position of power in our military Intelligence and Federal Law Enforcement Communities to target literally ANYONE for whom they hold a grudge. There are no criminal charges filed, no due process, instead behind closed doors a decision is made that a particular person deserves TO be psychologically and physically tortured, removed from society by ANY means necessary" .

➤ That are implied on people who plagiarizes. The penalty is: The FBI will confiscate from me. All my possessions and will be shared between the family members who will participate in the harassment.

➤ This idea pleased the family and they became all ready to participate in the harassment.

➤ Just lately. I have guessed the exact reasons for THESE CONSPIRACIES THAT WERE AND ARE ENGINEERED, BY MS J. PEELE SINCE 2013 and backed by my sisters with the help of more than one between the family who will share in the harassment. To share the benefit.

➤ Now, I am under a crazy serial of conspiracies engineered and backed by more than one helper and executed by Secret Agents. Most of them is my family: Sisters, nephews my British Neighbor. Also, some Secret Agents who come at night to destroy my home. One of these secret agents is my worker and he disclosed it to me.

➤ So, since 2012. MS j. Peele and my family were cooking a conspiracy to destroy me. Details in ITEM THREE/3/1 My relationship with the main player of this harassment. who is my family? 3/2 Enigmatic silence about plagiarism. 3/3 WHO IS BEHIND THIS HARASSMENT.                    ./...

## 2/3  THE REGISTRATION OF THE BOOK FOLLOWED BY HARASSMENT

In 2012, after completing the first version of the book . While, being in Lebanon. I submitted a copy of the book to the Ministry of Culture requesting. Their recommendation to the book. Their answer was:  the book is approved to be sold in the libraries.

**In 2013**, after having completed the writing of the book. I found out. To protect the copyright of the book. It is advisable to send a chapter from the book to the French and the British Embassies to let me know. Where I could register this book in their country.

A) **THE BRITISH EMBASSY** answered: In England, The registration of a book should be made through an Agent. I found out. It is a very hard way. As I didn't know any person in England. To help me with this procedure.

B) **THE FRENCH EMBASSY**.
   o After having emailed a chapter from the book, to the French Embassy, in Washington/DC. Requesting the Embassy to inform me: Where could I register this book in France?
   o The answer made by Ms. Anne-Sophie Hermil:
     **"This book is the first of its kind and the Author is protected by Law".**
   o Having refused to accept this answer. That has been confirmed to me, by three phone calls.
   o Ms. Anne-Sophie Hermil  ended up by emailing me the enclosed Law. Stating  in  French: (Exhibit Four). Stating as follows in English:

« The Legal protection to the author is granted by the only fact of creating an original form. The copyright protects the intellectual work. Without that the author be required to accomplish any administrative formality or prior procedure to the registration. Therefore, the related Legal Regulations don't exert any effect on the copyright birth».

Now, the action of sending a chapter from the book means. **That I don't have any doubt of acting against the law.**

**The Embassy was supposed to go into a different advice. Stating:**

1)  **If not being a French citizen. The book must be approved by the French Ministry of culture. OR**
2) **They should have given me the address of the Registration Office in France. Who, for sure would have given me a different answer.**
3) The Cultural Section at the Embassy would have given a different answer.

These comments would have explained to me. That I don't have the right to go any further  without the consent of the French Ministry of culture.

./...

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1    38

If I was aware of the word "PLAGIARISM". And I wanted to derogate from the Law, I wouldn't have had the gut to send a chapter from the book to the French Embassy. I would have tried to publish the book in silence.

4) But, for the French Embassy, <u>to immediately start a conspiracy with the FBI/Ms. Joelle Peele</u>. And start the indefinite wicked harassment. Detailed in ITEM THREE. That are still not stopping.

<div align="center"><u>THIS IS A CRIME</u>.</div>

# 1/ <u>THE FIRST HARASSMENTS</u> that followed right after:

<u>APRIL 2013</u>. At City of Hope in Duarte/CA. I was having my regular check-up, after a cancer in the bladder. The Doctor asked for a colored MRI. That gave a result of:

<div align="center">A cancer at the head of the pancreas.</div>

This MRI was to be repeated every two months. At each time, the nurse was, on purpose, making me suffer for the intravenous injection. This situation kept going on, up to December 2013. Up to my going to Lebanon.

<u>JANUARY 2014. After an endoscopy in Lebanon. I discovered that no cancer.</u>

# 2/ <u>THE SECOND HARASSMENTS</u>:

<u>JULY 2013</u> CAR ACCIDENT DETAILS:

A lady driving, at a high speed, her SUV car, without stopping at the stop sign of Albatross Road, in Rowland Height. Crossed madly the Albatross Road, Has hit my car, badly damaging the left rear door of my Cadillac DEVILLE. Two Deputies from Rowland Height Police Station came,

<u>First</u>, <u>they refused to give me the lady's insurance details and released her after 1h,25 minutes. When this lady was  100% liable for the accident</u>.

<u>Second</u> , <u>they refused to make a report saying: "The report is to be made by Hacienda Height 's Deputies. Since I am from there</u>. Which was wrong as the accident occurred in Rowland Heights. Sure, Hacienda Heights' deputy never came. It was not their city.

<u>CONSEQUENTLY,</u> I had to have my car fixed before my departure. That was after one week. The situation has been very complicated. I couldn't leave the repair for the insurance. The insurance refused to allow a new door. So, I had to run to scrub cars. I ended-up by getting a used door with a slight difference than the actual one.

3/ <u>The pharmacy</u> was not having my medication ready. I got it only, after having, the day of my departure, returned three times to the pharmacy. <u>This is not common.</u>

<div align="center">...........</div>

<div align="right">./...</div>

## 2/4 THE IN-PRINTING OF THE BOOK

### THE FIRST PUBLISHER, "DAR AN-NAHAR"

➢ **The owner is a member of the most famous newspaper Company, in Lebanon.**
They publish daily two newspapers: One in Arabic and one in French. They are
powerful. Also some of their family's members are part of the Government.
Furthermore, **One member** of this family,    **Mr. Elias El-Murr was: the Head of
the Interpol for Lebanon.** At the time of the settlement. That hasn't gone through.

➢ DAR-AN-NAHAR has never advised me about PLAGIARISM. Besides, that for ten
years, their Manager had been having a Publishing Company in France. On the
contrary, they agreed to publish the book.

First, I have to describe how things worked wrong. After they had received the
book,
By email and the printed copy.

➢ **THE CONTRACT**
  ○ In August 9, 2013. When I, first visited their offices. I was not willing to
    give them the book before a contract.
  ○ Their manager promised positively a contract will be ready August 11.
    However, she insisted to get immediately. The book in two different
    ways.
    • One time the book in paper as I showed it to her.
    • One time, the book by email.
  ○ **August 11, 2013 no contract.** The manager is leaving for one month to
    Paris.
  ○ A THE FIRST HARASSMENTS round September 13, I visited her with my
    attorney and she claimed a payment of $ 1,750.00. Also, she promised
    to issue a contract. That she has never issued up to March 2015. When,
    we reached a breach.
  ○ For two times, they promised the issuance of a contract. That has never
    occurred.
    ➢ **THE FIRST TIME:** August 9th, 2003. Upon receiving the book:
      (1) The printed copy and (2) the book by email.

    ➢ **THE SECOND TIME:** Around 09/12/2013, by receiving my check for $
      1,750.00.I kept asking for a contract.
    ➢

➢ **THE IN-PRINTING OF THE BOOK.:**

The book was IN-printed, in the offices of AN NAHAR NEWS PAPERS. Affiliate
Company to DAR-AN-NAHAR. (The Publishing and The News Paper have two
DIFFERENT MANAGEMENTS). It was in-printed by three employees who master
the Arabic Language only. No English and No French. So, the number of
mistakes was unaccountable.                                    ./...

➤ **THE MANAGER DELIVERED ME.**
  o **The first draft. October 20, 2013. I had to review this draft and make 75 (Seventy Five) pages of corrections.**
  o **The second time, I had to make 42 (Forty Two) pages of corrections.**
  o **The Third time, I had to make 15 (Fifteen) pages of corrections.**

➤ **At this third time, I asked to join the printing section in AN NAHAR News-Papers Building. Where the book was in-printed. To help the employees read my Hand-writing. Otherwise this book would have never finished.**
**They agreed that I go to the News-Paper offices. And be with the employees to help them in their job.**

**I kept going to AN-NAHAR OFFICES for over one year. The work was very slow as the employees had their News-paper work. Also, they were unable to read the stories.**
**When the book became more or less acceptable,**
  o **The Manager reviewed it and commented that he book is difficult.**
  o **Upon her remark, I changed a little in the text of the stories to make them easier to the reader.**
  o **Also, I added some more items to the book.**

**I had to review the book over twelve times during the in-printing.**
········

## 2/5  THE FAKE ACCUSATION BY THE FIRST PUBLISHER

**Around the month of SEPTEMBER 2014 , the book started to be acceptable. I was noticing that the meaning of some words changed. This situation worried me. That is why, I reiterated my request for a contract. But it was in vain.**

**Therefore, by October , 2014, I started by sending by my yahoo email: to (DAR-AN-NAHAR Publishing). In French, a Conditional Formal Demand for a contract. Stating the following:**
  **"I am not willing to make any payment. Before having a contract with the following stipulations:**

  **1) "THERE IS A CHARGE OF $ 100.00. FOR EACH MISTAKE MADE ON PURPOSE. By the IN-printing of the signed book on the plaque.**

  **2) Furthermore, NO PAYment. IF ANY WORD IS CHANGED ON PURPOSE. When in-printing the book, from the plaque to the final printing. That is going to be published".**
  ➤ **Afterward, I noticed that the above stipulations were removed from my email. I checked with PDF. PDF answered: "A software DOWNLOADED to your computer and made the changes. After inquiry about PDF remark. Mr. Ziad Tueini, who was the head of the in-printing division, confirmed that it was done by the Publishing Manager.**
  ./...

➢ UP <u>TO NOVEMBER 11, 2014</u>. As no response whatsoever, from DAR-AN-NAHAR. regarding the contract. I have sent them in *the Arabic Language, by a Notary Public, <u>through the Court</u>* The first letter dated November 11, 2014.
Stipulating the above mentioned conditions in items 1 and 2 above. Or no payment.

➢ Afterward, I was patient. Despite the delay made to implement this contract. <u>The promise made by Ms. Shadia Tueini, member of the Board and Business Manager of the Company, that a contract will be issued in this respect.</u>

➢ *<u>By THE MID OF APRIL 2015, Ms. Shadia Tueini's Attorney affirmed that they are categorical. They are not willing to issue a contract with the above-mentioned stipulations</u>.*

➢ I was sad by this answer. This <u>firm answer</u> forced me to withdraw. And right after, I have sent to DAR-AN-NAHAR. again in *the Arabic Language , by a Notary Public, <u>through the Court</u>* The second letter dated April 22nd 2015. Reading as follows:

"With reference to my letter, dated November 11th, 2014 stating my request to issue a contract comprising the above mentioned stipulations. Ms. Shadia Tueini. Member of the Board and Business Manager of DAR-ANNAHAR, promised that a contract will be issued according to my conditions.

Therefore, due to your refusal. I am forced to withdraw. Also, I considered myself released from any charge obligated to DAR-AN-NAHAR. Also, I don't owe the amount of $ 3,000.00. That I was ready to pay upon your approval to the above mentioned stipulations" reading as follow:

"<u>There is a charge of $ 100.00. For each mistake made on purpose</u>. By the IN-printing, of the signed book, on the plaque.

<u>Also, no payment. If any word is changed on purpose</u>. When in-printing the book, from the plaque to the Published book.

<u>Furthermore, in case yourself or any of your acquaintances or your employees come to issue a book similar to my book. You will be penalized with the amount of TWO MILLION DOLLARS</u>.

Enclosed copy of the letter that is in Arabic together with its English translation. Translated by a sworn translator. (Exhibit Five).
*<u>THE DAR-AN-NAHAR REFUSAL FORCED ME TO STOP ANY PAYMENT.</u>*
*<u>AS AFTER ALL THE WORK THAT I HAD GONE THROUGH. I HAD TO RE-START FROM SCRATCH.</u>*
*THEY JUST WASTED MY TIME AND MONEY.        ./...*

_**At this point. I stopped all contacts with DAR-AN-NAHAR PUBLISHING.**_
_**It is clear, I ended-up by withdrawing. Therefore, I started, myself, to re-in-print the book.**_

..........

# 2/6 DAR AN-NAHAR SETTLEMENT

1) **SEPTEMBER 15<sup>th</sup>, 2013**. I paid to DAR-AN-NAHAR $ 1,750 (DOLLARS ONE THOUSAND SEVEN HUNDRED FIFTY). On the basis that a contract will follow. As mentioned above, this contract had never been written. Despite <u>my email of October 2014 + the Notary Public warning letter of November 2014</u> and besides the positive promises made by MS Shadia Tueini, Shareholder and Business Manager of the Company. That the contract will be written according to my requirements.    Therefore, no further payment to DAR-AN-NAHAR.

2) **APRIL 2017,** DAR-AN-NAHAR's employee Ms. Soad Melki, talked to me, complaining that due to my withdrawal. She hasn't been paid for her services. At this point, I couldn't accept that an employee be left with injustice. Therefore, I made her a wire transfer for
$ 2,000 (dollars two thousand). (Enclosed EXHIBIT Six)

3) DAR AN-NAHAR's <u>made me work for almost two years</u> by editing and helping their personnel who knows only Arabic language.

4) They ended-up by changing the meaning of some words. This situation would have made the book mickey-mouse.
**I COULDN'T AND CANNOT BE CONSIDERED AT FAULT. BY WITHDRAWING FROM THIS DEAL.**

5) <u>The total amount paid to DAR-AN-NAHAR: $ 1,750.00 + $ 2,000.00 to MS Soad Melki.</u>

At the time of my withdrawal. Due to the rejection of DAR-AN-NAHAR to comply with the terms of the required contract I stopped the payment of $ 3,000.00.

<u>LATER I LEARNED.</u> THAT <u>AT THE TIME OF MY WITHDRAWAL, MR. ELIAS EL-MURR,</u> first cousin to the Tueini DAR-AN-NAHAR and AN-NAHAR NEWS PAPER, <u>was the HEAD OF THE LEBANESE INTERPOL.</u>
My belief Mr. Elias El-Murr had placed a charge against me for having withdrawn without paying. <u>When</u> DAR-AANNAHAR <u>was not supposed to be paid</u>. Having rejected to issue the contract. Having refused to sign the agreed conditional contract. Also, they made me work for two years. Driving to their offices and work with their employees who don't know French and English.

## AGAIN ANOTHER ATTEMPT WITH DAR-AN-NAHAR:

- September 2015 <u>After having started the re-in-printing of the book with the Second Publisher, and after having completed almost the two third of the book</u>. I was tired of working every day from 8.00AM to 5.00PM. A cousin advised me to get the related CD from the First Publisher DAR-AN-NAHAR.     ./...

43

- In fact, I called Ms. Shadia Tueini, member of the Board of Directors and head of the first Publisher DAR-AN-NAHAR. I requested her to sell me the related CD.

- She agreed. However, against a payment of $ 4,500.00 being the cost of the related CD.

- <u>Also here, I had the following  condition</u>:
  "The checking for the exactitude of the CD; must be made on my personaL computer". AS, AN-NAHAR, being a Newspaper company, they have seven computers operating at the same time on the same subject.

- Therefore, I could be checking on one computer. And a change could be made on another one.

- <u>As I had already completed the two third of the book</u>. I was worried to get their  book, on the CD, messed-up and  be obligated to restart from scratch.

<u>My request has been rejected. Therefore, I withdrew.</u>

····························

## 2/7 <u>THE RE-IN-PRINTING OF THE BOOK</u>
### <u>From May 2015 to January 2016</u>.

### <u>HOW HAS THE BOOK BEEN RE-IN-PRINTED</u>:

<u>FIRST, APRIL 2014. Right after, having withdrawn from DAR-ANNAHAR.  I hired a professional</u> for the program "INDESIGN CS 6  Program".
 The professional programmer, Mr. Ahmad El-Zein, with little English knowledge, prepared the layout to the page. Typed the whole book from a copy of DAR-ANNAHAR. With one slash divider between every two French words of the translation. Also, with thousands of mistakes.

I tried to make the correction by myself. However, I couldn't.  As I was not able to use, properly,  the IN-DESIGN CS6 PROGRAM.

<u>SECOND</u>, May 2015. I contacted THE SECOND PUBLISHER: ST. PAUL LIBRARY AND ST. PAUL PRINT-HOUSE. A Greek Catholic Church Publishing Company. Managed by Reverend Nazih Hayek.

Rev. N. Hayek hasn't hesitated  to agree to publish the book. He blessed the idea, However, he refused to re-in-print the book. Having a limited number of Personnel.

 Rev. N. Hayek agreed that I work it, on my computer in their offices. As I was in need of some help in the "INDESIGN CS 6  program". Being an unusual complicated program.

➢ Therefore, Rev. N. Hayek escorted me to ST Paul Print-House.

➢ Rev. N Hayek asked MR Tanios Malak to help me in my work on the program"INDESIGN CS 6.

➢ For revision, Rev. N Hayek required that every two weeks, I give on a CD every draft. That I would have prepared, to Mr. Tanios Malak. Who in turn, return it to me on a different  CD.

./...

➢ I started to work in their offices, in St-Paul Print-House, by correcting the work of Mr. Ahmad El-Zein. And as promised by Rev. N. Hayek. Mr. Tanios Malak was helping me, many times a day.

➢ After twenty days. The Rev. N. Hayek asked me: To work from home. And come to their offices. In case, I face any difficulty in the program INDESIGN CS6.

➢ In fact, afterward, I used to visit their offices twice a week, for questions about the program.

## NOW STARTED THE DIABOLIC CONSPIRACIES

### THE FIRST DIABOLIC CONSPIRACY:

➢ The professional Ahmad El-Zein prepared the IN-DESIGN-CS 6 PROGRAM <u>AT LINK</u>. When I started working the <u>PROGRAM WAS AT LINK</u>. While working in ST. PAUL PRINT-HOUSE offices. <u>THE "PROGRAM "INDESIGN CS 6" HAS BEEN PUT AT "NO-LINK</u>.

➢ This Fact causes. That the printing cannot go from one page to another <u>AUTOMATICALLY, AS IT SHOULD BE.</u>

➢ <u>I ASKED TO HAVE IT CHANGED.. MR. TANIOS MALAK SAID: "IT CANNOT BE CHANGED"</u>

Therefore I had to move the mouse to the following page. Otherwise the printing will be hidden in the computer. This had forced me to print page per page. As the one of the DAR-AN-NAHAR.

### THIS ACTION OF NO LINK WAS MADE TO FORCE ME

1- Re-in-print the book as the one of DAR-ANNAHAR.
2- FORBID ME from making any addition without the knowledge of the PRINT-HOUSE.

<u>THE TARGET WAS</u>: TO END-UP, BY ACCUSING ME OF HAVING STOLEN DAR-AN-NAHAR CD.

····

### THE SECOND DIABOLIC CONSPIRACY:

<u>NOVEMBER 2015. I CHANGED THE ONE SLASH DIVIDER BETWEEN TWO FRENCH WORDS OF THE TRANSLATION TO TWO SLASHES DIVIDER BETWEEN TWO FRENCH WORDS OF THE TRANSLATION.</u>

➢ <u>It has been rejected by Rev. Walid Scandafi. Supervisor of St Paul-Print-House.</u>

➢ <u>Upon my challenge to: Either accept the changes or I withdraw. He agreed to the two slashes divider</u>. Between two French Words of the translation.

- <u>The reason for Rev. Walid Scandafi's rejection:</u>

To achieve the FBI malicious conspiracy and target:
In final. <u>THE BOOK HAD TO LOOK COPY CONFORM TO THE ONE OF DAR-ANNAHAR.</u>

Now, with the change: To TWO SLASHES DIVIDER. That I made to the book.
THE FBI DIABOLIC CONPIRACIES built on malicious lies, won't and cannot be believed.
As DAR ANNAHAR printing was, only, ONE SLASH DIVIDER between two French Words.

➢ **Enclosed: (EXHIBIT SEVEN).An affidavit emailed to me. From Mr. Tanios Malak that he was helping me, from May 2015 to January 2016. By clarifying to me the use of the IN-DESIGN CS6 PROGRAM. And my change to the one slash divider to two slashes divider between two French words of the translation.**

........

## THE THIRD DIABOLIC CONSPIRACY:

Afterward, I continued the re-in-printing to the book. It was completed by January 2016.

1) First, I prepared my bibliography to be added  at the end of my biography. However, as the program was at NO-LINK.  I couldn't add it by myself.
   o I gave TO Rev. N Hayek two CDs The book and my bibliography. Requesting Rev. N Hayek to add my bibliography to the book.

   o Starting Rev. N Hayek rejected the fact of adding it. <u>UPON MY CHALLENGE</u> whether to add it or I withdraw. He agreed. Nevertheless, without adding it to the serial number of the book. By adding it Pages 11/1 and 11/2

   o Being tired with the work that the book claimed to be finalized. I agreed.

   **THE CD HAS BEEN STAMPTED WITH THE LIBRARY STAMP
   and signed with my NAME  JOSETTE KHAYAT.**

........

## THE FOURTH DIABOLIC CONSPIRACY:

1) Rev. N. Hayek hasn't been honest. He refused to let me review the copy of the plaque. I haven't argued. As I was feeling they are willing to have the translation correct. In fact, all the translation is correct.  However, he did few spelling mistakes. That I haven't fought after noticing them.

2) MY BIOGRAPHY was reading as follows:
   *Josette Khayat Lebanese /American born in Egypt*   ...............

   Rev. N. Hayek erased *Lebanese /American* and printed it as follows:
   *Josette Khayat born in Egypt* ...........................

   A) Being born in Egypt. I would be considered EGYPTIAN. Therefore, I won't have any right to write whether in English or in French.
   B) When BY BEING AMERICAN, I have the right to write in English .
   C) Also, BY BEING LEBANESE, as seventy percent of the Lebanese Population is of French education. I could have the right to write in French.

**HOWEVER, AT THE TIME, IT COULDN'T CROSS MY MIND THAT HE WOULD CHANGE MY BIOGRAPHY.**

........                                                      ./...

CASE 5:22-CV-05654-NC
FILED 09/30/22

AMENDMENT 1    46

**IN ANYWAY The Affidavit from Rev. N. Hayek confirmed the fact** of his having erased the Expression LEBANESE/AMERICAN FROM MY BIOGRAPHY.

## I AM SURE NOBODY CAN CONSIDER WHAT WAS DONE TO ME ANYTHING.
## EXCEPT  DIABOLIC CONSPIRACIES

**THE FIFTTH DIABOLIC CONSPIRACY:**

(1) **March 2016.** An employee, from ST. Paul Print-House, gave me a CD. On the top of it, is written: Le livre de Mme Josette Khayat.

**I HAVEN'T GIVEN ANY IMPORTANCE TO THE SUBJECT.**

➢ I considered that Rev. N. Hayek added to the CD pages 11/1 and 11/2.

➢ However, it was not the case. My bibliography was not there.

➢ **THOUGH NOW. I GIVE TO IT, A DIFFERENT MEANING. THEY WANT TO SAY THAT REV. N. HAYEK GOT THE CD OF DAR ANNAHAR PUBLISHING. AND, HE IS GIVING ME A COPY FOR MY REFERENCE.**

When I received this CD. I was very busy with:
▪ The distribution of the book. To the different Governmental  Administrations.
▪ Also, by the re-writing of the SECOND EDITION.

**I AM SURE NOBODY CAN CONSIDER WHAT WAS DONE TO ME ANYTHING.**
**EXCEPT  DIABOLIC CONSPIRACIES.**

...

NOW, It goes  without saying. Despite all the confusion to my laptops, USBs and CDs. the fake accusation is proven by:

1) THE in-design CS6 Program put at 'NO LINK'.
2) The two slashes divider between the two French words of the translation.
3) Rejecting the fact of Introducing my bibliography within the Serial Numbers of the book.
4) The erasing the expression LEBANESE/AMERICAN FROM MY BIOGRAPHY.
5) The Affidavit of MR TANIOS MALAK. Confirming my re-in-printing to the book. My change to the Slashes Divider between two French words of the translation.
**I DON'T KNOW, BY WHOSE LAW. I AM ACCUSED OF HAVING USED THE FIRST PUBLISHER'S CD**

.........

# 2/8 THE FINAL PUBLISHED BOOKS:

**I wanted, only, FIFTY exemplars of the book.**   However, like the first Publisher. Rev. N. Hayek said: Their minimum is two hundred exemplars". Therefore, I agreed to have two hundred exemplars only.

Then, also, like the first publisher. Rev. N. Hayek was insisting  to print one thousand books. He said:" our Library is insisting on printing one thousand exemplars".

./...

I challenged and my answer was firm and categorical:

<u>"I'll pay the cost of two hundred exemplars only"</u>. And you print as much as you want. It is a Church.

I couldn't object to their wishes. As long as, I am not involved.

<u>ESPECIALLY, THAT I HAD IN MIND. TO OFFER THE INCOME TO CHARITY.</u>

- ✓ This is what happened, I paid for 200 exemplars. And they have printed 1000 exemplars.
- ✓ <u>(NOW, I UNDERSTOOD WHY BOTH PUBLISHERS WERE INSISTING ON ONE THOUSAND BOOKS)</u>.
- ✓ This was required by the FBI to implicate on me the highest level of penalty. To accuse me of:
  - ✓ HAVING PLANNED TO MAKE A LARGE PROFIT FROM THE BOOK.

After having worked out THE <u>SOUND RECORDING</u> with Mr. William the professional for the recording

<u>I GAVE REV. N. HAYEK THE 200 SOUND RECORDED CDS FOR FREE</u>.

Rev. N. Hayek declared it in his signed email (EXHIBIT EIGHT).

.........................................

## <u>THE BOOKS</u>: <u>THE NUMBER OF BOOKS THAT I GOT</u>:

<u>In 2016</u>:    <u>Ten books</u>:  To distribute to the DIFFERENTGOVERNMENTAL SECTORS, plus the ISBN.

          <u>Ten books</u>:  To my family and friends.

<u>In 2018</u>:    <u>Ten books</u>:   For $ 350.00. As the Library refused to give me more books "free of Charge".

          Out of these ten books: I sold two books:  requested by Commercial Institution not for sale. For personal  use or to add to their library.

_____

### 2/9 <u>FINANCIAL LOSS</u>:

I haven't realized any profit from the book.  On the contrary, I ended-up with a large loss; of not less than $ 15,000.00. In anyway, my plans were: In case of any profit, it will go to charity. Besides the loss. The time I spent:

➢ Around twelve months. Helping the personnel at AN-Nahar News-Papers.

➢ Then, The re-in-printing of the book  from May 2015 to January 2016.

➢ Plus the editing to the sound recording. That made me work on it over 500 hours. Before, having MR William adjusting the final.                    ./...

**Now, the amount of my loss is detailed hereafter:**

- $ 1,750.00   To the first publisher.
- $ 2,000.00   To the first Publisher's employee. MS. SOAD MELKi.
- $ 1,000.00   To the two editors, who edited the book. In the USA and in Lebanon.
-  $   750.00   To the Person who read the book to be sound recorded.
- $   500.00   To Mr. Ahmad El-Zein.  The programmer who did the layout of the Page. In Design CS6. Also, he retyped the book with thousands of mistakes.
- ➢ $   600.00   Cost of the three sound recorders.
- ➢ $ 1,200.00   To the second Publisher. Being cost of the 200 exemplars of the books.
- ➢ $ 1,000.00   This amount has been paid through the intermediary of the library. To MR. William to the sound recording. In regard to the FINAL EDITING.
- ➢ $ 2,200.00   To MR. William to make the sound recording even.  And downloading the Sound Recording on the two hundred CD's.
- ➢ $ 2,800.00   Being the cost of three computers.
- ➢ $   350.00   Being cost of 10 books. That the Library refused to let me get for free.

    $ 14,150.00 Loss + transportation for  over three years.

The payments made to the Second Publisher, Rev. N. Hayek are detailed in his  Affidavit. (EXHIBIT Eight).

....................................................

## 2/10  THE WRITING OF OTHER BOOKS

1-  Right after the publishing of the book. I gave one exemplar to: The Ministry of Art. Two weeks later, The reader at the Ministry said to me.
                    "This kind of books should be SECULAR EDUCATION".

## 2-  THE SECOND EDITION/ SECULAR EDUCATION BOOK:

Within two weeks. From the end of March 2016 to the beginning of April 2016.  I made the Second Edition/ Secular Education book. By re-writing all the religious parts in the book.
I delivered a copy to the Ministry of Arts in Lebanon.  By the beginning of April 2016.

Upon my return from Lebanon. I couldn't send the Second Edition, immediately, to the Library of Congress. As I had to have the sound recording done.  The editing to the Sound Recording takes a lot of time.

This re-writing, to the book, was completed  with the Sound Recording in November 2019.

./...

FILED **09/30/22**

AMENDMENT **1**  ⫽9

**The Unique Spoken Conjugation book**. While in Lebanon. I started to re-write the conjugation book. That I had originally written in 2013.

However, I stopped it from being registered at the Library of Congress. When, In the month of October 2021. I discovered That there is something called CYBERCRIME. Despite that I got very few items from the Internet.

---

## 2/10 THE ERASING OF MY RE-INPRINTING TO THE BOOK FROM MY LAPTOPS, CDs & USBs

I CONFIRM, UNTIL NOW. THE FBI IS WORKING INIMAGINABLE CONSPIRACIES. THEY ARE on my computer, erasing and adding. They have stopped my email. My Internet. Even, at the Public Libraries. They stopped me from opening the Internet, unless having other users. THEY ARE WORKING TO CONFIRM THEIR FAKE ACCUSATION.

(1) OF PLAGIARISM. (2) OF HAVING BEEN UNFAITHFUL TOWARD DAR-AN-NAHAR.
(3) OF NOT HAVING MYSELF RE-IN-PRINTED THE BOOK.

It has never crossed my mind, somebody will accuse me. Of being unfaithful. That I haven't re-in-printed the book myself. And I have used the CD of the first publisher.

Now, I consider this is an intrigue plan. That was engineered by the main players. BEFORE 2013. So, the other players who were required to participate in the harassment. Should be:

(1) The main player is my great-niece Joelle Peele. Being today Head of Attorney at the FBI and holding my file

(2) Dar-An-Nahar  management. with MR Elias El-Murr. Head of the Lebanese Interpol.

(3) The Second Publisher.

(4) I don't know. If the French and the British Interpol are involved.

### THE DISAPPEARANCE OF THE ONLY LAPTOP
### THAT WAS ACCEPTING TO OPEN GOOGLE + MY EMAILS.
### THE INTERNET IS STOPPED ON ALL MY OTHER LAPTOPS

By October 13,  2022 THIS Laptop has DISAPPEARED in the Hotel HYAT Place in San-Jose. It goes without saying by order from the FBI.

A) AS THIS STOLEN LAPTOP opens the Internet and my emails. It contains: affidavits from the Print-House  from Rev. N. Hayek stamped from the Library.

B) My exchange of emails with the Library of Congress.

C) Also, the emails with MR Ziad Tueini who had proposed to give me a release from the Attorney Liquidator to the Company of DAR-AN-Nahar. Against the amount of $ 4,500.00.
MR Z. Tueini refused to add any shareholder 'name. Also, he is not a shareholder.
The deal has been rejected when I insisted to add.
"THIS DEAL IS SPONSORED BY MR ZIAD. TUEINI"

............................

............

## THE ERASING FROM MY COMPUTERS AND LAPTOPS

In 2013, I was working on two new computers and one laptop.

In 2014, 2015. - I BOUGHT, FROM LEBANON, SEVEN LAPTOPS.

> - The INDESIGN CS6 PROGRAM with my book were on the seven laptops.

FROM MAY 2016 to June 2017.

Upon my return from Lebanon. I found the two new computers un-operational.

1- For one, the inside wiring is damaged.

2- The other one. I don't know the reason. As I cannot move it., having a screen of 20"x16".

No changes were made to my laptops. The INDESIGN CS6 PROGRAM remained on all my laptops, and my re-in-printing to the book was there.
PLUS THE FOLLOWING TWO DOCUMENTS. That I had added on different chapters of the book.

o A letter addressed to: Honorable MS Denise Garret, Library of Congress. &

o The IRREVOCABLE LIVING TRUST.
Regarding the IRREVOCABLE LIVING TRUST. As I was facing a strong harassment to type it . I adopted the following procedure:
> I registered at Whittier Library.
> In three visits. I printed the document on three different USB.
> Then, at the end of one of the chapters of the book . I downloaded the three parts of the IRREVOCABLE LIVING TRUST.

.....................

2018. Since my return from Lebanon, I was noticing. The INDESIGN CS6 PROGRAM was erased from five laptops. One after the other. I don't recall the dates.

MID 2020. The only laptop left. That had the INDESIGN CS6 PROGRAM has been stopped from opening. In this laptop was:
(1) My re-in-printing to the published book,
(2) the Second Edition/ Secular Education book.
3) The Unique Spoken Conjugation Book.

MID 2021. Surprisingly, this laptop re-opened. All the above three books were there :
(1) My –re-in-printing to the published book, (2) the Second Edition/ Secular Education book. (3) The Unique Spoken Conjugation Book. (4) The two documents.

IN 2022. FBI to keep-up with the crime. Accusing me of haven't re-in-printed the book. They adopted the following procedure:

1) FBI HAVE ERASED From my 30 USBs, my laptop and my CDs. My re-in-printing to the book from May 2015 to January 2016. As well as the Second Edition/ Secular Education book.                                    ./...

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1
5/

2) <u>AFTER HAVING EMAILED</u> to MS Karin/ Library of Congress / Special Handling Division/ Copyright  Receiving and Processing.

   O  Requesting her, to let me have one of the four copies of the Second Edition/ Secular Education book.  that I mailed to the Library by May 2017.

   O  As it couldn't be denied by the Library of Congress . Due to the fact, that the Library got  by the end of March 2017, the amount of $ 800.00 for the registration.

3) <u>Afterward, the FBI downloaded, one time,  the second edition to my computer</u>.

   O  After having sent a letter to Honorable MS Hilda Solis. (County Supervisor and Hacienda Height's  Manager).

   O  The FBI downloaded the Second Edition/ Secular Education book.  three times. When, while writing the changes to the book. <u>I opened the program not less than 20 times. As I made a lot of changes</u> to the book.

   O  THE CONCLUSION. The Second Edition/ Secular Education book was delivered to the Lebanese Ministry of Art in April 2016 and to the Library of Congress in March 2017.

While working the Second Edition. This CD had been downloaded many times in the IN-DESIGN CS6 program. As I was re-opening the program not less than 20 times.

........................

# 3) THE CDs

The FBI is not missing any item. For the CDs. (Here is the major game)

I had around five hundred CDs. Five/six months  ago.  I noticed piles of fifty CDs are missed. I checked all the CDs and discovered. That none of the CDs having my book is there. Except two:

   ▪  The final CD to the book. That was duly stamped by the library stamp and signed by me.  I found-out, the book has been erased and replaced by the Sound Recording.

   ▪  The final CD for the Sound Recoding. That was duly signed by Mr. William and myself was there.

   ▪  I found not less than 75 blank CDs. This mean  the FBI Secret Agents came to my home, exchanged  the CDs . The ones with my books with blank CDs.

./...

20

Some days later. I re-checked all the CDs and found-out:

**THE SOUND RECORDING CD** . That was duly signed by Mr. William and myself,
**WAS NO MORE THERE**.

...................

### THE USBs

**SINCE OVER ONE YEAR.** I noticed that my book has been erased from all my USBs.

**FROM MAY 2015 TO JANUARY 2016**

1- I had downloaded the book on my 30 USBs. My book as well as the final in-printing
   was on, not less, than 30 USBs.

2- I couldn't keep any important document without downloading it on all the USBs.
   Always taking into consideration. That something wrong could occur to the laptop.

3- Unfortunately, step by step . The FBI has removed my books, from all the USBs.
   The original and the second edition. As well as the Sound Recording.

..........................................

**AT MY DISCOVERY OF MY USBs, MY LAPTOPs AND MY CDs. I DISCOVERED THE CONSPIRACY.**

I regret. That it has never crossed my mind that I could be accused of not having
re-in-printed my book, after having stopped the deal with DAR-AN-NAHAR.
**IT IS SAD TO NOTICE.** HOW PEOPLE ARE WITHOUT CONSCIOUS. I ASK MYSELF:
DO THEY FEEL A REMORSE FOR THEIR UNACCEPTABLE ACCUSATION? TO MAKE AN
INNOCENT PERSON SUFFER THIS WAY FOR A HATRED FEELING DUE TO JEALOUSY. OR
THE ONE WHO PROTECTS HIS PRESTIGE FOR HAVING BEEN UNABLE TO FOOL ME.

Really I got mad to discover: how far the FBI is working to steal my innocence.

The technique used by the FBI. To succeed in removing from all the USBs,
my original re-in-printing to the book. From MAY 2015 to JANUARY 2016,
IS UNKNOWN TO ME.

.....................

## CONCLUSION

**ONE IMPORTANT POINT.** Could the FBI answer the following questions:

1- WHEN AND HOW. I learned to in-print on the INDESIGN CS6 PROGRAM to make:

   ➢ The changes to: The Second Edition. That has been delivered to the Ministry of
     ART in Lebanon. In the month of April 2016. Right after having delivered to
     them. The published book.
   ➢ THEN, to type the Unique Spoken Conjugation English/French book.

./...

53

AT MY DISCOVERY TO THE STATE OF MY LAPTOPS, MY CDS AND MY USBS.
I DISCOVERED THE CONSPIRACY.

I DON'T KNOW WHAT  IS THE WRONG THING THAT I DID, IS?

It is clear. The FBI Secret Agents are messing-up everything.
My laptops.My USBs and my  CDs.
This was part of the diabolic conspiracy.
I presume, they are imagining confusing me.

## ITEM THREE:
## THE HARASSMENT

**3/1** My relationship with the main player of this harassment. Who is my family? ...... **P. 1 to 3**
**3/2** Enigmatic silence about plagiarism......................................................... **P. 3 to 5**
**3/3** Who is behind this harassment? ...................................................... **P. 5 & 6**
**3/4** Starting and details of the harassment. ......................................... **P. 6 to 29**

### 3/1 MY RELATIONSHIP WITH THE MAIN PLAYER OF THIS HARASSMENT
### WHO IS MY FAMILY.

As the main player in my harassment is my great-niece MS. Joelle Peele. In 2005, she got her Graduation in International Corporate Law. Therefore, she worked in a Corporate Law-Firm.

Now, my knowledge, regarding Corporate Law-Firm was, these Law-Firms deal with the Commercial Companies business only. Just lately, after going into details. I discovered, for some cases, Corporate Law-Firm deal with the FBI.
Therefore, since 2005 MS J. PEELE started to work in a Corporate Law-Firm. Consequently, since 2005.
MS J.Peele had some kind of co-operation with the FBI.

**MS J. Peele had been appointed as Head Attorneys at the FBI, Wilshire Office, in Los Angeles. None in the family was and is ready to tell me the date of her recruitment by the FBI.**
### SHE IS HANDLING MY FILE.

By analyzing her hatred feeling toward me. Now, I can conclude that <u>MS J. Peele</u> had opened a file for me at the FBI. Since 2005. Right after her graduation and her first job in a Corporate Law-Firm.

........

To understand my innocence. It is crucial that the reader knows my family mentality and general attitude.

1) **The mentality:**
   It is a mafia with a god-father and god-mother, being grand-parents to MS. Joelle Peele.
   Their closed family has the largest number of persons in the mafia.

2) **General attitude**
   They like to interfere in other people business. In case a person wants to join their mafia. They must know what this person is doing. And be a tool in their hands.
   The god-father and god-mother don't have any interesting subject to talk about. Only gossips that my husband and I hated.

./...

Furthermore, they don't want to accept any success higher than their own success. if any person of the family is more successful. The mafia has to neglect this person, and be considered enemy.

The rest of the family agrees with the mafia mentality. However, my husband and I couldn't tolerate it.

At the light of the above. My relationship with my family, was cool. Since my wedding in 1968. My sisters with their husband's jealousy, from our (my husband and I) success.
Led them to:
a sinister attitude. Especially, towards me: impudence, negligence, carelessness, mistreatment and lack of respect, instigating everybody against both of us (my husband and me).

<u>**MY EXPERIENCE IN LIFE WAS**</u>: Teaching, Marine Insurance, banking, construction. Building Manager.

My sisters have limited experience.
- o   Therese house wife great for gabbing and gossiping/
- o   Jacqueline teaching.
- o   Christine secretarial work and one domain at NESTLE.

Their ignorance created in them a hatred feeling toward me. Due to their jealousy.

Furthermore, we were more educated and have never had any attitude of superiority toward any of them. On the contrary, they were adopting the superiority attitude toward us. We (my husband and I) were always silent. As we didn't like arguing. They are qualified for gabbing and gossiping {he told me and I told him}, we hated this way.

Therefore, Their sinister attitude led our relationship be:
1- On and off from 1968 to 1991.

2- Then, totally disrupted from 1991 to 2003 up to the time, when my husband has been diagnosed with final illness.

3-Except at the time of the death of my niece Josiane. MS Peele's mother. I have to clarify that I loved Josiane. Also Josiane was loving me. As she used to run to hug me in any inter-family or friend occasion. Josiane had to follow her father's instructions.
..........

**Now, to understand and believe** what I am describing hereafter. It is essential that you read first.
(The details described in the enclosed report "<u>I HAVE SISTERS MODEL</u>" (Encl. Exhibit/Nine).

- o   In this report, you will notice how good I have been to each of my sisters. And the way they rewarded me.
- o   Since 1968, with all my family hatred attitude. I have never commented on any subject. Because with their gabbing, it will result with large gossiping that I hate.

Unluckily, my sisters couldn't understand the diplomacy of our attitude. ./...

Before, explaining the enigmatic silence. I would like to clarify, why the silence started by my family.

### WHO IS THE MAIN PLAYER OF THIS ENIGMATIC SILENCE?

1) My family has five corporate attorneys.
   - <u>Four attorneys</u> in my sister Therese's family: Her grand-daughters: Joelle  K. Peele, Michele  and their husbands.
   - <u>One attorney</u> in my sister Christine's family: Daughter: Carol.
   - <u>One paralegal</u> in my sister Jacqueline's family: Daughter: Maya.

➢ Since 2012. While drafting the book. My sisters were aware of the contents of the book.  As I had explained to them. The way I had written the book in 1979. And, I am re-writing it the same way.

➢ My sisters who like gabbing and gossiping. They informed their attorneys about my book. In turn their attorneys informed them that this would be considered Plagiarism. and the following consequences are implied on people who plagiarizes That is as follows:

> The person who plagiarizes will be penalized by the FBI with
> the highest level of harassment. Furthermore, this person
> will be stripped from all his/her possession, to reward the
> person who will participate to her harassment.

<u>This avowal pleased my sisters.</u> Therefore, they haven't diffused this information. Also, they ordered all members of the mafia be silent. Especially do not disclose to me this information.

Therefore, they kept mute about plagiarism, to see me involved in the penalty. Furthermore, they gave the green light to MS J. Peele, who has a hatred feeling toward me. To comply with this regulation that is beneficial to them, Furthermore, they found a new subject to gab and gossip about.

The proof that they were aware that the harassment started since 2013 is:
The way they laughed at the diagnosis made by City of Hope, Duarte:
A cancer at the head of the pancreas
(Item 3/4  - Page 7 – No.4)

-----------------------------------

## 3/2  <u>ENIGMATIC SILENCE ABOUT PLAGIARISM.</u>

At the light of the above, it is clear that the enigmatic silence about plagiarism. Started by:
My family  +  the following EIGHT OFFICIAL SECTORS,
who were supposed to draw my attention about PLAGIARISM. BUT THEY HAVEN'T.

A) IN KUWAIT IN 1979: As I mentioned  in THE REASON FOR WRITING THIS BOOK.

1) Ms. AILEEN who helped me, writing this book, <u>has never mentioned the word</u>  _ _./...

"PLAGIARISM". Whether while writing or at my last call in 1986. On the contrary, she said to me: "My mother had followed the same procedure to learn French".

## B) IN THE UNITED STATE:

**1) MY EDITOR,** a Lady of my age, being an American of Irish Origin, worked with me for the editing, then for the sound recording. She has co-operated honestly. She knew in details the way this book was made. But, she has never mentioned to me anything about plagiarism.

**2) THE FRENCH EMBASSY IN WASHINGTON DC:**

In 2013, I emailed to the French Embassy a chapter from my book; requesting them to let me know "where I could register this book in France". The Embassy answered:
&lt;This book is not to be registered, being the first of its kind. The author is protected by law&gt;.
The harassment started at this time. As described in: Item 2/3   The registration of the book/page: 5.

Now, the action of sending a chapter of the book means. That I don't have any doubt of acting against the law. The Embassy was supposed to go into a different advice. Stating:

a) If not being a French citizen. The book must be approved by the French Ministry of culture.                              **OR**
b) They should have given me the address of the Registration Office in France. Who, for sure would different answer.        **OR**
c) The cultural section at the embassy wouldhave given a different answer.

## C) IN LEBANON:

**3) THE SECOND EDITOR,** she never mentioned to me:
"Better not to publish this book, as this book is subject to plagiarism".

**4) MY ATTORNEY** has seen the book in 2012. He hasn't mentioned or warned me in regard of
plagiarism or even a hint in this concern.

**5) THE LEBANESE MINISTRY OF CULTURE**
They never mentioned anything about plagiarism. Despite that they got the draft of 2012 and of 2013. Then, the final in 2016. Every time, they agreed to register the book. With the same recommendation for 2012, 2013 and 2016:
&lt;The book is allowed to be sold in the libraries&gt;.

./...

**6)** <u>THE FIRST PUBLISHER:</u>

They accepted to publish the book. But never drew my attention. That what I am doing is plagiarism. Despite that the Manager of this company had been having a Publishing Company for ten years in France.
Only at the end, as I mentioned in (Item two/Section 2/5/ pages 7 & 8 . We haven't agreed on the terms of the contract.

**7)** <u>THE SECOND PUBLISHER:</u>

They published the book. Nevertheless, without my   knowledge, they removed the expression  (LEBANESE/AMERICAN) from my biography. And, they refused to insert pages 11/1 and  11/2  to the serial numbers of the book. Also, minor mostly unnoticeable changes. However, they have never mentioned the word plagiarism.

I assume orders, from the FBI/ USA, were sent internationally.
<u>"Don't let  anybody  advises Josette Khayat that her book is subject to "PLAGIARISM"</u>.
Keep her ignorant about "PLAGIARISM"

The Lebanese people are good hearted. <u>They aren't wicked as my family is</u>. They would have drawn my attention. However, Ms. J. Peele wanted to strip me from all my possessions. To satisfy her grand-parents' Jealousy.

In 2016. After the publishing of the book. While being in Lebanon. I have been informed   by a Professor at <u>USJ University</u>, of Lebanon. <u>That bilingual English/French books are not acceptable, by the governments of both countries: England and France.</u>

<u>IT IS INEXPLICABLE</u>. *Why the French Embassy gave the green light to the book. Stating: Being the first of its kind. The author is protected by law>. When, the registration for this book wouldn't have been accepted in France.*

-------------------------------------

## 3/3 <u>WHO IS BEHIND THIS HARASSMENT</u>

Unfortunately, all my family who is a mafia and Is behind the harassment.

Starting by the main player:

3-  my great-niece MS J. Peele grand-daughter to my sister Therese .
4-  Sister Therese with her daughter-in-Law Mary.
5-  Sister Christine with her daughter Carol who is corporate attorney.
6-  All nephews and nieces.

➢ It goes without saying, After all the harassment that I faced from my family for over fifty years. It is not strange that their hatred feeling  keeps  going-on.   ./…

➢ **Furthermore, Starting:** <u>my sisters have never made, even a hint, about MS J. Peele relation with the FBI.</u>

Since my return to the family, after my husband death. I was noticing that MS J. Peele not only she doesn't love me. But she has a hatred feeling toward me. She proved it IN 2004 by her first harassment. A conspiracy with the DMV Judge.

Besides, on the one hand. I have always been more than sweet to her. As I have been with all the other nephews and nieces. On the other hand, her husband, her sister and her brother had different attitude toward me.
I ASSUME. SINCE 2006. When MS J. Peele started to work in a corporate Law-Firm. She was co-operating with the FBI.
  Therefore, I presume the harassment that I was noticing from my family, after my husband's death, had a cover-up by the FBI/MS J. Peele.

I was noticing somebody breaking into my home during my absence. As I used to find stuff and documents disappearing. Then, after two years sometimes less and sometimes longer, reappearing on the top of a drawer.
I placed many complaints to the Police Station at the City of Industry. But what was surprising me. The Police had never taken any action to respond to my complaints and to protect me. It was just taking notes.
**<u>IN ANYWAY. THESE COMPLAINTS SHOULD HAVE BEEN RECORDED IN THEIR ARCHIVES.</u>**
**3/4  STARTING AND DETAILS OF THE HARASSMENT.**

At the light of the above. The harassment that you will read hereafter is:  A continuity to my family harassment that started 1968. (encl. Exhibit  Nine, I have sisters model).
          (I have been having enemies not sisters or family).

WHY ONLY TODAY, I deduce. That these incidents were the starting of a harassment:

Because, from 2013 until 2021, I didn't know that:
  **1-**  Corporate Law-firms co-operate with the FBI. And MS J. Peele is the leader behind.
  **2-**  I am accused of PLAGIARISM
  **3-**  The Fist Publisher did two fake accusations against me.
      -  They haven't been paid.
      -  I haven't re-in-printed the book and I have used their CD.
                    ...........

## STARTING AND DETAILS OF THE HARASSMENT
MS J PEELE HAS INAUGURATED THE HARASSMENT. RIGHT AFTER MY HUSBAND'S DEATH:

  **1)**  <u>In 2004,</u> The first harassment, from MS. J. Peele, started in 2004. She proved her hatred feeling. By her first following harassment.                    ./...

While being at her second year of Law SCHOO. She worked, on a conspiracy with her grand-ma Therese. And the DMV Judge with whom she had her training

**TO SEND ME TO A HEARING.**

➤ After my having received congratulation for the renewal of my ID. I was not receiving my ID.

➤ Four days after the maturity date. I went to the DMV to inquire about the ID. The DMV told me: YOU HAVE A HEARING TOMORROW.

➤ The next day, a judge on a wheel chair started to read LAWS. He, proposed a sight test. Then, a driving test. Then, he said: I will make you a driving test after one year.

(The DMV management was not aware of this act. My notification surprised them).

At this time, I was amazed and furious. Why I am being harassed. For sure, I couldn't guess that the one behind is: My family headed by: My sister Therese together with MS J. Peele, and a DMV JUDGE who should be removed from the judges' list.

My belief, MS J. Peele enjoys harassing people. Therefore, she is at the job:
corresponding to her trend

AT THE LIGHT OF THE ABOVE, I ASSUME. SINCE 2005. MS J. PEELE, FROM HER STARTING TO WORK IN A CORPORATE LAW-FIRM. she was co-operating with the FBI. AND TARGETING ME.

2) <u>THEREFORE, THE HARASSMENT THAT I WAS NOTICING.</u> Since my husband's death by the end of 2003. MS J. Peele might have been behind.
   ➤ Somebody breaking into my home during my absence.
   ➤ documents disappearing. Then, after two years sometimes less and sometimes longer, reappearing on the top of a drawer.

3) <u>In 2012.</u> While the re-writing of the book. I was noticing that chapters were taken from my home. Sometimes not return. I was considering it: Curiosity.
   So, some of these chapters were given to the family's attorneys to give their opinion. If the book is leading me to PLAGIARISM. Therefore the following penalty will be applied on me.
   <u>FROM THE INTERNET</u>: "The type of extreme harassment program essentially Allow.Those few holding position of power in our military Intelligence and Federal Law Enforcement Communities to target literally ANYONE for whom they hold a grudge. There are no criminal charges filed, no due process, instead behind closed doors a decision is made that a particular person deserves TO be psychologically and physically tortured, removed from society by ANY means necessary" .

4) <u>in 2013</u> As mentioned above. Right after having sent a chapter of the book to the French Embassy in Washington DC. I have been through:
   <u>THE THREE FOLLOWING CASES OF HARASSMENT.</u>

As I was following at CITY OF HOPE, DUARTE, my regular check-up after a bladder cancer. The Doctor ordered a general scan, giving a diagnosis:
<u>A CANCER AT THE HEAD OF THE PANCREAS.</u>    ./...

> This scan had to be repeated every two months. Making me suffer a lot for the color shot. For four times. After each scan, the Doctor was checking the result on the computer and says "the condition is the same no improvement".

> Then, in January 2014. After an endoscopy in Lebanon.
>          It was proven to be a fake result.

> Even at this point, I couldn't guess, of any harassment.

> My sisters: Therese, Grand-ma of Joelle Peele and Sister Christine, who are always together, were laughing about the news of the Cancer. They were commenting: We cannot believe a cancer. You have nothing.

### IT WAS TRUE, I HAD NOTHING.

**MY SISTERS KNEW FROM MS J. PEELE THAT SHE HAD JUST ORDERED THE HARASSMENT. WITH A RECOMMENDATION TO MAKE ME SUFFER.**

**4/1**    **in 2013** A lady driving at a high speed her SUV car, without stopping at the stop sign of Albatross Road, in Rowland Height. Crossed madly the Albatross Road, Has hit my car, badly damaging the left rear door of my Cadillac DEVILLE. Two Deputies from Rowland Height Police Station came.

**First, THE DEPUTIES REFUSED TO GIVE ME THE LADY'S INSURANCE DETAILS AND RELEASED HER AFTER 1H,25 MINUTES. WHEN THIS LADY WAS 100% LIABLE FOR THE ACCIDENT.**

**Second, they refused to make a report saying: "The report is to be made by Hacienda Height Deputies. Since I am from there.** Which was wrong as the accident occurred in Rowland Heights. Sure, Hacienda Heights' deputy never came. It was not their city.

Consequently, I had to have my car fixed before my departure. That was after one week. The situation has been very complicated. I couldn't leave the repair for the insurance. So the car had to be fixed before my departure. The insurance refused to allow a new door. So, I had to run to scrub cars. I ended-up by getting a used door with a slight difference than the actual one.

**5)** **in 2012** Another item that I really feel shame to mention. It is about toilet paper.

- my Husband great cousin came from Lebanon to visit me, for two weeks.
- Her room was prepared to the tip-top. The toilet-paper that I used was Charmin.
- The lady came, she visited and left.
- The room has been cleaned after. But no checking to the toilet paper.
- One month later, I had to use this restroom. THE TOILET PAPER THAT WAS THERE, WAS LIKE SAND-PAPER. A kind of paper that nobody can find in the market.      **I REALLY GOT MAD.**

- **I called the lady in Lebanon and asked her. If this was the toilet paper, that she has used during her stay.**

- **She confirmed, yes it was like sand-paper.**
As no such paper on the market. This sand paper was from the FBI.

<u>**AT THIS TIME, THERE WERE NO REASON FOR THE HARASSMENT.**</u>  **THE BOOK WAS NOT PUBLISHED YET. AND STILL NO CHAPTER  WAS EMAILED TO  THE FRENCH EMBASSY**

Now, I understand that a cover-up BY MS J. Peele/FBI. Who provided this paper. My family was behind. They got into my house. While my going to pick-up the cousin from the Airport. They broke into my house and changed the toilet paper with this sand-paper.
At the time, I couldn't guess. From where they could have got this sand-paper. Now, it is clear.

<u>**I CAN CONFIRM FROM THE FBI/MS J. PEELE**</u>
<u>**AS NO SUCH PAPER ON THE MARKET. THIS SAND PAPER WAS FROM THE FBI.**</u>

Now, I understand.  The one who has engineered the above three harassment were made on purpose. ORDERED BY THE FBI UNDER THE AUSPICES OF MS J PEELE.

This is the way my family or this mafia has been for over 50 years. They have a pleasure to hit me in the back.

.......

WHY ONLY TODAY, I deduce.  That these incidents were the starting of a harassment: Because,  FROM 2013 UNTIL 2021, I didn't know that:

➢ **Corporate Law-firms co-operate with the FBI. And MS J. Peele is the leader behind.**
➢ **I am accused of PLAGIARISM**
➢ **The First Publisher did two fake accusations against me. The final payment and the CD**

At the light of the above and the harassment that you will read hereafter is:  A continuity to the  fifty years of harassment by my family. That started 1968. (enclosed Exhibit Nine)
(I have been having enemies not family.)

6) **FROM AUGUST 2013 TO APRIL 2015. THE DEALING WITH THE FIRST PUBLISHER'S  As DETAILED  IN ITEM TWO/ Pages 10 to 13:**
        **2/4  THE IN-PRNTING OF HE BOOK. (pages 6 & 7).**
        **2/5  THE FAKE ACCUSATION FROM THE FIRST PUBLISHER. (pages 7 & 8).**
        **2/6  DAR ANNAHAR SETTLEMENT. (page 9).**

./...

Now, I understand why this Publisher was changing the meaning of the translation. This changes were required by the FBI managed by MS J. Peele.

That is why. They had a problem accepting my conditions for the contract. I had got hard time with this Company.
BEING UNAWARE of the plagiarism harassment. However, at the time, my consideration was: "They might be interested of writing similar book for themselves.

My ignorance, as far as PLAGIARISM, is proven in my letters sent to DAR ANNAHAR by the Notary Public on November 11th, 2014 and April 22nd, 2015.

On the other hand. <u>ORDER FROM THE FBI.</u>
    <u>EVERYBODY HAS TO KEEP JOSETTE KHAYAT IGNORANT ABOUT PLAGIARISM.</u>

**7) FROM MAY 2015 TO JANUARY 2016. THE SECOND PUBLISHER:**

They refused to write a contract. They did some minor changes, but not in the translation. However, the First Publisher was making changes to the translation. As detailed in item:

**2/7 THE PROBLEMS THAT I FACED WITH: THE SECOND PUBLISHER. (Pages 10 to 12).**
                        ................

## MAY 25TH, 2016.    AFTER HAVING PUBLISHED THE BOOK & MY RETURN FROM LEBANON.

**8)** My regular phone as well as my cell phone are phone taping.

**9)** My face book has been stopped since 2016.

**10)**    They have stopped:
    ➢ My yahoo email to deprive me from proving my innocence. This Yahoo email
       phijokhayat@yahoo.com contains all the points proving my innocence.
       After investigation, I have been informed that nobody can open it.
    ➢ My GMAIL HAS BEEN STOPPED SEVEN TIMES BY THE FBI. I ended-up with
       seven different EMAILS.
    I DON'T KNOW FOR HOW LONG WILL REMAIN THIS LAST ONE.
## NOW, THEY TOOK THE LAPTOP THAT OPENS GOOGLE AND MY GMAIL.

## SO, NOW I AM LEFT WITH NO HELP FROM ANYWHERE

**11)**    **MAY 25th, 2016. My first discovery:**
       **SOMETHING STRANGE WAS MADE TO MY CAMERAS. I found my small DVR
       changed to a double size DVR. and eight other wires coming down from the
       attic in the same pipe and connected to three extension cords. From one to
       another and the third one connected to a different DVR. Being double sized of
       mine that was there.**
                **THEREFORE, I REMOVED ALL THE CAMERAS.**

                                .../...

64

11

**12)**    **MAY 25<sup>th</sup>, 2016.** Therese's daughter-in-law, Mary, came to wish me the welcome-back. This is what she said to me:

➤ "Therese is in Laguna, in Christine's home. The family is going to gather.
<u>I AM READY TO PAY YOU WHATEVER YOU WANT TO GET YOUR BOOK.</u>
<u>She also added: I said to the family: Josette is very, very, very intelligent</u>".

At this time, I couldn't guess the reason for all this bla-bla-bla. I gave her a book. It goes without saying "free of charge". As I did for everybody.

**NOW,** I understood why Mary wanted the book. She wanted it for two reasons:

**A)** Because MS Joelle Peele  was going to be there. So, she will be able to check if the book is subject to PLAGIARISM.
Therefore, to let them know. If she is going to be able to apply on me:
"THE EXTREME HARASSMENT PROGRAM AND <u>STRIP ME FROM ALL MY</u>
<u>POSSESSION</u>"

**B)** In 2012. while my re-writing to the book. They were behind the changes that was made to the translation. So, they will find a reason to make a fun of me.

<u>After all the *bla-bla-bla*  of  Mary</u>.  None of this Mafia accepted to give his opinion on the book. Or, even, say that they have looked inside the book. They all said:
"We are not interested".
However, <u>THEY WERE INTERESTED TO PAY ANY PRICE TO GET THE BOOK.</u>
Really, it is sad. To be surrounded by a family of this caliber ACTING LIKE  CRIMINAL wicked feelings.
For over 50 years. They had no target except harassing me.
........

**13)**    **JUNE 2016**. My phone and Internet
➤ My phone and Internet were provided to me by Verizon.
➤ In 2016. Verizon stopped its business in our area (Hacienda Heights). So, we had to go with SPECTRUM.
➤ To be connected to the Internet. Usually it is through a modem.
➤ However, Spectrum personnel  said "TO CONNECT YOUR INTERNET, WE NEED TO HANG ON THE GARAGE WALL , THIS MEDIUM SIZE BOX".
➤ So, I found out that I had to agree.

After a while, I noticed that this medium size box had two mini cameras. I disconnected the socket of Spectrum box, and found out that nothing was going wrong with my internet.
(Therefore, the medium size box was not for the Internet). But for two small cameras .

<u>JUNE 2016</u>. Just one week after my return from Lebanon. I was feeling like a pin in my throat. I went to the Emergency at Presbyterian Hospital in Whittier, Two times:                                                      ./...

a) **THE FIRST TIME:** After an Ultra-Sound. The result:  A lump in my throat.

Also, they asked for an endoscopy to the heart.
- The Doctor's condition was: To make the endoscopy. It had to be done from my right arm. Not from the left arm. As it is supposed to be.
- I agreed.
- The result: my right arm has been mutilated internally. Blue and red internal bruises were all over my right arm.
- I have been suffering for one month. I couldn't do anything for one month.

b) **THE SECOND TIME** Nothing special except the Doctor at the Emergency asked me to go and be treated by Dr. Elias Ayoub.
- Dr. Ayoub request: If I start taking care of you. I have to keep treating you up to the end.
- I have no problem.
- He said: I'll send you for an ultra-sound. I know the radiologist. I will call him to take care of you.
- After the ultra-sound. The result was negative. (This was the care of

Please note, that Ms. J. Peele's father is a doctor and  is a closed friend to Dr. Elias Ayoub. Therefore, I was sent on purpose to this doctor. Probably upon Ms. J. Peele's father recommendation.

I knew that a game is there. Especially after having two opposite results in the same hospital,
The first time:     At the Emergency: Positive Result
The second time: After Dr. E. Ayoub 's  recommendation: FAKE RESULT Negative.

c) To City of Hope
My primary  refused that I be seen by an oncologist. He insisted that I be seen by an endocrinologist. The endocrinologist recommended a biopsy.
                                        Result lump in my throat.
That was followed-up, by a surgery performed by an ENT Oncologist Surgeon.

One month after the surgery, I was feeling a pin in the middle of my throat. The endocrinologist recommended a biopsy at the place of the surgery. I knew that it is not the correct recommendation. I didn't know that I had to see an ENT Doctor. Therefore, I dropped City of Hope.

14)     SEPTEMBER 2016. All doctors were instigated not to treat me properly. After having been seen by many different doctors. One of them had a good conscious. He advised me to see an ENT doctor.

The first ENT doctor was old and stopped performing surgery. But he said to me: "Your throat is clogged. You should find a surgeon. Who can perform this surgery". Thanks God, after seeing two different doctors excusing themselves.

./...

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1  66

On December 16, 2016 I had to go to San Bernardino. To see a doctor who accepted to perform the surgery on December 23rd, 2016.

On December 22nd, I visited the doctor to give him the required test results.
        When leaving the Clinic and getting into my car. A Black nice citizen told me, Madam be careful, a white man took a picture to the number of your car. Say to the police. May be he is planning to steal your car.

It was not the case. This white man went inside the medical building asking each doctor: "THIS IS THE CAR NUMBER OF Josette Khayat, WHO IS THE DOCTOR TREATING HER"?

15)     <u>JULY 2016</u> For safety, I decided to have an ADT Alarm system.

        After installation, ADT refused to accept that I change the code on the key-pad. Their request was: First, to call the company to inform them of my new code. Then, had the code changed on line. I rejected this tricky way and insisted to be done on the key-pad.
        Therefore, I rejected the whole work. Stopped my payment.

16)     <u>MARCH 2017</u>. Being 81 years old. <u>HAVING AN UNRELIABLE FAMILY</u>. I decided to legate house to the Church and have the church taking care of me, in case I need assistance. I asked the church to prepare a LIVING TRUST.

   ➢ For three times. The Church was giving me to sign: <u>A WILL  INSTEAD OF A LIVING TRUST</u>.
   ➢ I considered the Church would like to make sure of my firm decision.
   ➢ I started to write the Living Trust on my laptop. The hacker haven't left me.
     I ended-up
        ➢ By going three times to Whittier Library. Print on three different USBs. An *Irrevocable Living Trust*. In favor of the church.
        ➢ Then, downloaded the three USBs in One chapter of the book of the
        ➢ IN-DESIGN USB CS6  PROGRAM.
   ➢ Finally, by JUNE 5TH. 2017. For the registration, of the Irrevocable Living Trust. at the County.
        a)  Instructions were given to reject the registration.
        b)  Upon my determination. They ended-up by issuing the registration.

        SINCE THIS TIME, STARTED THE HARASSMENT TO MY HOME.

        _____

                                        ./...

## FROM JUNE 15, 2017 to JUNE 15, 2018. I HAVE BEEN IN LEBANON.

**17)**   **2018 Mid of March.** **IN LEBANON.**

➤ I had a horrible pain to the back of my left leg. The pain was to the extent that I could hardly walk.

➤ First, I had a doctor coming to my home. The doctor said "you must go to the emergency for a doppler Ultra-Sound".

➤ Then, to the Emergency.
- The doctors' resident were kind to me, they were affected by my pain. They called the Ultra-Sound Doctor. For a Doppler.
- *One hour later, the doctor who had to perform the Ultra-Sound arrived. So, these* residents were, outside my room, saying:
  "It is not fair to let her pay money and then tell her you are okay".
- Then, they came to me and said: "Don't have this Doppler Ultra-Sound done".
- I understood and told them: " Let it be done. I knew that the doctor will say: "you have nothing". According to the instructions.
- While the doctor was performing the Ultra Sound. He jumped and showed with his finger, on the computer, to the Resident (who was next to him) what made him jump.
- Then, the doctor said "YOU HAVE NOTHING". I became sure that I have a clot in my leg. And, no treatment for me.
- Thanks God, I had been able to treat myself from the internet.
  What is easy in Lebanon?
     You don't need a prescription to buy the medication.

**18)**   **2018 MID OF APRIL.** **IN LEBANON.**

I FELL, having hit my left hand badly. I couldn't touch anything from the pain.

A) Then, to the Emergency.
- X-RAY, result negative. No break.
- TWO DAYS LATER my hand swell. Getting triple size.

B) Again, to the Emergency.
- X-ray, hand broken.
- This time, with such condition to my hand. The situation couldn't be denied.
- The resident did a medical rapping. Then, told me,
     YOUR HAND WAS BROKEN WHEN YOU WERE HERE, TWO DAYS AGO.

./...

19) <u>April 2018</u>, ALSO, IN LEBANON,
- ➤ I legated my home to the nuns, who have a home for the elderly, close to their hospital. To take care of me in case I need assistance.
- ➤ In the month of April 2018. After a little time, at a phone call to my sister, grand-ma of Ms. J. Peele, I informed her of my legacy.

- ➤ After a little while. I faced harassment to this home.
  - o April/May. NO RAIN. I noticed traces of water in the ceiling. As I Live in the last story. I went to the terrace to check the cause of the water.

  - o I found, two new large water pipes connected from each side to the largest water tank. That feeds water. To the different tenants' tanks of the building.

  - o These pipes were leaking water over the terrace for long hours. It costs me $ 6000.00 for the repair. And I stopped the water.
    ....................

## <u>JUNE 15, 2018 BACK FROM LEBANON. IN THE USA:</u>

20) <u>INSTRUCTION IS GIVEN</u> to any licensed contractor :
To either, not do my job. OR   Do it, but by damaging something else.

21) **WHIRRING DAYS AND NIGHTS:**

Right after my arrival. Everyday at night, there was and still there is a whirring in my bed-room. Now, the whirring is heard days and nights all around the house. People who visits me, asks me about.
My answer: IT IS THERE SINCE 2018.

22) SEPTEMBER 8, 2018 PURCHASES AT MACY'S
MS Joelle Peele/FBI engineered a conspiracy with her unnatural-mother who was a  Supervisor for all Macy's stores in Los Angeles..

a) Before my trip. In June 2017. I had overpaid $ 300.00 to my account with Macy's to make sure no problem upon my return.

b) <u>A  FIRST COLLECTION</u> Bureau. By September 8, 2018, I received a letter  claiming under a different account number.  The amount of $ 1,225.00. Being a debt on my Macy's Credit of  $ 825.00 + interest. After proving, it is a fake claim. the file closed.

c) <u>THE SECOND COLLECTION</u> bureau. Again, I received a claim.. After proving it is a fake claim and  the file. Closed.

THE FIRST COLLECTION Bureau reiterated his request. But this time. They stopped it immediately.                                    ./...

**d) AFTERWARD..** MS J. Peele unnatural mother has been dismissed and I received a letter of apology from macy's.
I am not sure. If her dismissal is connected to my harassment.

23)    <u>NOVEMBER 2018</u>.The first surprise. <u>DISPLAY CABINET OF MY DINING ROOM</u>. During my stay in Lebanon.

- My dining room is a **CHINESE STYLE** from china. Each side has two rows of glass shelves resting on strip of wood.  These strips of wood are resting on decorative golden screws.
- At my return from Lebanon, It didn't come to my mind.  That during my absence,  an evil person came to my house.  Changed the shelves system and damaged  this display cabinet.
- Only, by the mid of November 2018, The family's maid, who rarely works for me, was required to push down a shelve to cause its fall. I heard things falling and getting broken. I rushed to see what is going on!
- The glass shelf fell. Consequently," <u>Limoges and  porcelain break</u>". I emptied this display cabinet, I can fix it myself..
- Later, to my surprise, I noticed that all the shelves support were removed from their place and nailed over the hole of the decorative screws + all the screws were removed.
- I could fix it myself. However, the FBI is not letting any glass company make a new glass to replace the broken one.
          My great-niece, the FBI with my family was and is behind.

24)    <u>DECEMBER 1ST, 2019</u>. MY FIRST DISCOVERY for the wish to destroy my home.

- ➤ After having noticed. That the hose is implanted in the dirt of the front yard of my house.
- ➤ And as I was noticing that the grass look fresh. Despite my having stopped watering from September 2019.
- ➤ <u>I asked Roto-Rooter to check how deep the water is underground</u>. Closed to the house.
- ➤ <u>Roto-Rooter discovered that the water is three feet underground closed to the house</u>. Enclosed Exhibit 10 Copy of Roto-Rooter Report.
- ➤ <u>DECEMBER 2ND</u>, I called City of Industry, Deputy Jordan No.636382. <u>DEPUTY JORDAN  SAID "THIS IS YOUR FAMILY"</u>.

- I haven't believed him. And I replied firmly: "this is not true".
    Unfortunately, Deputy Jordan was sincere and said the truth.
    Enclosed (Exhibit eleven).                                        ./...

- I gave copy of  Roto-Rooter's report to: Deputy Jordan against his will.
    (Exhibit/Eleven). Deputy Jordan report.

> This inundation was, confirmed by Suburban water billing:(Exhibit 12)
FROM JUNE 2017 TO JUNE 2018: My bills were in the range of $.200 to $ 250 a month.

CONCLUSION: I removed the three faucets of my front and back yards. + All the sprinklers.

AT THIS TIME, up to December 2019, I didn't have, even, a minor doubt that a conspiracy is going-on; between the FBI/MS J. Peele/ my family and The City of Industry Police Station, and my next door British neighbor.

Right after. My first step,
> I removed the eight roses of my front yard.
> Then the18 roses of my back yard.
> To end the game of water. I  filled all the planters with  concrete.
> Also I removed all the faucets and sprinklers from the yards.
I KNOW TO KEEP MY YARDS WITH NO WATER. THIS IS VERY DANGEROUS FOR ME AND FOR THE NEIBORHOOD.
    HOWEVER, THIS IS THE CHOICE OF THE FBI. THEY DON'T CARE ABOUT SAFETY.
        THEIR TARGET IS HARASSMENT.

When the FBI noticed, that no more chance to damage the soil with water.
    They went with a different process of damaging:

25)    MARCH 2020:  THE FENCE OF MY BACKYARD
> The iron post of the fence at the corner of the back and the side yard has been cut from top and bottom
> That means. they were preparing to empty the soil from below the slab of the backyard and end-up by pulling down the broken corner of the fence.   Causing a huge damage.

26)    APRIL 2020: The thirty years old ivy covering the slope of 20 feet high.

> Part of this slope belongs to my Chinese neighbor
> My Chinese Neighbor was required by the FBI. For this part of land that belongs to him.
> Instead of trimming the ivy that had invaded my backyard. TO
> UP-ROOT THE TWO FEET HIGH  IVY TO ONE FOOT BACK.
> Leaving the slab of the backyard exposed to be broken.

> To save the soil from sweeping down.. I have been compelled to cover the slope with concrete.                        ./...

➢ After covering with concrete, the small area between the slab and the ivy of the slope. . FBI Secret agents were coming at night injecting water, under the concrete. To cause the concrete to slip down.

➢ This situation forced me to cover almost the whole slope with concrete.
This work was done in six months. To keep this slope safe.

27)    MAY 2ND, 2020 I called the Police, Two Deputies. Came to look to the damage.When they found-out the damage is enormous. They run and said we are on call.

HEREAFTER IS THE POLICE's policy.:

A) If the damage that they have to inspect is of great importance. They run away. Claiming, they have an urgent call. This is to escape from writing a report to determine the responsibility.

B) Then, only one Deputy comes and check the damage.
So, in case of any questionnaire. There won't be contradicting information.

C) The second time: Two deputies were in the car. But only one came-in and checked the damage.
./...

28)    FROM MAY 2017 TO FEBRUARY 2020  BOA Litigation Settlement
LOSS OF THE REFUND, FOR $ 58,178.43

IN THE MONTH OF MAY 2017, I received a letter from Bank of America Litigation Settlement. Stating:
"There is a settlement for people who had bought and lost from buying Bank of America's Securities during the years 2009, 2010 and 2011.

• Being one of these persons, I responded by filling the form and mailed it together with copy of my Tax Return Form proving the loss of
• $ 58,178.43

• No Answer from the Litigation bureau.

• UP TO JULY 11TH, 2018.I received a letter informing me that my claim has been totally rejected.

• Afterward, no more letters. Not even answers to my letters. I didn't have any number to call. By contacting Merrill Lynch. Nobody accepted to give me a phone number to call. Plus, at every call, they were telling my claim is rejected for a different reason:

• Copy of my application + all the files related to MERRIL LYNCH documents have disappeared from my home and reappeared after February 2019. When  the settlement was completed.    ./...

<u>IT WAS THE WORK OF MS J. PEELE AND THE REST OF MY FAMILY.</u>
<u>I assume, MS J Peele got the money and shared it between the family.</u>
<u>As I believe my family were behind the disappearance of my documents.</u>

29)        <u>THE RETAINING WALL ALL ALONG THE WEST SIDE:</u>

➤ <u>DURING THE SUMMER OF 2020</u>, they cracked the top of the retaining wall.
   To have it inundated with water and damaged in winter.
   o Therefore, I covered it with strong material to keep it safe. Beside
     that it was in an excellent condition since 1992.
   o The repair for this item took one month work from me. And it
     costs me over $ 2,000.

30)    <u>SUMMER OF 2020</u> THE SHINGLE ROOF: It is a small part of the roof.

   They have removed the sheet metal. That is behind the black paper at the wall
   corner. I have covered it with plastic
   a) before winter of 2020/2021.
   b) Then, again before winter 2021/2022.
      <u>NO LICENSED ROOFER IS ALLOWED TO WORK ON MY ROOF</u>

31)    <u>MAY 2021</u> DAMAGE TO THE TILE ROOF. It has been fixed three times.
   ➤ They started by breaking over 20 tiles of the roof.
   ➤ <u>July 2021. I had them fixed.</u>
   ➤ <u>Right before winter</u>. They broke them again.
   ➤ <u>IN DECEMBER 2021</u> I covered the whole roof with transparent plastic.
   ➤ They started to damage the plastic.
   ➤ I COVERED THEM AGAIN WITH 6MM PLASTIC. Having holes all around
     the edge.
   ➤ I attached a chain to the hole. And hold down the chain to big stones.
   ➤ They broke them again. The FBI doesn't let any licensed contractor to
     do the job. I discovered something worst. However, I am not sure of if
     yet.     ./...
   I DON'T KNOW HOW SHALL I FACE THE WINTER 2022 – 2023?
<u>FBI stopped the Insurance from fixing the roof. Despite it is a case of vandalism</u>
<u>THE WORST</u>: THEY ARE STOPPING UNDER PENALTY ANY ROOFER TO FIX THE ROOF.

32)            <u>FEBRUARY 2021</u>. THE WOOD FENCE HAS BEEN DAMAGED
                         TWICE
   A) By the end of the winter. They pushed the wood fence to the back.
      The repair has cost me $ 1,000.00.

   B) In the summer, they removed almost all the nails holding the STRIPS of wood
      to their BACK REINFORCEMENT. I replaced FOUR HUNDRED NAILS.

                                                    ./...

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1        73

**33) SUMMER 2021 MY NEXT DOOR NEIGHBOR**
TO POUR WATER BEHIND THE RETAINING WALL AS IT IS AT THE BORDER OF HER
HOUSE.

> ➢ I was having weed growing from her side to my side. Unusual situation. As her
>   side part is covered with concrete.
> ➢ I checked from my side her dirt from under the concrete. It was all wet.
> ➢ So, I called her and warned her to stop damaging the dirt. As her footing will
>   be damaged long before mine.

After she checked  my warning. She stopped the game.

**34) APRIL 2021** REMOVAL of the COOLING AND HEATING of the HOUSE + THE GAS LINE:
A-It started by a  bad smell in the house.

I covered all the A/C windows with plastic. Then, I stopped the electricity of
the Heater. The smell hasn't gone. So I stopped the gas and asked the gas
company to disconnect the gas line. **IN AUGUST** to check again the source
of this horrible smell. I opened the heater closet to check the source of the
smell.

B- Surprisingly. I found my condenser having been removed from the roof put in a
In a metal box and fixed over the heater and the pump in the ceiling. Freon
line and electrical wiring connected to the wire inside the heater,

> ➢ The first A/C Company, Agreed to just remove the Freon line.
>   No change. The smell hasn't stop.
> ➢ The Second A/C Company.  Removed first the condenser.
> ➢ I forced them to remove the metal box that was tied between the heater and the
>   pump connected to the attic.
> ➢ And from there was this horrible smell. It was a box padded with Asbestos
>   Insulation from inside and outside. With the air power installed from the
>   FBI,coming from the attic to the heater room.  through this box
>          **FOR SEVEN MONTHS. I WAS BREATHING ASBESTOS.**
>          **SO MS PEELE WAS PREPARING FOR ME  A NEW CANCER.**

The end is not here. THIS COMPANY TOOK MY NEW CONDENSER THAT COST $ 4,000.00.
Charged me with one thousand dollars.

As I was complaining about the condenser. They brought a very old obsolete condenser and
said this is your condenser. (The FBI HAS STOLEN MY CONDENSER).

**35)FEBRUARY 2022** I opened the heater closet. I found-out the heater metal cover has
been removed and replaced with panels of boxes cover.

**THE LOSS: TO REPLACE THE A/C AND THE HEATER IS OVER 10,000 DOLLARS**

                                                              ./...

**36) <u>JANUARY 2022</u>** THE BEAMS CARRYING THE ROOF

    **A) THREE SHORT BEEMS OF 18 INCHES LONG.**

    **B) ONE** LONG BEAM OF 16 FEET LONG.

> **For the short beams. They started:**
> - To knot a chain around the beam.
> - To come later cut it from the top.
> - Then pull it down.
> - For these three beams. With a lot of efforts from my part. I succeeded to cover them with treated wood. Then covered with stucco. I have them well done.

> **For the long one. They started:**
> - To dig the stucco at its corner.
> - I started to wrap the beam with wood and stucco it.
> - The worker after he had completed the brown coat to the stucco.
> - He was instructed to leave the job unfinished. Without having the stucco coat.
> - I got a handyman to complete the job.
> - Unfortunately, the handyman came with  a Secret Agent. Pretending he is the son.
>   - Instead of completing the job. He has damaged the job. I don't know how I will be able to have someone fix it.

**37) <u>FEBRUARY 2022</u>** THE WATER HEATER.

    Somebody caused a leak to the Water Heater. The water was leaking outside the house. In a way. That I couldn't notice it.
    I removed the water heater. I won't be able to replace it.
    The water damaged the wall behind the water heater and the  bed-room side.

**38) <u>APRIL 2022</u>**  MAKING THE HOUSE LOOK MICKEY-MOUSE

    Pieces of gray color tapes have decorated the front and the back fascia. Around the house.

       ————————————

**From inside:**

**39) <u>OCTOBER 2019</u>**        **MY MATTRESS**

    My mattress was almost new. It has been sprayed with gas and cannot be used again.
    I tried to buy a new one. The Company sent the new one with horrible smell. Advising  that after 25 days the smell will disappear. I returned it.
    Since this day. I sleep on a couch. From October 2019 up to today October 25, 2022.

          ./...

**40) <u>May 2017</u>    MY DISHWASHER.**

    a-  In the month of May 2017, I decided to change my dishwasher. After getting the new one, I noticed that a different liquid was in the jet box. I returned to Sears and ask to have the jet-box changed. It was in vain. It has been rejected.

    b-  Therefore, I haven't been able to use it.

    c-  Since May 2017 until today. I am washing the dishes myself.

**FURTHERMORE,**

    -  From my washing all the glass items were transparent.
After having been out of the house. At my return, I noticed this transparent glass became opaque.
What means, During my absence, the FBI secret agent used to wash them with a kind of chemical. That has left residue in the bottom of the dishwasher.
This chemical that is in the bottom is not cleanable.
The secret agent tried to clean the chemical, but residue is still there.
At this point, I disconnected all water and drainage pipes from the dishwasher.

    d-  THE INJECTION OF WATER from the drainage opener, behind the wall .
At the back of the kitchen, was:
            To just damage the footing of the house.

    After placing a complaint to Deputy Toa of City of Industry.
      •  The injection of the water from the drainage closer at the back of the kitchen, has stopped.

## THE KITCHEN CABINETS

**41)**    Secret Agents damaged the kitchen cabinet
    1) By pushing down the doors. And damage the closers.
    2) By damaging the wood in an unbelievable way. They need to be changed.

**42)**               **FILING DOCUMENTS**

I had an excellent system of filing. i could find any document from 1989 until three years ago, in two minutes.  When the FBI started to mess-up my files in all the filing cabinets.
I have three four drawers filing cabinets. Now, it is hard for me to find a document. They have messed-up everything.

**43)**    <u>IMPORTANT DOCUMENTS</u> are removed from my files and never returned to My files. FILES ARE DISAPPEARING. SPECIALLY THE FILES OF THE BANKS.

**44)**    <u>CAMERAS ARE ADDED ALL AROUND THE HOUSE</u>.

**45)**               <u>THE ATTIC</u>

By pouring water and by spreading small pieces of concrete all over. So that any person, who goes up into the attic, could fall and get a fracture. Also, cause great damage to the ceiling.           ./...

## 46)                    THE RESTROOMS

Many times, I noticed that, the guest restroom have been used during my absence. Also, sometimes left dirty.

> Not long ago, not only it was left dirty, but, also, the porcelain was scraped and damaged. So, I will have to change the tank.

> The last thing.. I found the guest restroom's tank emptied from water. When I flashed it, the new water was opaque. This means the tank has been filled with chemical, to damage the underground pipe. Now, whenever I am out, they repeat the same thing.

> They damaged the tank of the toilet. It needs to be changed.

## 47)                    MY CAR

> is followed by the radar.
> A non-stop whining.
> Wherever I stop. Secret Agents are there to:
> - Damage the body
> - Dirt the body with black stuff .
> - Remove the pipe of the coolant to empty the coolant box.
> - Require the dealer: To change my car seat. Causing me to sit uncomfortably. Since August 2020 until today. Also, maybe, the uncomfortable seat caused me to get a thrombosis.
> - Damage the computerized warning system. At the Dashboard.

## THE GARAGE

48) A- The garage door opener. For two times .I had to change it. As they were adding Sensor to it.

B- To pour down in the garage cabinet:
- One time LARGE AMOUNT OF KEROSENE> The gas company discovered it.
- Another time a bottle of detergent.

-------------------

## 49)                    MY ELECTRICITY
May 2014 to May 2016. & JUNE 2017 TO JUNE 2018. During my stay in Lebanon. My electrical bill was in the range of $ 200 to $ 250. I don't know who was using my electricity. (exhibit Thirteen)

## 50)        DAMAGE TO MY CREDIT with EQUIFAX
It has been damaged by items "out of this world":
That I bought for $ 15,000.00 and haven't paid. Then the payment was reduced to $ 10,000.00.  4 items in this spirit.            ./...

## THE HARASSMENT HASN'T STOPPED HERE

## MEDICAL

**First, I have to clarify to be safe with my medication and keep them safe from FBI Secret Agents who get into my house.**
**I keep all the medication together in a plastic bag.**

**1) DOCTORS AND HOSPITALS ARE REQUIRED TO GIVE ME FAKE DIAGNOSTIC.**

**2) PHARMACIES TO GIVE ME MEDICATION CONTAMINATED.**
- These medication is given to me, not in the regular jar of the pharmacy. But in a jar similar to the one of the manufacturer as if it is from the manufacturer.
- The pharmacy uses this procedure to draw the attention of the personnel.  The reason:
  **In case I don't pick-up the medication. The personnel will know. That this medication is not to be returned with the non-contaminated medication.**
- There won't be confusion.

  **THESE MEDICATION IN SPECIAL JARS ARE SUPPOSED TO:**
- **A)** Either causes me an infection.
  **B)** Once, the medication caused me poisoning.
  **C)** Other medication, to be in-effective. **AS IF, I AM** without medication.
  **D)** Other to make me lose my memory.
  **E)** Other to make me sleepy.
  **E)** Other to worsen my case.

**For these reasons, I found somebody to provide me the medication from overseas.**

**In the month of August 2022. I received from overseas FOUR BOXES OF LIPITOR 40. Therefore, I had this medication for four months. Up to the end of the year. In the month of September 2022. All of a sudden, I found only three pills in the bag. This means, an FBI Secret Agent came to my room in the hotel and took the pills from the bag. I am without the Lipitor for approximately one month.**

**I asked the pharmacy to give me LIPITOR 40. They have given them to me in a special jar. This means they are contaminated. Who knows for what?**
**I am scared to take this medication or stay without medication?**

## SOCIALLY

**51)** The harassment hasn't stopped here. Also,  from MS Peele FBI  warning instructions by letters or by phone to:

  ➢ **All friends and overseas cousins.**                     ./...

➤ **THE CHURCHES. WHO ARE GOING TO SHARE MY LEGACY.**
➤ **Doctors. And pharmacies.**
➤ **Car Dealers**
➤ **Workers**

- **To limit their contact with me**
- **To keep distant from me.**

- **Do not invite me to any joyful gathering.**

- **Do not back me, in case I need any help.**

--------------------------------------------

## MY SISTERS

52) Now, I understood. Why Ms. J. Peele's:

➤ **GRAND-MA** was harassing me since my return from Lebanon in 2018. By:
  1) Having changed the ointment for my skin.

  2) Taking my checkbooks. That I have left with her to be in safe hands. As they were disappearing from my home. My sister Therese and her Daughter-in-law Mary. They were and are the ones to take things from my home. Sometimes returning them and sometimes not.

  3) Adding chilling spices into my food, that stops the memory for a while.
  4) Taking my sweater from my home and say that I left it in her home.

  5) Getting into my home and exchange my suit jacket with hers.

  6) Asking her grand-son, who is mechanical engineer to remove from the computer
     at the dash-board of my car. The information "SERVICE SEAT-BELT ".

  7) She called me and said:
     a) without a related subject , but just like that: "You know, I am on welfare and I am happy".

     b) Another time. May be in September 2021. By another phone call. Again, just like that. She said: I like to give to the poor.

     c) Two times. To just slander me with the story of my in-laws. That day, my blood pressure jumped to seventeen.

./...

d)  To blame me. Because we have never had more than one car.

At these moments, I couldn't understand the purpose of these calls. But now, I detect. It was to just to harass me. And get rewarded from her grand-daughter MS J. Peele/FBI

## 53)  Mary, Grand-ma's Daughter-in-Law.

1)  The purpose for her visiting me in May 2016. The day of my return from Lebanon.
She came to say to me:
"I am ready to pay whatever you ask for, to get your book. We are reunited tomorrow in Laguna.
I told them Josette is very, very, very, smart."
So I gave her the Book. Sure free of charge.

I guess Mary wanted to pay any price to get the book: was to Joelle, to check. If MS J.Peele will be able to apply on me the accusation of plagiarism.  She promised  she will give the family all my money and put me on welfare.

2)  What caused me to come to this conclusion, is the following:
Grand-ma asked me if my home is paid. When I said my home is Paid.

Her Daughter-in-Law, Mary got very happy and said happily: "How nice!".

Her remark surprised me. As she knows that the house is going to the church after my death. I couldn't guess. Because at this time, I didn't know, what was working in my back.  To just destroy me and get all my possession through MS J. Peele/FBI
### By accusing me of PLAGIARISM.

Now, I know, the reason for this happiness, because Joelle promised, she will keep harassing me. Up to the time, I end-up by selling my home. At this moment, Joelle will work to make the sale" be a "FAKE SALE". Then, the FBI gets the money and shares it within the family' members.

## 54)  My sister Christine. She is using her hypocrisy by playing the role of a loving sister.

1)  She is on my I-Phone and on my computers. She reports every step to Joelle.
While writing she changes my writing. She changes in the spelling to say: I don't know English.
2)  She erases paragraphs. Change in the text. Add paragraphs.

./...

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1

3)  On my computer, she is the one who has added Joelle's home address and removed the grand-ma's address.

**May be, she is getting a monthly reward from Joelle.**

**Now, I understand.**
**My family wants to steal what they don't deserve.**
**SHAME ON ALL WHAT THEY ARE DOING**

**IT IS LIKE THE CASE OF CAIN AND HABEEL**

---

**I ADD THIS DETAIL JUST IN CASE THE COURT HAS BY MY TAP-PHONE HEARD THE RECORDED BLAME MADE BY MY SISTER THERESE**

Hereafter the story of my IN-LAWS: YOU WILL DISCOVER THE HATRED FEELING OF MY SISTERS. FOR WHOM I DID A LOT. THEY DON'T DESERVE A SMILE FROM ME.

By encouraging my BROTHER-IN-LAW to come to Kuwait after having been idle for FIVE YEARS. From 1967 to 1972. When we found for him a respectable job, in Kuwait, with a respectable salary and a car from the Company.

2)  Hereafter is the consequence of my good heart.
When after three years. I couldn't tolerate my brother-in-law presence with us. It was hard to make him move as he was saving his income. For two years totally free full board. Then, the last year with very little charge.

I have been so much on tension by this fight. **THAT I ended-up by:**
**GETTING A MINI-STROKE.**
**My jaw was twisted when I used to talk. I DIDN'T KNOW. THAT THIS IS A MINI-STROKE. Nobody told me go and see a doctor. I was feeling shame of my state. And didn't know the cause.**

I remained ignorant about the case **FROM 1975 TO 2008**. When my friend
MS AIDA MANSOUR. AFTER A BIG CHOCK. SHE GOT THE SAME MINI-STROKE.
Her son, RYAN MANSOUR DENTIST. being a doctor. He guessed that this is a mini-stroke and asked her to keep pushing her jaw to the opposite side.

At this moment. Aida understood that my case is a mini-stroke. She has been very sensitive. She, only, said to me. That she has to keep pushing her jaw to the opposite side.

I understood that she was advising me to act this way. In fact, I acted this way and my jaw came back to normal.                                                    ./...

./...

NOW, The hatred feeling of my sister Therese  instead of backing me. She and her Husband were blaming me. Considering me with no heart. Because, I asked a man of 59 years old to live on his own.

> (When, this is absolutely normal. Healthy, smart, energetic what is the problem?). But they like to keep harassing me. They hated me for not bending to the regulation of the god-father).

My BROTHER-IN-LAW remained at his job, living  on his own up to 1984. Then passed away. December 1996.

So I gave him the chance to work in Kuwait, from 1972 to 1984. saving money for his future.

IN 1987 .  Therese's husband returned to Kuwait and worked for two years. He was 62 years old and he lived on his own.
So here, she should consider. That  sister Christine was with no heart to let him live on his own.

I am 86 years old. I live on my own and I am happy this way.
However, Therese  wanted that I be in need of them to overpower me and my possession. That's what they are crazy from.

..............

HEREAFTER, is the detail, how my brother-in-law came to Kuwait.

b) It is me, who encouraged my husband to bring his brother, Emile, to get this job. against his will. Emile didn't want to work. He wanted to reckon on other and have no  responsibility. That is what his sister Wida told me.

- I know that my sister don't have any affection for this man. Because they were letting me feel that you don't like him.

- For your knowledge. Six months after his coming. He told me with a hard tone. <u>YOU ARE THE ONE WHO BROUGHT ME TO KUWAIT</u>. INSTEAD OF THANKING ME.

- Beside that I was kind to him and his presence was disturbing  as well tiring me. Emile speaks too much and Philip was not ready to listen to him. So he was addressing himself to me.

- On the other hand, our home was small and to have someone in front of you. who speaks too much is not easy.

- FURTHERMORE, <u>HE USED TO SAY TO FOREIGN PEOPLE THAT WE LIVE WITH HIM AND NOT HIM LIVE WITH US</u>.

- I endured him silently. Because, I don't like to start "He told me and I told him".

- I was patient. To be in a smooth atmosphere and not have problems with my husband. But patience has a limit.

After, he left:                                        ./...

I said to my husband. To help him starting a new home. We will take him a living-room gift. When he never brought me any small gift. On his return from a trip, he used to bring a very small gift to my husband.

-    Furthermore, with my good heart. I was calling him every Thursday, to come Friday and have dinner with us. Emile left our home in 1975. Then lived in Kuwait, nine more years, until 1984.

-------------------

## PLEASE TAKE A NOTE OF IT.

-----------------------------------------------------------------------------------------------------

Josette Khayat
2516 Abuela Place/Hacienda Heights/CA 91745

## ADDENDUM

### VERY IMPORTANT TO BE READ

**NOW AFTER HAVING DISCOVERED THE RELATION OF CORPORATE-LAW-FIRM WITH THE FBI.**
That for 16 years all members of my family have hidden to me. I realize why all the following catastrophes occurred to my house.  That means:
My great-niece MS Joelle K Peele was cooperating with the FBI since 2006. Right after her graduation and work in a Corporate-Law-Firm.  MS J. Peele was targeting me since she was student.

1) In 2004. While being student. Having her training with a DMV Judge,  MS J. Peele with her grand-ma , Therese my sister, and the DMV Judge. They have sent me to a hearing. After I had received a congratulation for the renewal of my ID.

2) Since my husband death, in December 2004. I was not staying long time in the USA. As I had some problems in Lebanon. However, after 2006, I used to spend every year three months in Lebanon.

3) While being in the USA. I was feeling somebody getting into my home. Then, it was documents taken sometimes returned at the top of a drawer.

4) From2006 to 2013, I have placed not less than ten complaints, to the Police of City of Industry. That somebody is breaking into my home.

    What was surprising me? The Police was not giving any importance to my complaints. Now, I understand why. The Police were aware that FBI/MS J. Peel's secret agents were getting into my home taking documents. Sometimes returned at the top of a drawer and sometimes not.

5) I don't remember the exact date. I had hidden $ 1000.00 in a file in my four drawers filing Cabinet. Two days after they had disappeared. If any of my family got in my home. How, he would have  guess where the money is.

    Now, I can say hidden cameras were and are in my home. They must have been installed by the FBI/MS J. Peele. <u>Without my knowledge and for sure AGAINST MY WILL</u>. That is why the $ 1000.00 disappeared.
    BUT MY QUESTION IS:
    <u>DOES THE FBI PERSONNEL HAVE THE RIGHT , FOR NO REASON
    INVADE THE PRIVACY OF HONEST CITIZEN HARASSING THEM FOR ENJOYMENT.</u>
    ./...

1

6) In 2008. After my return from the funeral of a dignitary.MS J. Peele managed to have her grand-parents take my diamond bracelet. Hide it.
   - After the Insurance responded to my claim by offering me the amount of $ 1,500.00
   - The next day, after visiting her grand-parents I found my bracelet in the car.
   - Right away, I called the insurance and released them from the payment.
   So MS. Peele was testing my honesty.

7) 2006. I never keep a drop of water on the floor. After my return from a trip. I found bubble coming to the top of the floor of my restroom.
   - I got surprised. There is no water. From where is-it coming.
   - I presumed that a leaking pipe.
   - I got a plumber. He broke the concrete. There were no water. I asked him to change the drainage pipe. He said they don't need. By precaution. I insisted. Then, he recovered with concrete.

8) In 2009. Since we bought our home in 1992. The guest restroom sink had a very slight crack.
   - One day, I found the crack getting very big crack. That cannot remain like this. I couldn't guess the cause of the large crack.
   - I called a plumber to change the sink. Hard to be changed.
   - The plumber insisted that somebody has thrown a very heavy item from higher up. That is the only reason to get a similar crack.

   <u>CONCLUSION</u>. I have been forced to change the whole cabinet.


   <u>**All these harassment by MS J. Peele were long before the book.
   I don't know what is considered by law**</u>.


   --------------------

   NOW, I think better for MS J. Peele to check the honesty of her grand-parents who made me pay in 1976. $ 10,000.00. When I was supposed to pay $ 3,000.00. Her grand-father hasn't let me talk with the attorney. And he made me pay the total amount for me and his family.
   At this time, we were not like today. We took a loan to make the payment and we have spent 18 months to cover the amount. As we had other payments.

   All these harassment by MS J. Peele were long before the book. I don't know what is considered by law.

   .............................            ./...

At the light of the above. It is clear MS J. Peele hates me and did her best to destroy me. I cannot believe that she is jealous from me. Because her father made a large profit by selling his share at Care More Medical Insurance.
She hasn't been a child who has been through hard life as far as money is concerned.

I know she has been instigated by her grand-parents who were backing her in what she was doing to just harass me. As they haven't stopped harassing me since 1968 That is before the book.

The book has been for MS J. Peele and her grand-parents: <u>THE HEAVEN</u> to work to destroy me.
MS J. Peele was aware of the book since 2012. The whole family knew my ignorance for the word PLAGIARISM. And the mafia decided to keep me with my ignorance to enjoy watching me more harassed.

I don't believe that I can give them the title of a family anymore. Because any foreigner would have acted differently.

So, the conspiracy is engineered between MS J. Peele and MR Elias El-Murr who, at the time of the book, was Head of the Lebanese Interpol. She was in contact with him and they were planning together how to harass me.
At the time of the book. I didn't know that MR Elias El-Murr was head of the Interpol.

<u>THE FAKE ACCUSATION</u> that the first publisher, who is of MR. Elias El-Murr's family, has not been paid for the amount of $ 3000.00. I was acting according to the law. They made me furious having make me work for December2013 to April 2015. Then refused to sign the conditional contract.
They couldn't sue me. Because they knew. They will lose the case. As I acted according to the law.
They are not shy to sue. They have sued the manager of the Company.

Is that possible for a person. Who did the following donations would have stopped from paying $ 3000.00.

1) $ 2,000.00  April 2017. I paid to their employee MS Soad Melki details in itemtwo. *Exhibit 6*
2) $ 10,000.00  Due to the Explosion in Lebanon of August 2020. I paid to solidarity to
          Help for the reconstruction of damaged apartments. *Proof enclosed page 4*
3) $ 7,700.00  Due to the lack of food and medication.
          As the FBI stopped me from using Western Union.
          I made a wire transfer. Through Bank of America dated 07/20/21.
          To my great-cousin in France.  As she goes often to Lebanon. To be
          distributed as follows:  *BOA Statement page 5*
A) $ 4,000.00 for two families $ 2,000.00 each
B) $ 2,000.00 + a check of $ 5000.00 from my account with Byblos Bank.
   To St Paul Library Manager Rev. Nazih Hayek to help the employees
C) $ 1,000.00 to cover my share to the building expenses.
   *Enclosed Affidavit Page 6*

3

*Page 4*

**SOLIDARITY**

بيروت، في 16 تشرين الثاني 2020

حضرة السيدة جوزيت حاج المحترمة

تحية طيبة وبعد،

لقد تلقينا بكثير من السرور منكم شيكاً مصرفياً قيمته عشرة آلاف دولار أميركي /10.000 د.أ/.

باسم جميع من ستصلهم المساعدات الغذائية والإغاثية، تشكرك الجمعية على مساهمتك القيّمة وكرمك، وتفيدك بأن هذا المبلغ سيصرف فوراً وبسرعة، ولكن بكثير من الحرص والمسؤولية، لمساعدة العائلات التي أصابها الانفجار ودمّر بيوتها، للتخفيف من هول مأسيها ومساعدتها على تجاوز هذه المحنة الكبيرة.

الجدير ذكره ان هذا المشروع الذي ينفذ من دون أي تكلفة إدارية (أي أن التبرّع سيصرف بالكامل على الإغاثة)، يعتمد أعلى درجات الشفافية، بحيث ستتأكد الجمعية من وصول المساعدة إلى من تضرّر بالفعل، وفقاً للوائح إسمية وأرقام هواتف المستفيدين.

إننا، واذ نرحب بك ركناً فاعلاً في فريق سوليداريتي وباقتراحاتك لتطوير هذا المجهود التطوّعي، نسأل الله أن يباركك ويبارك عائلتك، ويحفظكم جميعا من كلّ سوء.

شارل جورج الحاج

*The translator refused to translate. For sure by order of the FBI*

*TEL (961) 5 453444*

(961) 5 453444 · (961) 76 138551
INFO@SOLIDARITY.ORG.LB · WWW.SOLIDARITY.ORG.LB

*(961) 76 138551*

*E-mail WWW.SOLIDARITY.ORGLB*

*Page 5*



# BANK OF AMERICA

JOSETTE A KHAYAT  |  Account # 0010 6787 6732  |  June 24, 2021 to July 23, 2021

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 07/19/21 | BKOFAMERICA ATM 07/19 #000003699 DEPOSIT PUENTE HILLS    HACIENDA HEIG CA | 17,669.10 |
| 07/23/21 | Interest Earned | 1.32 |
| **Total deposits and other additions** | | **$17,670.42** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 07/01/21 | Phone transfer to CHK 4454 Confirmation# 1111565867 | -6,000.00 |
| 07/19/21 | WIRE TYPE:FX OUT DATE:210720 TIME:1655 ET TRN:2021071900483473 FX:EUR 6330.15 1.2164 BNF:CHRISTIANE JOUDET ID:FR76300040160000 BNF BK:B NP-PARIBAS SA (FORMERL ID:BNPAFRPP PMT DET:M4G8LRR 25 POP operating expenses /FXREF/te-2-24-156230477 | -7,700.00 |
| **Total other subtractions** | | **-$13,700.00** |

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 07/19/21 | Wire Transfer Fee | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



Help prevent
fraud with these
simple tips

 **Review our Fraud Prevention Checklist** for ways you can help protect yourself against fraud.

 **Stay informed** on red flags that may signal a scam.

 **Keep your contact information up to date,** so we can send you urgent notifications if we detect unusual activity.

Scan this code using the camera on your smartphone or learn more at bofa.com/FraudChecklist

SSM-04-21-0025A  |  3499590

*page 5*

CASE 5:22-CV-05654-NC
FILED 09/30/22
PAGE 1 OF 1
AMENDMENT 1
*88*

**BANK OF AMERICA** 🏁

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA         18507

ull|||||••|••••|•|•|•|||•|||••••|•||••|•|•|||•|•|•|••|•|•|•|
WX 0720   522 312      04994 #@01 AB 0.428

JOSETTE A KHAYAT
POD CHRISTINE CALFA
2516 ABUELA PL
HACIENDA HTS CA 91745-5531

DATE: 07/19/21
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX6732

---

FOLLOWING WIRE WAS DEBITED TODAY:                USD AMOUNT $7,700.00
AMOUNT: EUR 6330.15      FX RATE: 1.21640000000        FX VALUE DATE: 07/20/21

TRANSACTION REF:      2021071900483473
RELATED REF:         M4G8LRR25
ORIGINATOR:          JOSETTE A KHAYAT#POD CHRISTINE CALF  ID: XXXXXXXX6732
INSTRUCTING BANK:    BCC                                  ID: UGQT
BENEFICIARY:         CHRISTIANE JOUDET                    ID: FR7630004016000000020330
BENEFICIARY'S BANK:  BNP-PARIBAS SA (FORMERLY BANQUE NAT  ID: BNPAFRPP

PAYMENT DETAIL:      POP operating expenses /FXREF/te-2-24-156230477

page b

TO WHOM IT MAY CONCERN

I, the undersigned, Christiane Joudet residing in France, 8, rue Pierre Lhomme, 92400 Courbevoie
Due to the fall-down of the economy in Lebanon. Ms Josette Khayat transferred to me the sum of $ 7,700.00 as donation to be distributed as follows:

- EURO 2,000.00 TO MS MICHELINE KASSAR.
- EURO 2,000.00 TO MR ANTOINE ABUZEID.
- EURO 2,000.00 TO REV. NAZIH HAYEK AND a check for $ 5,000.00 DRAWN ON Byblos Bank. Beirut. According to the information given to me by MS Josette Khayat. The total amount given to REV. NAZIH HAYEK is to help EMPLOYEES of the Library.

This is an affidavit from me Christiane Joudet.TO WHOM IT MAY CONCERN
I, the undersigned, Christiane Joudet residing in France. Due to the fall-down of the economy in Lebanon. Ms Josette Khayat transferred to me the sum of $ 7,700.00 as donation to be distributed as follows:

- EURO 2,000.00 TO MS MICHELINE KASSAR.
- EURO 2,000.00 TO MR ANTOINE ABUZEID.
- EURO 2,000.00 TO REV. NAZIH HAYEK AND a check for $ 5,000.00 DRAWN ON Byblos Bank. Beirut. According to the information given to me by MS Josette Khayat. The total amount given to REV. NAZIH HAYEK is to help EMPLOYEES of the Library.

This is an affidavit from, me, Christiane Joudet.
Courbevoie le 25/09/2022

**Josette Khayat**
2516 Abuela Place/Hacienda Heights/CA 91745

## THE INVESTIGATION

AFTER HAVING READ THESE FILES. FROM PAGE    TO PAGE   .
IT IS NECESSARY TO FIND AN ANSWER TO THE MOST IMPORTANT QUESTION:

WHO IS THE LIABLE FOR MY BEING HARASSED FOR 18 YEARS . STARTING HARASSMENT:

1) **2004**. When MS Joelle Peele was in a Law-School, at her training with the DMV Judge.

2) Followed by her being. In a Law-Firm from 2006 to 2012 investigating for the FBI.

   a) She worked FOR THE LOSS OF MY BRACELET .

   b) **CAMERAS** were in my house. Without my knowledge and against my will. That is why, the amount of $ 1000.00 disappeared from my house.

   c) **MY SEVERAL COMPLAINTS TO THE POLICE** of City of Industry. That somebody in BREAKING into my house. And the Police was not taking any action.  The Police Knowing that this is the work of the FBI/MS J. Peele.
   OTHERWISE, why the Police wouldn't try to find out the reason for my complaints?

   d) **In 2009**, THE SINK OF THE RESTROOM GUEST From the time we bought the house. The sink  had a slight crack.  Almost unnoticeable.
   - One day, I entered and found-out this sink with big crack.
   - I called a Plumber to see. How could I replace it?
   - The plumber insisted that something very heavy has been thrown from up over the sink.
   - The plumber hasn't accepted the idea of wear and tear.
   - I haven't believed him.
   HOWEVER, TODAY, I believe him. MS J Peele had sent a Secret Agent to break it.

   e) **THE ONYX OF THE KITCHEN:**
   One day, I came from an errand and found-out. That under the tiny grill, a yellow spot. That doesn't get cleaned. It is there now, for almost six/seven years. I was amazed. How  this has happened. As no spots sticks on the onyx.
   This could be done by special technic. The FBI.

   ------------------------

3) THEN, FROM THE END OF 2012 UNTIL  NOVEMBER 2022. I am being seriously targeted. By being accused of PLAGIARISM. Of having: unpaid the first Publisher. And of having used the first Publisher CD to publish the book.    **./...**

**I STARTED TO DISCOVER THESE ACCUSATIONS. For:**

A) Plagiarism by October 2021. After checking on Line:
   By what a writer could be accused. The answer: "PLAGIARISM.

b) Having used the First Publisher CD. By Christmas 2021.
   When my friend asked me who type for you.

C) The first Publisher has been paid when, according to the Law. I was not owing them
   any money.
   In the month of April 2022. When the FBI's Secret Agent, who has been working
   for me. Since August 2020.  He said to me:

   "YOU HAVE TO BE IN THE STREET and I MUST BE IN YOUR HOME".
   This remark made me go back and realize who could have been accused me of
   cheating.

   ............................

## WHAT IS THE ANSWER TO THE FOLLOWING?

1)              THE MAIN QUESTION.

WHY THE HARASSMENT STARTED, RIGHT AFTER MY EMAILING A CHAPTER OF THE
BOOK TO THE EMBASSY?

In 2013, Was THE FRENCH EMBASSY AWARE, AHEAD OF TIME, OF THE CONTENTS OF
THE BOOK?
As, right after my emailing to them a chapter from the book. Requesting the Embassy
to let me know: "where could I register this book in France"? Started the harassment.

2) NOW, THE ANSWER GIVEN by MS Ann-Sophie Hermil  of the Embassy
   NO REGISTRATION FOR THIS BOOK. THE AUTHOR IS PROTECTED BY LAW.

   Was this answer dictated by the by the CENTER OF ARTS OF THE FRENCH EMBASSY or
   it was dictated by a third party FBI/MS J Peele?

3) MS Ann-Sophie Hermil confirmed this answer three times due to my rejection. As I
   couldn't believe it. Also, she confirmed the three times while laughing. She ended-up
   by sending me the following French email stating:

        « The Legal protection to the author is granted by the only fact of
        creating an original form. The copyright protects the intellectual
        work. Without that the author be required to accomplish any
        administrative formality or prior procedure to the registration.
        Therefore, the related Legal Regulations don't exert any effect
        on the copyright birth».                          ./...

**4)** **MS Ann-Sophie Hermil hasn't given this answer from her brain?  As at my first call. MS A-S Hermil said to me' "I have to check before answering".**

**I CANNOT BELIEVE. That the Center of Arts, of the French Embassy, has been involved with the answer given by MS Ann-Sophie Hermil.**

**COULD IT MAKE SENSE TO ANYBODY? OR ANYBODY COULD ASSIMILATE THE IDEA? That the French Embassy, after having sent me the above answer. Started immediately  A HEINOUS HARASSMENT ACCUSING ME SILENTLY OF "PLAGIARISM".**

**MY BELIEF:**

**FIRST.**    **The Embassy couldn't contradict herself. The same day of saying the author is protected by Law. The Embassy sent a note to the FBI accusing me for "PLAGIARISM".  Consequently, the FBI/MS J. PEELE started immediately the harassment.**

**SECOND. What made me doubt. That the answer given by MS A.S. Hermil was dictated by the FBI/MS J. Peele. Is the following:**

**October 25th, 2017,**
- **I have sent a letter, to the French Embassador in Lebanon. Informing him of my WILL to write a French conjugation book.**

   **The answer hasn't come from the EMBASSY. But from THE CENTER OF ART Stating:**

   **"The translation should be in Arabic. In case, you would need help. The Publisher would give a copy of the book to the Embassy. And the Division of Art at the Embassy will implement the translation".**

- **FOR THIS REASON, MY BELIEF FBI/MS J. PEELE  WAS EAGER to extend the harassment. That she started in 2004.**
   **She wanted to have this harassment at a higher scale.**

   **Therefore, she has been the ONE WHO DICTATED THE ANSWER TO MS ANN-SOPHIE HERMIL.**
**To allow herself to start enjoy her indefinite, for no reason, the City of Hope diagnosis: A CANCER AT THE HEAD OF THE PANCREAS fight and harassment.**

**THE EMBASSY HAD BENT TO THE FBI's REQUEST.**

**./...**

**FURTHERMORE**, FBI/MS J. Peele

**a)** <u>Requested</u> the EMBASSY. As well as to the whole family in agreement with her
grand-ma Therese.
>TO HOLD A COMPLETE MUTENESS AND NOT TO UTTER
>A WORD ABOUT THE SUBJECT OF PLAGIARISM
>IN FRONT OF ME, JOSETTE KHAYAT.

**b)** <u>Then</u>, imposed an immediate harassment.
City of Hope. (2) The accident with the USV Car. (3) The pharmacy.
(As described IN ITEM 3/P. 7 & 8/ No. 4 – 4/1 ).

ANOTHER HARASSMENT. I just noticed that the pharmacy was removed from
the report. I wrote that the day of my trip. I had to go three times to the
Pharmacy to get my medication.

**c)** <u>Also</u>, immediately, she has sent an International Order:
NOBODY SHOULD UTTER A WORD ABOUT PLAGIARISM TO JOSETTE KHAYAT.

**d)** <u>Furthermore</u>, to the First Publisher:
>TO PUBLISH THE BOOK. HOWEVER, MICKEY MOUSE.

<u>NOW</u>, It became clear the FBI/ MS Joelle Peele together with her grand-ma and
Christine. Who made me suffer by their multiple conspiracies for fifty years.
>WERE HAPPY OF WHAT IS GOING-ON
><u>AS THE HARASSMENT BECAME BY LAW and not by their conspiracies</u>

The proof, that my sisters were involved in the matter, is:

Their laugh the City of Hope diagnosis: A CANCER AT THE HEAD OF THE PANCREAS.
by saying "<u>WE DON'T BELIEVE IT</u>".

Their heinous jealousy started shining.

.........................

I beg you. TO NOT BE BIASED WITH YOUR VERDICT.

*please read page 5*

# HOW I STARTED TO DISCOVER THESE ACCUSATIONS FOR:

1) **PLAGIARISM by October 2021. After checking on Line:**
   - **By what a writer could be accused. The answer was PLAGIARISM.**

2) **Having used the First Publisher CD.**

**BY CHRISTMAS 2021. WHEN MY FRIEND ASKED ME WHO TYPES FOR YOU.**

Since this moment, Started to ruminate in my brain. What could be the reason?
Then, I re-gathered all the diabolic conspiracies. That I faced with the second
Publisher. As they were trying to make me end-up with a book copy conform to the
book of the first Publisher. They haven't succeeded as the first Publisher's book has
one slash divider between every two French words. My book has two slashes divider
between every two French words.

THEREFORE, IT IS A FAKE ACCUSATION.

THE American Embassy in Beirut can check the computers of both Publishers.

3) **The First Publisher has been unpaid. When according to the Law. I was
   not owing them any money. Having received two warnings: One by Email
   and another one through the Court.**

In the month of April 2022. When the FBI Secret Agent, who has been working for me.
Since August 2020. He said to me:

   **"YOU SHOULD BE IN THE STREET and I MUST BE IN YOUR HOME".**

This remark made me. Go back and find out. What could I have been accused of.
TO HEAR SUCH A COMMENT. This means I am accused of stealing somebody.

Question that had never crossed my mind. Having been crystal clear in all my deals.

After long thinking . I presumed that the first Publisher got mad by my canceling the deal and
stopped the payment according to the Law.

**IT SEEMS THERE IS NO LAW IN THIS WORD.
IT BECAME THE LAW OF THE POWERFUL.
THE LAW IS SOMETHING. THAT WE STUDY IN THE BOOKS.**

................................

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1    83

Josette Khayat
2516 Abuela Place/Hacienda Heights/CA 91745

## ADDENDUM

### VERY IMPORTANT TO BE READ

NOW AFTER HAVING DISCOVERED THE RELATION OF CORPORATE-LAW-FIRM WITH THE FBI. That for 16 years all members of my family have hidden to me. I realize why all the following catastrophes occurred to my house. That means:

My great-niece MS Joelle K Peele was cooperating with the FBI since 2006. Right after her graduation and work in a Corporate-Law-Firm. MS J. Peele was targeting me since she was student.

1) In 2004. While being student. Having her training with a DMV Judge, MS J. Peele with her grand-ma , Therese my sister, and the DMV Judge. They have sent me to a hearing. After I had received a congratulation for the renewal of my ID.

2) Since my husband death, in December 2004. I was not staying long time in the USA. As I had some problems in Lebanon. However, after 2006, I used to spend every year three months in Lebanon.

3) While being in the USA. I was feeling somebody getting into my home. Then, it was documents taken sometimes returned at the top of a drawer.

4) From2006 to 2013, I have placed not less than ten complaints, to the Police of City of Industry. That somebody is breaking into my home.

   What was surprising me? The Police was not giving any importance to my complaints. Now, I understand why. The Police were aware that FBI/MS J. Peel's secret agents were getting into my home taking documents. Sometimes returned at the top of a drawer and sometimes not.

5) I don't remember the exact date. I had hidden $ 1000.00 in a file in my four drawers filing Cabinet. Two days after they had disappeared. If any of my family got in my home. How, he would have  guess where the money is.

   Now, I can say hidden cameras were and are in my home. They must have been installed by the FBI/MS J. Peele. <u>Without my knowledge and for sure AGAINST MY WILL</u>. That is why the $ 1000.00 disappeared.
      BUT MY QUESTION IS:
            <u>DOES THE FBI PERSONNEL HAVE THE RIGHT , FOR NO REASON</u>
      <u>INVADE THE PRIVACY OF HONEST CITIZEN HARASSING THEM FOR ENJOYMENT.</u>
                                                            ./...

1



6) In 2008. After my return from the funeral of a dignitary.MS J. Peele managed to have her grand-parents take my diamond bracelet. Hide it.
  - After the Insurance responded to my claim by offering me the amount of $ 1,500.00
  - The next day, after visiting her grand-parents I found my bracelet in the car.
  - Right away, I called the insurance and released them from the payment.
  So MS. Peele was testing my honesty.

7) 2006. I never keep a drop of water on the floor. After my return from a trip. I found bubble coming to the top of the floor of my restroom.
  - I got surprised. There is no water. From where is-it coming.
  - I presumed that a leaking pipe.
  - I got a plumber. He broke the concrete. There were no water. I asked him to change the drainage pipe. He said they don't need. By precaution. I insisted. Then, he recovered with concrete.

8) In 2009. Since we bought our home in 1992. The guest restroom sink had a very slight crack.
  - One day, I found the crack getting very big crack. That cannot remain like this. I couldn't guess the cause of the large crack.
  - I called a plumber to change the sink. Hard to be changed.
  - The plumber insisted that somebody has thrown a very heavy item from higher up. That is the only reason to get a similar crack.
  CONCLUSION. I have been forced to change the whole cabinet.


## All these harassment by MS J. Peele were long before the book. I don't know what is considered by law.

--------------------

NOW, I think better for MS J. Peele to check the honesty of her grand-parents who made me pay in 1976. $ 10,000.00. When I was supposed to pay $ 3,000.00. Her grand-father hasn't let me talk with the attorney. And he made me pay the total amount for me and his family.
At this time, we were not like today. We took a loan to make the payment and we have spent 18 months to cover the amount. As we had other payments.

All these harassment by MS J. Peele were long before the book. I don't know what is considered by law.

...........................     ./...

2

At the light of the above. It is clear MS J. Peele hates me and did her best to destroy me. I cannot believe that she is jealous from me. Because her father made a large profit by selling his share at Care More Medical Insurance.
She hasn't been a child who has been through hard life as far as money is concerned.

I know she has been instigated by her grand-parents who were backing her in what she was doing to just harass me. As they haven't stopped harassing me since 1968 That is before the book.

The book has been for MS J. Peele and her grand-parents: THE HEAVEN to work to destroy me.
MS J. Peele was aware of the book since 2012. The whole family knew my ignorance for the word PLAGIARISM. And the mafia decided to keep me with my ignorance to enjoy watching me more harassed.

I don't believe that I can give them the title of a family anymore. Because any foreigner would have acted differently.

So, the conspiracy is engineered between MS J. Peele and MR Elias El-Murr who, at the time of the book, was Head of the Lebanese Interpol. She was in contact with him and they were planning together how to harass me.
At the time of the book. I didn't know that MR Elias El-Murr was head of the Interpol.

THE FAKE ACCUSATION that the first publisher, who is of MR. Elias El-Murr's family, has not been paid for the amount of $ 3000.00. I was acting according to the law. They made me furious having make me work for December2013 to April 2015. Then refused to sign the conditional contract.
They couldn't sue me. Because they knew. They will lose the case. As I acted according to the law.
They are not shy to sue. They have sued the manager of the Company.

Is that possible for a person. Who did the following donations would have stopped from paying $ 3000.00.

1) $ 2,000.00 April 2017. I paid to their employee MS Soad Melki details in itemtwo. *EXHIBIT 6*
2) $10,000.00 Due to the Explosion in Lebanon of August 2020. I paid to solidarity to
   Help for the reconstruction of damaged apartments. *encl. proof: page 4*
3) $ 7,700.00 Due to the lack of food and medication.
   As the FBI stopped me from using Western Union.
   I made a wire transfer. Through Bank of America dated 07/20/21. *Encl. Statement p. 5*
   To my great-cousin in France.  As she goes often to Lebanon. To be
   distributed as follows:   *AFFIDAVIT page 6*
   A) $ 4,000.00 for two families $ 2,000.00 each
   B) $ 2,000.00 + a check of $ 5000.00 from my account with Byblos Bank.
      To St Paul Library Manager Rev. Nazih Hayek to help the employees
   C) $ 1,000.00 to cover my share to the building expenses.

3

*Page 4*

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMEN ... 1    86

**SOLIDARITY**

بيروت، في 16 تشرين الثاني 2020

**حضرة السيدة جوزيت حاج المحترمة**

تحية طيبة وبعد،

لقد تلقينا بكثير من السرور منكم شيكاً مصرفياً قيمته عشرة آلاف دولار أميركي /10.000 د.أ/.

باسم جميع من ستصلهم المساعدات الغذائية والإغاثية، تشكرك الجمعية على مساهمتك القيمة وكرمك، وتفيدك بأن هذا المبلغ سيصرف فوراً وبسرعة، ولكن بكثير من الحرص والمسؤولية، لمساعدة العائلات التي أصابها الانفجار ودمر بيوتها، للتخفيف من هول مأساها ومساعدتها على تجاوز هذه المحنة الكبيرة.

الجدير ذكره أن هذا المشروع الذي ينفذ من دون أي تكلفة إدارية (أي أن التبرّع سيصرف بالكامل على الإغاثة)، يعتمد أعلى درجات الشفافية، بحيث ستتأكد الجمعية من وصول المساعدة إلى من تضرّر بالفعل، وفقاً للوائح إسمية وأرقام هواتف المستفيدين.

إننا، وإذ نرحب بك ركناً فاعلاً في فريق سوليداريتي وباقتراحاتك لتطوير هذا المجهود التطوّعي، نسأل الله أن يباركك ويبارك عائلتك، ويحفظكم جميعاً من كل سوء.

**شارل جورج الحاج**

*THE TRANSLATOR REFUSEDE TO TRANSLATE IT*
*Sure order from the FBI*

(961) 5 453444    (961) 76 13855!
INFO=SOLIDARITY.ORG.LB    WWW.SOLIDARITY.ORG.LB

*Tel. 961-5-453444*
*961-76-138 551*

*page 5*

# BANK OF AMERICA 

JOSETTE A KHAYAT  |  Account # 0010 6787 6732  |  June 24, 2021 to July 23, 2021

CASE 5:22-CV-05654-NC
FILED 09/30/22
AMENDMENT 1        *87*

## Deposits and other additions

| Date | Description | | Amount |
|------|-------------|---|--------|
| 07/19/21 | BKOFAMERICA ATM 07/19 #000003699 DEPOSIT PUENTE HILLS | HACIENDA HEIG CA | 17,669.10 |
| 07/23/21 | Interest Earned | | 1.32 |
| **Total deposits and other additions** | | | **$17,670.42** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 07/01/21 | Phone transfer to CHK 4454 Confirmation# 1111565867 | -6,000.00 |
| 07/19/21 | WIRE TYPE:FX OUT DATE:210720 TIME:1655 ET TRN:2021071900483473 FX:EUR 6330.15 1.2164 BNF:CHRISTIANE JOUDET ID:FR7630004016000 BNF BK:B NP-PARIBAS SA (FORMERL ID:BNPAFRPP PMT DET:M4G8LRR 25 POP operating expenses /FXREF/te-2-24-156230477 | -7,700.00 |
| **Total other subtractions** | | **-$13,700.00** |

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 07/19/21 | Wire Transfer Fee | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



Help prevent
fraud with these
simple tips

 **Review our Fraud Prevention Checklist** for ways you can help protect yourself against fraud.

 **Stay informed** on red flags that may signal a scam.

 **Keep your contact information up to date,** so we can send you urgent notifications if we detect unusual activity.

Scan this code using the camera on your smartphone or learn more at bofa.com/FraudChecklist.

SSM-04-21-0025A | 3499590

*page 6*

88

## TO WHOM IT MAY CONCERN

I, the undersigned, Christiane Joudet residing in France, 8, rue Pierre Lhomme, 92400 Courbevoie

Due to the fall-down of the economy in Lebanon. Ms Josette Khayat transferred to me the sum of $ 7,700.00 as donation to be distributed as follows:

- EURO 2,000.00 TO MS MICHELINE KASSAR.
- EURO 2,000.00 TO MR ANTOINE ABUZEID.
- EURO 2,000.00 TO REV. NAZIH HAYEK AND a check for $ 5,000.00 DRAWN ON Byblos Bank. Beirut.  According to the information given to me by MS Josette Khayat. The total amount given to REV. NAZIH HAYEK is to help EMPLOYEES of the Library.

This is an affidavit from me Christiane Joudet.TO WHOM IT MAY CONCERN

I, the undersigned, Christiane Joudet residing in France. Due to the fall-down of the economy in Lebanon. Ms Josette Khayat transferred to me the sum of $ 7,700.00 as donation to be distributed as follows:

- EURO 2,000.00 TO MS MICHELINE KASSAR.
- EURO 2,000.00 TO MR ANTOINE ABUZEID.
- EURO 2,000.00 TO REV. NAZIH HAYEK AND a check for $ 5,000.00 DRAWN ON Byblos Bank. Beirut.  According to the information given to me by MS Josette Khayat. The total amount given to REV. NAZIH HAYEK is to help EMPLOYEES of the Library.

This is an affidavit from, me, Christiane Joudet.

Courbevoie le 25/09/2022

1

CASE 2:22-CV-01758
FILED 10/06/22
AMENDMENT 1          91

**Josette Khayat**
2516 Abuela Place/Hacienda Heights/CA 91745

## THE INVESTIGATION

**AFTER HAVING READ THESE FILES. FROM PAGE    TO PAGE    .
IT IS NECESSARY TO FIND AN ANSWER TO THE MOST IMPORTANT QUESTION:**

WHO IS THE LIABLE FOR MY BEING HARASSED FOR 18 YEARS . STARTING HARASSMENT:

1) **2004.** When MS Joelle Peele was in a Law-School, at her training with the DMV Judge.

2) Followed by her being. In a Law-Firm from 2006 to 2012 investigating for the FBI.

   a) She worked FOR THE LOSS OF **MY BRACELET** .

   b) **CAMERAS** were in my house. Without my knowledge and against my will. That is why, the amount of $ 1000.00 disappeared from my house.

   c) **MY SEVERAL COMPLAINTS TO THE POLICE** of City of Industry. That somebody in BREAKING into my house. And the Police was not taking any action.  The Police Knowing that this is the work of the FBI/MS J. Peele.
   OTHERWISE, why the Police wouldn't try to find out the reason for my complaints?

   d) **In 2009,** **THE SINK OF THE RESTROOM GUEST** From the time we bought the house. The sink  had a slight crack.  Almost unnoticeable.
   - One day, I entered and found-out this sink with big crack.
   - I called a Plumber to see. How could I replace it?
   - The plumber insisted that something very heavy has been thrown from up over the sink.
   - The plumber hasn't accepted the idea of wear and tear.
   - I haven't believed him.

   **HOWEVER, TODAY,** I believe him. MS J Peele had sent a Secret Agent to break it.

   e) **THE ONYX OF THE KITCHEN:**
   One day, I came from an errand and found-out. That under the tiny grill, a yellow spot. That doesn't get cleaned. It is there now, for almost six/seven years. I was amazed. How  this has happened. As no spots sticks on the onyx.
   This could be done by special technic. The FBI.
   ------------------------

3) THEN, FROM THE END OF 2012 UNTIL  NOVEMBER 2022. I am being seriously targeted. By being accused of PLAGIARISM. Of having: unpaid the first Publisher. And of having used the first Publisher CD to publish the book.                              ./...

**I STARTED TO DISCOVER THESE ACCUSATIONS. For:**

A) **Plagiarism by October 2021. After checking on Line:**
   By what a writer could be accused. The answer: "PLAGIARISM."

b) **Having used the First Publisher CD. By Christmas 2021.**
   When my friend asked me who type for you.

c) **The first Publisher has been paid when, according to the Law. I was not owing them any money.**
   In the month of April 2022. When the FBI's Secret Agent, who has been working for me. Since August 2020.  He said to me:

   "YOU HAVE TO BE IN THE STREET and I MUST BE IN YOUR HOME".
   This remark made me go back and realize who could have been accused me of cheating.

   ..............................

### WHAT IS THE ANSWER TO THE FOLLOWING?

1)            **THE MAIN QUESTION.**

**WHY THE HARASSMENT STARTED, RIGHT AFTER MY EMAILING A CHAPTER OF THE BOOK TO THE EMBASSY?**

**In 2013, Was THE FRENCH EMBASSY AWARE, AHEAD OF TIME, OF THE CONTENTS OF THE BOOK?**
As, right after my emailing to them a chapter from the book. Requesting the Embassy to let me know: "where could I register this book in France"? Started the harassment.

2) **NOW, THE ANSWER GIVEN by MS Ann-Sophie Hermil  of the Embassy**
      **NO REGISTRATION FOR THIS BOOK. THE AUTHOR IS PROTECTED BY LAW.**

   **Was this answer dictated by the by the CENTER OF ARTS OF THE FRENCH EMBASSY or it was dictated by a third party FBI/MS J Peele?**

3) **MS Ann-Sophie Hermil confirmed this answer three times due to my rejection. As I couldn't believe it. Also, she confirmed the three times while laughing. She ended-up by sending me the following French email stating:**

      « The Legal protection to the author is granted by the only fact of creating an original form. The copyright protects the intellectual work. Without that the author be required to accomplish any administrative formality or prior procedure to the registration. Therefore, the related Legal Regulations don't exert any effect on the copyright birth».                    ./...

4) MS Ann-Sophie Hermil hasn't given this answer from her brain?  As at my first call.
MS A-S Hermil said to me' "I have to check before answering".

 I CANNOT BELIEVE. That the Center of Arts, of the French Embassy, has been involved
with the answer given by MS Ann-Sophie Hermil.

COULD IT MAKE SENSE TO ANYBODY? OR ANYBODY COULD ASSIMILATE THE IDEA?
That the French Embassy, after having sent me the above answer. Started
immediately  A HEINOUS HARASSMENT ACCUSING ME SILENTLY OF "PLAGIARISM".

MY BELIEF:

FIRST.        The Embassy couldn't contradict herself. The same day of saying the
              author is protected by Law. The Embassy sent a note to the FBI accusing
              me for "PLAGIARISM".  Consequently, the FBI/MS J. PEELE started
              immediately the harassment.

SECOND. What made me doubt. That the answer given by MS A.S. Hermil was
              dictated by the FBI/MS J. Peele. Is the following:

              October 25th, 2017,
              • I have sent a letter, to the French Embassador in Lebanon. Informing
                him of my WILL to write a French conjugation book.

                The answer hasn't come from the EMBASSY. But from THE CENTER OF
                ART Stating:

                        "The translation should be in Arabic. In case, you would need
                        help. The Publisher would give a copy of the book to the
                        Embassy. And the Division of Art at the Embassy will
                        implement the translation".

              • FOR THIS REASON, MY BELIEF FBI/MS J. PEELE  WAS EAGER to extend
                the harassment. That she started in 2004.
                        She wanted to have this harassment at a higher scale.

                Therefore, she has been the ONE WHO DICTATED THE ANSWER TO
                MS ANN-SOPHIE HERMIL.
To allow herself to start enjoy her indefinite, for no reason, the City of Hope diagnosis:
                A CANCER AT THE HEAD OF THE PANCREAS fight and
                harassment.

                        THE EMBASSY HAD BENT TO THE FBI's REQUEST.

                                                                      ./...

4

94

**FURTHERMORE**, FBI/MS J. Peele

a) <u>Requested</u> the EMBASSY. As well as to the whole family in agreement with her grand-ma Therese.

TO HOLD A COMPLETE MUTENESS AND NOT TO UTTER
A WORD ABOUT THE SUBJECT OF PLAGIARISM
IN FRONT OF ME, JOSETTE KHAYAT.

b) <u>Then</u>, imposed an immediate harassment.
City of Hope. (2) The accident with the USV Car. (3) The pharmacy.
(As described IN ITEM 3/P. 7 & 8/ No. 4 – 4/1 ).

ANOTHER HARASSMENT. I just noticed that the pharmacy was removed from the report. I wrote that the day of my trip. I had to go three times to the Pharmacy to get my medication.

c) <u>Also</u>, immediately, she has sent an International Order:
NOBODY SHOULD UTTER A WORD ABOUT PLAGIARISM TO JOSETTE KHAYAT.

d) <u>Furthermore</u>, to the First Publisher:
TO PUBLISH THE BOOK. HOWEVER, MICKEY MOUSE.

<u>NOW</u>, It became clear the FBI/ MS Joelle Peele together with her grand-ma and Christine. Who made me suffer by their multiple conspiracies for fifty years.
WERE HAPPY OF WHAT IS GOING-ON
<u>AS THE HARASSMENT BECAME BY LAW and not by their conspiracies</u>

The proof, that my sisters were involved in the matter, is:

Their laugh the City of Hope diagnosis: A CANCER AT THE HEAD OF THE PANCREAS.
by saying "<u>WE DON'T BELIEVE IT</u>".

Their heinous jealousy started shining.

........................

I beg you. TO NOT BE BIASED WITH YOUR VERDICT.

please read page. 5

# HOW I STARTED TO DISCOVER THESE ACCUSATIONS FOR:

1) PLAGIARISM by October 2021. After checking on Line:
- By what a writer could be accused. The answer was PLAGIARISM.

2) Having used the First Publisher CD.

BY CHRISTMAS 2021. WHEN MY FRIEND ASKED ME WHO TYPES FOR YOU.

Since this moment, Started to ruminate in my brain. What could be the reason? Then, I re-gathered all the diabolic conspiracies. That I faced with the second Publisher. As they were trying to make me end-up with a book copy conform to the book of the first Publisher. They haven't succeeded as the first Publisher's book has one slash divider between every two French words. My book has two slashes divider between every two French words.

THEREFORE, IT IS A FAKE ACCUSATION.

THE American Embassy in Beirut can check the computers of both Publishers.

3) The First Publisher has been unpaid. When according to the Law. I was not owing them any money. Having received two warnings: One by Email and another one through the Court.

In the month of April 2022. When the FBI Secret Agent, who has been working for me. Since August 2020. He said to me:

"YOU SHOULD BE IN THE STREET and I MUST BE IN YOUR HOME".

This remark made me. Go back and find out. What could I have been accused of. TO HEAR SUCH A COMMENT. This means I am accused of stealing somebody.

Question that had never crossed my mind. Having been crystal clear in all my deals.

After long thinking . I presumed that the first Publisher got mad by my canceling the deal and stopped the payment according to the Law.

IT SEEMS THERE IS NO LAW IN THIS WORD.
IT BECAME THE LAW OF THE POWERFUL.
THE LAW IS SOMETHING. THAT WE STUDY IN THE BOOKS.

...............................

PHILIP KHAYAT | Account # 0010 6740 4454 | March 25, 2017 to April 21, 2017

# Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 04/14/17 | WIRE TYPE:INTL OUT DATE:170414 TIME:1705 ET TRN:2017041400225219 SERVICE REF:008785 BNF:SOAD MELKI ID:LB57000110001468 BNF BK:FRANSABA NK S.A.L. ID:FSABLBBX PMT DET:SAUWPSM92 PUBLISHING  SERVICES /ACC/ACCT NO: //LB570001100014683751 2003 | -2,000.00 |
| 04/19/17 | SUBURBAN WATER  DES:SWWC      ID:006000090358  INDN:PHILIP KHAYAT          CO ID:1951371870 PPD | -64.19 |

**Total other subtractions** **-$5,887.23**

# Checks

| Date | Check # | Amount |
|---|---|---|
| 04/04/17 | 2337 | -1,000.00 |
| 04/19/17 | 2358* | -25.00 |
| 04/19/17 | 2359 | -25.00 |
| 04/11/17 | 2368* | -45.00 |
| 04/06/17 | 2369 | -10.00 |

| Date | Check # | Amount |
|---|---|---|
| 04/06/17 | 2370 | -400.00 |
| 04/10/17 | 2371 | -80.00 |
| 04/11/17 | 2372 | -400.00 |
| 04/10/17 | 2373 | -600.00 |
| 04/12/17 | 2374 | -25.00 |
| **Total checks** | | **-$2,610.00** |
| **Total # of checks** | | **10** |

\* *There is a gap in sequential check numbers*

# Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 04/14/17 | Wire Transfer Fee | -45.00 |
| 04/21/17 | Preferred Rewards-Check Image Fee Waiver of $3 | -0.00 |

**Total service fees** **-$45.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*